Form SJAD11I

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

In Re: Booker Theodore Wade, Jr.

Case No.: 13–50376 SLJ 11

Chapter: 11

Debtor(s)

**ORDER FOR INDIVIDUAL DEBTOR(S) IN CHAPTER 11 CASE TO FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL OF CASE IN EVENT OF FAILURE TO COMPLY**

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☒ Form 4 – List of Creditors Holding the 20 Largest Unsecured Claims
- ☒ Form 6 – Summary of Schedules
- ☒ Form 6 – Statistical Summary of Certain Liabilities
- ☒ Form 6 – Declaration Concerning Debtor's Schedules
- ☒ Schedule A – Real Property
- ☒ Schedule B – Personal Property
- ☒ Schedule C – Property Claimed as Exempt
- ☒ Schedule D – Creditors Holding Secured Claims
- ☒ Schedule E – Creditors Holding Unsecured Priority Claims
- ☒ Schedule F – Creditors Holding Unsecured Nonpriority Claims
- ☒ Schedule G – Executory Contracts and Unexpired Leases (if applicable)
- ☒ Schedule H – Codebtors (if applicable)
- ☒ Schedule I – Current Income of Individual Debtor
- ☒ Schedule J – Current Expenditures of Individual Debtors
- ☒ Form 7 – Statement of Financial Affairs
- ☒ Form 22B – Statement of Current Monthly Income (Chapter 11)

   IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

   The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date or the expiration of any extension previously granted.
The request may be filed electronically, mailed, or delivered in person to the U.S. Bankruptcy Court, 280 S. First Street, Room 3035, San Jose, California 95113, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

   IT IS FURTHER ORDERED the debtor(s) must provide payment advices directly to the trustee at least 7 days prior to the first date set for the meeting of creditors under 11 U.S.C. § 341. The debtor(s) is referred to the court's website for further details: http://www.canb.uscourts.gov/procedures/sj/order–re–filing–payment–advices). 11 U.S.C. § 521(a)(1)(B)(iv), Fed. R. Bankr. P. 1007(b)(1), (c).

Dated: 1/23/13

By the Court:

Stephen L. Johnson

United States Bankruptcy Judge