THE MLNARIK LAW GROUP, INC.
JOHN L. MLNARIK (SBN 257882)
ANGIE Y.C. TONG (SBN: 262317)
JAMES J. STEINLE (SBN: 237291)
JAMES T. ERICKSON (SBN: 235630)
CAROLINE M. REEBS (SBN: 282915)
2930 Bowers Avenue
Santa Clara, CA 95051
Telephone: (408) 919-0088
Facsimile: (408) 919-0188

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re:<br><br>    Booker Theodore Wade, Jr.<br><br>    Debtor. | Case No. 13-50376 SLJ<br><br>Chapter 13<br><br><br><br>Judge: Hon. Stephen L. Johnson |

**PLEASE TAKE NOTICE** that The Mlnarik Law Group, Inc., requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case be given to and served upon Creditor The Mlnarik Law Group, Inc., at the following address, telephone and e-mail:

>John L. Mlnarik
>The Mlnarik Law Group, Inc.
>2930 Bowers Avenue
>Santa Clara, CA 95051
>Telephone Number: (408) 919-0088
>Email: john@mlnariklaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, this request also includes orders, notices, applications, motions, pleadings, disclosure statement, plan of reorganization or reply papers, made by the debtor or any kind of party in the bankruptcy case or contested matters therein, including without limitation, any of the

following:

1. Any notice sent pursuant to Rule of Bankruptcy Procedure 2002(a), (b), or (f);

2. All notices sent to Committees pursuant to Rule 2002(i), including all notices under clauses (2), (3) and (6) of Rule 2002(a); and

3. Any disclosure statement or plan of reorganization sent to parties requesting copies under Rule 3017(a).

Dated: January 28, 2013          /s/ John L. Mlnarik
                                 JOHN L. MLNARIK
                                 The Mlnarik Law Group, Inc.

REQUEST FOR SPECIAL NOTICE

Case: 13-50376   Doc# 15   Filed: 01/28/13   Entered: 01/28/13 13:44:47   Page 2 of 3

# **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby declare under penalty of perjury that the following statements are true and correct:

I am over the age of 18 years and not a party to this action. My business address is 2930 Bowers Avenue, Santa Clara, CA 95051.

Following normal office practices, on January 28, 2013, I served a true copy of the document(s) titled:

**REQUEST FOR SPECIAL NOTICE**

by enclosing said document(s) in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid, addressed as follows:

Booker Theordore Wade, Jr.
605 Forest Avenue
Palo Alto, CA 94301

Executed on January 28, 2013 at Santa Clara, California.

/s/ Michele A. Anderson
MICHELE A. ANDERSON

The Minarik Law Group, Inc.
2930 Bowers Avenue
Santa Clara, CA 95051
TELEPHONE (408) 919-0088
FACSIMILE (408) 919-0188