

ORIGINAL

Booker T. Wade Jr.
In Propria Persona
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@hotmail.com

FILED
FEB 0 5 2013
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

**Booker T. Wade Jr.**

**Debtor**

Case No. 13-50376 SLJ

Chapter 11

SUPPLEMENT TO
DEBTOR'S MOTION FOR ENTRY OF
ORDER GRANTING EXTENSION OF
TIME TO FILE SCHEDULES OF
ASSETS AND LIABILITIES AND
STATEMENT OF FINANCIAL
AFFAIRS

On February 4, 2013, Booker T. Wade, Jr., as Debtor and debtor-in-possession, moved this Court ("Motion") for entry of an order, extending the time within which Debtor must file its schedules, forms and statements of financial affairs (collectively, the "Schedules") and its list of equity security holders (the "List"). Mistakenly, the Proof of Service was not filed. Debtor now submits the tendered but unfiled Proof of Service and a corrective Proof of Service, the latter showing service on this date.

Respectfully submitted,

Booker T. Wade, Jr.
Defendant

February 5, 2103.

# Proof of Service

I, Fan Wen, certify that I am over the age of 18 and that my business address is at 830 Stewart Drive, Suite 239, Sunnyvale, CA 94085. On the date shown below, I deposited in the U.S. Mail, first class postage prepaid, a copy of the foregoing Debtor's Motion for Entry of Order Granting Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs addressed to the following:

John S. Wesolowski
Office of U.S. Trustee
280 S. First Street, #268
San Jose, CA 95113

Mlnarik Law Group
2930 Bower Avenue
Santa Clara, CA 95051

Rushmore Loan Management Services LLC
15480 Laguna Canyon Rd Suite 100
Irvine, CA 92618

Discover Card
P O Box 6103
Carol Stream, IL. 60197

Hoge Fenton Jones & Appel Inc.
Sixty South Market Street Suite 1400
San Jose, CA 95113

Arlene D. Stevens
% Rossi Hamerslough Reischl Chuck
1960 The Alameda Suite 200
San Jose, CA 95126

Forest Villa Homeowners Association
%Ram Olson Cereghino Kipczynski LLP
555 Montgomery Street Suite 820
San Francisco, CA 94111

Miller Starr Regalia LLC
435 Tasso Street Suite 315
Palo Alto, CA 94301

Bank of America
% Cavalry Portfolio Services Inc.
Account No. 17307126
P O Box 27288
Tempe, AZ 85285

_____
Fan Wen

February 5, 2013

## Proof of Service

I, Fan Wen, certify that I am over the age of 18 and that my business address is at 830 Stewart Drive, Suite 239, Sunnyvale, CA 94085. On the date shown below, I deposited in the U.S. Mail, first class postage prepaid, a copy of the foregoing Debtor's Motion for Entry of Order Granting Extension of Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs addressed to the following:

John S. Wesolowski
Office of U.S. Trustee
280 S. First Street, #268
San Jose, CA 95113

Mlnarik Law Group
2930 Bower Avenue
Santa Clara, CA 95051

Rushmore Loan Management Services LLC
15480 Laguna Canyon Rd Suite 100
Irvine, CA 92618

Discover Card
P O Box 6103
Carol Stream, IL. 60197

Hoge Fenton Jones & Appel Inc.
Sixty South Market Street Suite 1400
San Jose, CA 95113

Arlene D. Stevens
% Rossi Hamerslough Reischl Chuck
1960 The Alameda Suite 200
San Jose, CA 95126

Forest Villa Homeowners Association
%Ram Olson Cereghino Kipczynski LLP
555 Montgomery Street Suite 820
San Francisco, CA 94111

Miller Starr Regalia LLC
435 Tasso Street Suite 315
Palo Alto, CA 94301

Bank of America
% Cavalry Portfolio Services Inc.
Account No. 17307126
P O Box 27288
Tempe, AZ 85285

_____
Fan Wen

February 4, 201