**Entered on Docket**
**February 07, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed February 7, 2013

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>BOOKER THEODORE WADE, JR.,<br>Debtor(s). | Case No: 13-50376 SLJ<br>Chapter 11 |

## ORDER ON REQUEST FOR EXTENSION TO FILE DOCUMENTS

On January 23, 2013, the court issued its Order To File Required Documents and Notice Regarding Dismissal (the "Order"). Debtor(s) has moved for an order extending the time to file documents required by 11 U.S.C. § 521, FRBP 1007 (as applicable) pursuant to the court's Order. The court grants the requested extension. All documents identified as missing in the court's Order shall be filed no later than February 19, 2013.

If the documents identified in the Order are not filed by the extended time, the clerk of the court is directed to dismiss this case without further notice and close the file.

IT IS SO ORDERED.

*** END OF ORDER ***

**ORDER ON REQUEST FOR EXTENSION TO FILE DOCUMENTS**

1
2  <u>**Court Service List**</u>
3  Booker Theodore Wade, Jr.
   605 Forest Avenue
4  Palo Alto, CA 94301
5
   Notice will be electronically mailed to ECF registered participants
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER ON REQUEST FOR EXTENSION TO FILE DOCUMENTS**
-2-