Booker T. Wade Jr.
In Propria Persona
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@hotmail.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

**In re:**

**Booker T. Wade Jr.**

**Debtor**

| |
|---|
Case No. 13-50376 SLJ

Chapter 11

**DEBTOR'S NOTICE OF FILING OF SCHEDULES, FORMS, LIST OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

    Booker T. Wade, Jr., as Debtor and debtor-in-possession, pursuant to Order of the Court extending the time until this date within which Debtor must file its schedules, forms and statements of financial affairs (collectively, the "Schedules"), hereby files the attached Schedules, List of Unsecured Creditors and other Forms.

Respectfully submitted,

Booker T. Wade, Jr.
Defendant

February 19, 2103.

# Form 4.
## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

## [Caption as in Form 16B]

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hoge Fenton Jones & Appel Sixty South Market St # 1400 San Jose, CA 95113 | Stephanie Sparks Hoge Fenton Jones & Appel Sixty South Market St. #1400 San Jose, CA 95113 408 287-9501 | Contract | Contingent, Disputed | 739,693 |
| Arlene D. Stevens P O Box 51310 Palo Alto, CA 94303 | David Hammerslough Rossel Hammerslough Reischl & Chuck 1960 The Alameda #200 San Jose, CA 95126 408 281-4252 | Contract | Contingent, Disputed | $ 300,000 |
| Forest Villa Homeowner's Assn. 1720 S. Amphlett Blvd.#130 San Mateo, CA94402 | TerryReeder A.S.A.P. Collection Services 331 Piercy Road San Jose, CA 95138 408 363-9000 | Condo Fees Special Assessments | | $ 45,000 |
| Department of Education P O Box 5227 Greenville, TX 75403 | Department of Education P O Box 5227 Greenville, TX 75403 | Student loan April 1973 | Disputed | $12,233 |
| Minarik Law Group 2930 Bower Avenue Santa Clara, CA 95051 | John Minarik Minarik Law Group 2930 Bower Avenue Santa Clara, CA 95051 408 975 2114 | Contract | Disputed | $ 13,712 |
| Bank of America 1825 E. Buckeye Rd. Phoenix, AZ 85034-4216 | Cavalry Portfolio Service Inc P O Box 27288 Tempe, AZ 85285 800 861 4839 | Contract | Continent | $ 29,961 |
| Discover Card Services Box 6103 Carol Stream, IL 60197 | Discover Card Services P O Box 29033 Phoenix, AZ 85038 800 347 2683 | Contract | | $ 9,917 |
| Miller Starr Regalia LLC 435 Tasso St. #315 Palo Alto, CA 94301 | Bruce Laidlaw Miller Starr Regalia LLC 435 Tasso ST #315 Palo Alto, CA 94301 925 935 4500 | Contract | | $ 21,255 |
| JAMS Inc. 160 W Santa Clara St San Jose, CA 95113 | JAMS Inc. 160 W Santa Clara St San Jose, CA 95113 408 288 2240 | Contract | Disputed | $ 4,560 |

Date:  02/19/2013

Debtor

## [Declaration as in Form 2]

| In re  Booker Theodore Wade Jr. | Case No.:  13-50376 |
|---|---|

# United States Bankruptcy Court

In re  Booker Theodore Wade Jr.                    ,           Case No. 13-50376
                    Debtor

                                                              Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 710,250.00 | | |
| B - Personal Property | Yes | 3 | $ 3,522,810.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 1,414,638.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 436,638.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,950.99 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 6,710.00 |
| TOTAL | | 15 | $ 4,233,060.00 | $ 1,851,276.00 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re  Booker Theodore Wade Jr._____,
                        Debtor

Case No. __13-50376_____

Chapter __11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 12,233.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 12,233.00 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 6,951.00 |
| Average Expenses (from Schedule J, Line 18) | $ 6,710.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 7,745.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 739,693.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 436,638.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,176,331.00 |

# DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing List of Largest Unsecured Creditors, Summary of Schedules, Statistical Summary of Certain Liabilities, Schedules A, B, C, D, E, F, G, H, I, J Form 7 and Form 22B, and they are true and correct to the best of my information and belief.

Dated:    February 19, 2013

Signature

Booker Theodore Wade Jr.

B6A (Official Form 6A) (12/07)

In re  Booker Theodore Wade Jr. ,                   Case No.  13-50376
                    Debtor                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 605 Forest Avenue Palo Alto, CA 94301 | Fee simple | | 710,250.00 | $ 674,945 |
| | | | | |

Total▶  710,250.00
(Report also on Summary of Schedules.)

3 6B (Official Form 6B) (12/07)

In re  Booker Theodore Wade Jr.                      ,       Case No.  13-50376
                        Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | $ | One hundred eight dollars | | 180.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Avid Bank 400 Emerson, Palo Alto No certificates of deposit or shares | | 255.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods, furnishings, TV | | 3,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art, records, DVD's | | 2,000.00 |
| 6. Wearing apparel. | | Clothing | | 2,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |