

**The following constitutes**
**the order of the court. Signed February 21, 2013**

Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Booker Theodore Wade, Jr.,

        Debtor.

Case No. 13-50376-SLJ

Chapter 13

### ORDER VACATING ORDER DISMISSING CASE

     It appearing that the Court having inadvertently dismissed the above-entitled case for failure to comply with the Bankruptcy Code and Rules due to clerical error, and good cause appearing therefor;

     IT IS HEREBY ORDERED the Order of Dismissal for failure to comply entered on February 20, 2013, be and the same is hereby vacated.

### *** END OF ORDER ***

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

Case Number:   13-50376-SLJ

**<u>COURT SERVICE LIST</u>**

Pdfeoall

Case: 13-50376   Doc# 26   Filed: 02/21/13   Entered: 02/22/13 11:09:50   Page 2 of 2

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California