

The following constitues
the order of the court. Signed March 7, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BOOKER THEODORE WADE, JR.,<br><br>Debtor. | Case No. 13-50376 SLJ |

## ORDER TO SHOW CAUSE RE: DISMISSAL

This case came on for a chapter 11 status conference on March 7, 2013. Debtor did not appear and did not file a status conference statement. Other appearances were noted in the record.

Pursuant to 11 U.S.C. § 1112(b)(1), and (4)(E), based on Debtor's failure to appear and to file a timely status conference statement, as required by the court's Notice of Status Conference in Chapter 11, the court orders Debtor to appear and show cause why this case should not be dismissed.

A hearing on this Order to Show Cause will be held on **April 4, 2013, at 10:00 a.m**. in courtroom 3099, 280 S. First Street, San Jose, California. Debtor must file and serve on other

ORDER
-1-

parties a response to the Order to Show Cause by **March 27, 2013.** <u>If Debtor fails to file a timely response, the case will be dismissed and the hearing will not take place.</u>

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

# COURT SERVICE LIST

**[ECF Recipients -- Electronically]**

**Debtor – By U.S. Mail**

Booker Theodore Wade, Jr.
605 Forest Avenue
Palo Alto, CA 94301

ORDER