Heinz Binder (SBN 87908)
Wendy W. Smith (SBN 133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Wendy@bindermalter.com

Attorneys for Interested Party,
Rossi, Hamerslough, Reischl & Chuck

# U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BOOKER THEODORE WADE, JR., | Case No.: 13-50376-RLE<br><br>Chapter 7 |

## REQUEST FOR SPECIAL NOTICE

NOTICE IS HEREBY GIVEN that Rossi, Hamerslough, Reischl & Chuck is an interested party in the above-entitled bankruptcy estate, and hereby requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that it receive notice of all pleadings, notices and other documents, filed and served in this matter by sending copies of the same to:

Heinz Binder, Esq.
Wendy W. Smith, Esq.
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531

| | |
|---|---|
| Email: heinz@bindermalter.com | |
| Email: wendy@bindermalter.com | |

Dated: March 18, 2013                              BINDER & MALTER LLP


By: /s/ Wendy W. Smith
Wendy W. Smith
Attorneys for Interested Party