Booker T. Wade Jr., In Pro Per
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@hotmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

Booker T. Wade Jr.,

        Debtor.

Case No. 013-50376 SLJ

Chapter 11

**NOTICE OF FILING OF AMENDED SCHEDULES C AND J**

    Debtor Booker T. Wade Jr. hereby files amended Schedule C, Property Claimed as Exempt, and amended Schedule J, Current Expenditures of Individual Debtor. The filing of the amended schedules follows consultation with the Office of the U.S. Trustee. Amended Schedule C deletes Debtor's claim of an exemption for monies held in escrow accounts by counsel for creditor Arlene Stevens to which both Debtor and Arlene Stevens claim ownership. It also adds one additional property. Amended Schedule J includes previously omitted responses to Question 20.

Booker T. Wade Jr.
Debtor

March 20, 2013

5181.001                              1              CHAPTER 11 STATUS CONFERENCE STATEMENT

B 6C (Official Form 6C) (04/10)

In re  Wade, Booker Theodore Jr.                ,         Case No.  13-50376
              Debtor                                                                                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☑ Check if debtor claims a homestead exemption that exceeds
*(Check one box)*  $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 605 Frorest Avenue<br>Palo Alto, CA 94301 | Code of Civil Procedure Section 704.730 | 175,000.00 | 710,250.00 |
| Deposits Checking Accnt<br>Avid Bank, Palo Alto, CA | 42 USC 407<br>C.C.P. 704.080, 704.070 | 255.00 | 225.00 |
| Household goods, furnishings, appliances, TV | Code of Civil Procedure Section 704.020 | 3,000.00 | 3,000.00 |
| Art (7 pieces); Books (78) | Code of Civil Procedure Section 704.040 | 2,000.00 | 2,000.00 |
| Clothing | Code of Civil Procedure Section 704.020 | 2,000.00 | 2,000.00 |
| Retirement Benefits Social Security AZ Retiremen Sys | C.C.P. 704.110<br>42 USC 407 | 2,745.00 | 2,745.00 |
| Auto 1995 Mercedes C230 Fair Condition | Code of Civil Procedure Section 704.010 | 2,725.00 | 2,725.00 |
| Claim for Bodily Injury Accident of Sep 2010 | Code of Civil Procedure Section 705.140, 150 | 15,000.00 | 15,000.00 |
| Professional (Inactive) License | C.C.P Sections 695.060, 720(a)(1) | | |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6J (Official Form 6J) (12/07)

In re  Booker Theodore Wade Jr.            ,          Case No.  13-50376
            Debtor                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,646.00 |
|     a. Are real estate taxes included?    Yes ✓    No ___ | |
|     b. Is property insurance included?    Yes ✓    No ___ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 95.00 |
|           b. Water and sewer | $ |
|           c. Telephone | $ |
|           d. Other  Condo Fee | $ 500.00 |
| 3. Home maintenance (repairs and upkeep) | $ 75.00 |
| 4. Food | $ 650.00 |
| 5. Clothing | $ 125.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 950.00 |
| 8. Transportation (not including car payments) | $ 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 250.00 |
| 10. Charitable contributions | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 107.00 |
|     b. Life | $ 268.00 |
|     c. Health | $ |
|     d. Auto | $ 154.00 |
|     e. Other ___ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) ___ | $ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ |
|     b. Other  Discover Card | $ 250.00 |
|     c. Other ___ | $ 175.00 |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other ___ | $ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,710.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ 6,951.00 |
|     b. Average monthly expenses from Line 18 above | $ 6,710.00 |
|     c. Monthly net income (a. minus b.) | $ 241.00 |

CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action. My business address is 830 Stewart Drive, Suite 239, Sunnyvale, CA 94085

On or before March 20, 2013, I served the documents described as:

NOTICT OF FILING OF AMENDED SCHEDULE C
AND AMENDED SCHEDULE J

on the following parties in this action by placing true copies thereof enclosed in sealed envelopes addressed with first class postage fully prepaid, in the United States mail at San Mateo, California, and addressed as follows:

Mlnarik Law Group
2930 Bower Avenue
Santa Clara, CA 95051

Jennifer Protas Esq.
Hoge Fenton Jones & Appel Inc.
Sixty South Market Street Suite 1400
San Jose, CA 95113

David Hamerslough
Rossi Hamerslough Reischl Chuck
1960 The Alameda Suite 200
San Jose, CA 95126

Law Offices of Stephen Fry
PO Box 1044
Nevada City, CA 95959

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 20, 2013, at San Mateo, California.

_____
Fan Wen