Ronald R. Rossi (SBN 43067)
David Hamerslough (SBN 95010)
ROSSI, HAMERSLOUGH, REISCHL & CHUCK
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292
Email: ron@rhrc.net
Email: david@rhrc.net

Attorneys for Creditor Arlene D. Stevens

# U.S. BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

In re:

BOOKER THEODORE WADE, JR.,

Case No.: 13-50376-RLE

Chapter 7

## OBJECTION TO CLAIM EXEMPTION

Arlene D. Stevens hereby objects to the claim of exemption made by the Debtor in this case regarding certain funds held by the firm of Rossi, Hamerslough, Reischl & Chuck. These funds are being held pursuant to an order issued in a pending state court action. Ms. Stevens claims that the entire amount of those funds belong to her. Ms. Stevens objects to the Debtor's exemption claim first because the Debtor has no interest in the funds. Ms. Stevens further objects because there are no bases for an exemption even if the Debtor had an interest.

The Debtor has claimed the funds held in escrow by the firm citing California Financial Code §17410. This section of the California Financial Code does not provide, or relate in any

OBJECTION TO CLAIM EXEMPTION                                                Page 1

way to the ability of any party to claim funds held in escrow as exempt in a bankruptcy proceeding. This claim of exemption should be disallowed.

Dated: March 7, 2013

ROSSI HAMERSLOUGH REISCHL & CHUCK

By: D. Hamerslough
David Hamerslough
Attorneys for Interested Party