Booker T. Wade Jr., In Pro Per
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@hotmail.com

FILED

APR 1 - 2013

CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re:

Booker T. Wade Jr.,

              Debtor.

Case No. 013-50376 SLJ

Chapter 11

**NOTICE OF FILING OF SUPPLEMENT TO MONTHLY OPERATING REPORT**

      On March 21, 2013, Booker T. Wade Jr., Debtor and Debtor-in-Possession (Debtor) filed

his Monthly Operating Report for the period January 22, 2013 to February 28, 2013.

Inadvertently Debtor omitted to attach the associated Check Register and copies of the applicable

bank statements. Notice is given of the filing of these attached items.

Dated: March 26, 2013

                        Booker T. Wade Jr.
                        Debtor and Debtor-in-Possession

**BANK OF THE WEST**
P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

ıllıılıılıılıllıllıllıllıllıllıllıllıllıllıll
>001897 3158765 0001 008230 10Z
BOOKER T WAIDE JR.
605 FOREST AVE
PALO ALTO CA 94301-2623

## At your service

 bankofthewest.com

 1-800-488-2265

## SAVE UP TO $15 ON TurboTax®

Why spend more than you should to have someone else do your taxes for you? TurboTax® puts the power in your hands to keep more of your hard earned money, with the peace-of-mind of knowing you have experts in your corner every step of the way.

Get started now and save! Visit www.bankofthewest.com/turbotax for details about this limited time offer.

Follow us on Facebook, Twitter, YouTube and LinkedIn for financial news, insights, tips, contests, new promotions, community events and other good things that celebrate the West.

## FRESH START CHECKING  030-706010

BOOKER T WAIDE JR.

### ACCOUNT SUMMARY

| | |
|---|---|
| **Beginning Balance** | **$0.00** |
| Total deposits and additions | 2,593.00 |
| Total withdrawals and subtractions | -208.92 |
| **Ending Balance** | **$2,384.08** |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Interest credited prior year | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $1,114.62 |

### ACCOUNT SERVICES
Your account has the services checked below.

- ☐ Auto-Save
- ☑ Debit Card
- ☐ Direct Deposit
- ☐ Mobile Banking
- ☐ Online Banking
- ☐ Online Statements
- ☐ Overdraft Protection

If you would like to add or find out about any other services, please contact us at 1-800-488-2265.

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 

# BANK OF THE WEST

## YOU CAN USE THIS FORMAT TO RECONCILE YOUR CHECKING OR SAVINGS ACCOUNT BALANCE.

To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account.

1. Enter the ending balance for the account as shown on the front of the statement.

2. Compare the items listed on the statement against your register(s).

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. ADD any deposits made after the statement period.

5. Enter each debit transaction (e.g., check, withdrawal, pre-authorized ACH) made but not listed on the statement in the outstanding withdrawals column.

6. SUBTRACT outstanding debit transaction total made after the statement period.

7. Enter in your register(s) any automatic credits, deposits, or interest appearing on this statement that have not been recorded.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

*If this balance differs from your register(s), use the following steps to locate the error:
   a. Examine the figures used in this reconcilement for accuracy.
   b. Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
   c. Verify addition and subtraction in your register(s).
   d. Verify that any service charge or other fees due for this statement period has been deducted from your register(s).

Ending balance from statement $ _____

Add outstanding deposits          $ _____

List outstanding debit transactions

| Number or Date | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total |  |  |

Subtract total outstanding debit transactions $ _____

Equals account balance* $ _____

## IMPORTANT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West**, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:
   1. Tell us your name and account number (if any).
   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In South Dakota, Bank of the West operates under the name of Bank of the West California.

**BANK** OF THE **WEST**

## FRESH START CHECKING  xxx-xx6010 *(continued)*
ACTIVITY DETAIL

### Deposits

| Date | Description | Amount |
|---|---|---|
| 02/19 | Deposit | $100.00 |
| 03/01 | Deposit | 300.00 |
| 03/01 | Deposit | 2,193.00 |
| **Total Deposits** | | **$2,593.00** |

| Overdraft and Returned Item Fees | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees | $26.00 | $26.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$0.00** |
| 02/19 | Deposit | 100.00 | | 100.00 |
| 03/01 | Deposit | 300.00 | | 400.00 |
| 03/01 | Deposit | 2,193.00 | | 2,593.00 |
| 03/07 | ELECTRONIC CHECK CONVERTED PAID ITEM 300089 CHECK #: 102 | | -176.44 | 2,416.56 |
| 03/07 | PAID OVERDRAFT FEE | | -26.00 | 2,390.56 |
| 03/07 | SERVICE CHARGE | | -6.48 | 2,384.08 |
| | **Totals** | **$2,593.00** | **−$208.92** | |
| | **Ending Balance** | | | **$2,384.08** |

bankofthewest.com          1-800-488-2265

Case: 13-50376   Doc# 38   Filed: 04/01/13   Entered: 04/01/13 12:52:25   Page 4 of 8

**BANK**OF THE**WEST**

This space intentionally left blank.

Case: 13-50376   Doc# 38   Filed: 04/01/13   Entered: 04/01/13 12:52:25   Page 5 of 8


# Avidbank

P.O. Box 1730, Palo Alto, California 94302-1730

## Account Information
### ACH Inquiry

| | | | | | |
|---|---|---|---|---|---|
| Account Number | 100008507 | Short Name | WADE, BOOKER T | | |
| Nbr Debits | 22 | Last Stmt | 2/28/13 | Available Balance | 4,540.85 | Current Balance | 13.23 |
| Nbr Credits | 1 | Nbr Enclosed | 2 | Collected Balance | 13.23 | Last Stmt Balance | 2,611.47 |

Monetary Activity | Non-Monetary Activity | Package Post | Teller Memo

| Eff Date | TR | Sb | Subtyp | Batch | Trcd | Description | Check Nbr | Tran Amount | P | Current Bal |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/23/13 | ACH | FED | ACH | | 2191 | FED Ben Pmt | | 2,586.40 | Y | 2,593.02 |
| 01/23/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 1.68 | Y | 2,591.34 |
| 01/28/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 6.85 | Y | 2,584.49 |
| 01/28/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 9.58 | Y | 2,574.91 |
| 01/28/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 4.75 | Y | 2,570.16 |
| 01/28/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 24.70 | Y | 2,545.46 |
| 01/29/13 | POD | | 090 | | 0090 | CHECK | 647 | 778.57 | Y | 1,766.89 |
| 01/30/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 12.30 | Y | 1,754.59 |
| 01/31/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 6.52 | Y | 1,748.07 |
| 01/31/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 10.00 | Y | 1,738.07 |
| 01/31/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 6.94 | Y | 1,731.13 |
| 01/31/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 10.97 | Y | 1,720.16 |
| 02/01/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 80.00 | Y | 1,640.16 |
| 02/04/13 | POD | | 090 | | 0090 | CHECK | 648 | 115.02 | Y | 1,525.14 |
| 02/04/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 2.20 | Y | 1,522.94 |
| 02/04/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 12.80 | Y | 1,510.14 |

Select | Image

| 02/04/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 5.58 | Y | 1,504.56 |
| 02/04/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 20.35 | Y | 1,484.21 |
| 02/05/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 18.22 | Y | 1,465.99 |
| 02/06/13 | ACH | ATM | | 555 | 7215 | ATM W/D | | 200.00 | Y | 1,265.99 |
| 02/11/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 8.25 | Y | 1,257.74 |
| 02/11/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 8.75 | Y | 1,248.99 |
| 02/11/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 20.48 | Y | 1,228.51 |
| 02/11/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 57.16 | Y | 1,171.35 |
| 02/12/13 | POD | | 007 | | 0020 | DEPOSIT | | 1,889.31 | Y | 3,060.66 |
| 02/12/13 | ACH | FED | ACH | | 0089 | PROG WEST/INS PREM | | 156.83 | Y | 2,903.83 |
| 02/12/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 8.67 | Y | 2,895.16 |
| 02/12/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 10.47 | Y | 2,884.69 |
| 02/12/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 18.79 | Y | 2,865.90 |
| 02/12/13 | ACH | ATM | | 555 | 7255 | POS PUR | | .23 | Y | 2,865.67 |
| 02/12/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 6.94 | Y | 2,858.73 |
| 02/13/13 | ACH | FED | ACH | | 0089 | RLMS/RLMS ACH | | 2,571.60 | Y | 287.13 |

| 02/13/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 7.20 | Y | 279.93 |
| 02/13/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 18.63 | Y | 261.30 |
| 02/13/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 40.00 | Y | 221.30 |
| 02/13/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 14.10 | Y | 207.20 |
| 02/14/13 | ACH | ATM | | 555 | 7215 | ATM W/D | | 180.00 | Y | 27.20 |
| 02/15/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 6.93 | Y | 20.27 |
| 02/15/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 7.17 | Y | 13.10 |
| 02/19/13 | OTE | | | 000028 | 0060 | MISC DEBIT | | 15.00 | Y | 1.90- |
| 02/20/13 | POD | | 020 | | 0020 | DEPOSIT | | 100.00 | Y | 98.10 |
| 02/26/13 | POD | | 004 | | 0020 | DEPOSIT | | | | |
| 02/27/13 | ACH | FED | ACH | | 2191 | FED Ben Pmt | | 2,586.40 | Y | 2,684.50 |
| 02/27/13 | ACH | ATM | | 555 | 7255 | POS PUR | | 16.72 | Y | 2,667.78 |
| 02/28/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 1.31 | Y | 2,666.47 |
| 02/28/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 15.00 | Y | 2,651.47 |
| 02/28/13 | ACH | ATM | | 555 | 7265 | POS PUR | | 40.00 | Y | 2,611.47 |


FDIC

Avid Bank Check Register
Month ended 02/28/2013
Booker Wade

| Date | Check No | Payee | Amount | Item |
|------|----------|-------|--------|------|
| 1/29/2013 | 647 | Palo Alto Medical Foundation | 778.57 | Medical Expenses |
| 2/4/2013 | 648 | Palo Alto Utilites | 115.02 | Utilites |
| 2/12/2013 | ACH | Progressive | 156.83 | Car Insurance |
| 2/13/2013 | ACH | RLMS- Rushmore | 2,571.60 | Mortgage compound payment |
| | | | 3,622.02 | |

Bank of West Check Register
Month ended 02/28/2013
Booker Wade

| Date | Check No | Payee | Amount | Item |
|------|----------|-------|--------|------|
| None issued | | | | |

**CERTIFICATE OF SERVICE**

. I am over the age of 18 and not a party to the within action. My business address is 830 Stewart Drive, Suite 239, Sunnyvale, CA 94085

On March 26, 2013, I served the documents described as:

**NOTICE OF FILING OF SUPPLEMENT TO MONTHLY OPERATING REPORT**

on the following parties in this action by placing true copies thereof enclosed in sealed envelopes addressed with first class postage fully prepaid, in the United States mail at San Mateo, California, and addressed as follows:

Mlnarik Law Group
2930 Bower Avenue
Santa Clara, CA 95051

Jennifer Protas Esq.
Hoge Fenton Jones & Appel Inc.
Sixty South Market Street Suite 1400
San Jose, CA 95113

David Hamerslough
Rossi Hamerslough Reischl Chuck
1960 The Alameda Suite 200
San Jose, CA 95126

Heinz Binder
Wendy Smith
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 26, 2013, at San Mateo, California.

_____
Fan Wen