Booker T. Wade Jr.
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@hotmail.com

In Propria Persona

 ORIGINAL

**FILED**
APR 2 2 2013
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

# UNITED STATS BANKRUPTCY COURT OF NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re

BOOKER THEODORE WADE, JR

    Debtor

**NOTICE OF FILING OF MONTHLY OPERATING REPORT**

Case No. 013-50376 SLJ

Chapter 11

    Booker T. Wade Jr., Debtor, hereby provides notice of and tenders the attached Monthly Operating Report for the month of March 2013.

April 22, 2013

_____
Booker T. Wade Jr., Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: Booker T. Wade Jr.,

Case No. 013-50376

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 03/31/13    PETITION DATE: 01/22/13

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $23,636 | | |
| b. Total Assets | $756,886 | | |
| c. Current Liabilities | $1,746 | | |
| d. Total Liabilities | $752,863 | | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $6,494 | | $13,744 |
| b. Total Disbursements | $4,319 | | $6,196 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,175 | $0 | $7,547 |
| d. Cash Balance Beginning of Month | $2,711 | | $0 |
| e. Cash Balance End of Month (c + d) | $4,886 | $0 | $7,547 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $18,750 | | |
| 6. **Post-Petition Liabilities** | $1,746 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

At the end of this reporting month:    **Yes**    **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?
13. Are a plan and disclosure statement on file?
14. Was there any post-petition borrowing during this reporting period?

15. Check if paid: Post-petition taxes ___ ;    U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 4/22/2013 0:00

Booker T. Wade, Jr.
Responsible Individual

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended   03/31/13

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $4,886 |
| 2 | Accounts receivable (net) | | $18,750 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | $23,636 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | x | $710,250 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $3,000 |
| 10 | Vehicles | x | $3,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | - | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other:  Arts & Books | x | $2,000 |
| 16 | Car Insurance Proceeds Claim | | $15,000 |
| 17 | **Total Long Term Assets** | | $733,250 |
| 18 | **Total Assets** | | $756,886 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $1,746 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $0 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: _____ | | $0 |
| 24 | _____ | | |
| 25 | **Total Current Liabilities** | | $1,746 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $1,746 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $674,945 |
| 29 | Secured claims (other) | | $45,000 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $31,172 |
| 32 | **Total Pre-Petition Liabilities** | | $751,117 |
| 33 | **Total Liabilities** | | $752,863 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $4,023 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $756,886 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of The West Checking | Avid Bank Checking | |
| 11 | Account No. | 030706010 | 0100008507 | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $345 | $4,541 | |
| 14 | Total Funds on Hand for all Accounts | $4,886 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 03/31/13

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Social Security Income | $2,586 | $7,759 |
| 8 | KMTP- Salary | $2,308 | $4,385 |
| 9 | Misc income | $1,600 | $1,600 |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,494 | $13,744 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | $167 | $175 |
| 28 | Employer Payroll Taxes | $200 | $380 |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Medical | $132 | $1,599 |
| 33 | Living Expenses | $633 | $583 |
| 34 | Mortgage Payment | $2,572 | $2,572 |
| 35 | Utilites, Insurance | $157 | $429 |
| 36 | Court Fee | $459 | $459 |
| 37 | **Total Cash Disbursements:** | $4,319 | $6,196 |
| 38 | **Net Increase (Decrease) in Cash** | $2,175 | $7,547 |
| 39 | **Cash Balance, Beginning of Period** | $2,711 | |
| 40 | **Cash Balance, End of Period** | $4,886 | $7,547 |

Case: 13-50376   Doc# 43   Filed: 04/22/13   Entered: 04/23/13 13:34:16   Page 5 of 14

Revised 1/1/98



# Avidbank
P.O. Box 1730, Palo Alto, California 94302-1730

```
Page:                         1
Branch:                     001
Account Number:       100008507
Statement Date:        03/29/13

Checks / Items Enclosed    1
```

```
1786   BOOKER T WADE JR
       605 FOREST AVENUE
       PALO ALTO CA 94301
```

| Account Name | Account Number | Interest Paid In 2012 | Balance |
|---|---|---|---|
| PERSONAL CHECKING | 100008507 | .00 | 4,540.85 |

```
PERSONAL CHECKING         BOOKER T WADE JR                          Acct    100008507

           Beginning Balance    3/01/13        2,611.47
           Deposits / Misc Credits      3      4,727.62
           Withdrawals / Misc Debits   22      2,798.24
        ** Ending Balance       3/31/13        4,540.85  **
           Service Charge                           .00

           Average Balance                        1,010
           Average Collected Balance              1,010
           Minimum Balance                          147-
           Enclosures                                 2
```

--------------------- DEPOSITS AND OTHER CREDITS --------------

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 3/13 | 200.00 | | DEPOSIT |
| 3/27 | 1,941.22 | | DEPOSIT |
| 3/27 | 2,586.40 | | Federal Benefit Payment SSA TREAS 310/XXSOC SEC BOOKER T WADE JR |

--------------------- CHECKS --------------
\* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/04 | 649 | 2,493.00 | | | | | | |

--------------------- WITHDRAWALS AND OTHER DEBITS --------------

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 3/12 | | 156.81 | PROG WEST/INS PREM BOOKER WADE |
| 3/12 | | 15.00 | Overdraft Funds Paid Charge |

Case: 13-50376   Doc# 43   Filed: 04/22/13   Entered: 04/23/13 13:34:16   Page 6 of 14





P.O. Box 1730, Palo Alto, California 94302-1730

```
Page:                        2
Branch:                    001
Account Number:      100008507
Statement Date:       03/29/13

Checks / Items Enclosed    1
```

BOOKER T WADE JR
605 FOREST AVENUE
PALO ALTO CA 94301

```
- - - - - - - - - - - - - -     ATM TRANSACTION SUMMARY                    - - - - - - - - - - - - -

Date         Deposits      Withdrawals    Location

3/01                              7.94    POS PURCHASE
                                          USPS 0558030193 PALO ALTO CA
                                          0000034704196 *****3625 02/28 16:58
3/01                               .72    POS PURCHASE
                                          FEDEXOFFICE    00051052 MENLO PARK CA
                                          0000000E *****3625 02/28 01:02
3/01                              6.93    POS PURCHASE
                                          MCDONALDS  F2512 MENLO PARK CA
                                          000001 *****3625 02/28 17:26
3/04                              8.22    POS PURCHASE
                                          SAFEWAY STORE      3010 CASTRO VALLEY CA
                                          0000030100033 *****3625 03/04 13:32
3/04                              2.09    POS PURCHASE
                                          FEDEXOFFICE    00051011 PALO ALTO CA
                                          0000000E *****3625 02/28 20:13
3/04                              5.81    POS PURCHASE
                                          CENTURY THEATRES 399 MOUNTAIN VIEW CA
                                          0000000000388 *****3625 03/01 10:31
3/04                              8.25    POS PURCHASE
                                          CENTURY THEATRES 399 MOUNTAIN VIEW CA
                                          0000000000388 *****3625 03/01 10:31
3/06                             12.49    POS PURCHASE
                                          WALGREENS PALO ALTO CA
                                          00000W1359641 *****3625 03/05 16:37
3/07                              8.24    POS PURCHASE
                                          PANDA EXPRESS #1924 PALO ALTO CA
                                          000001924001 *****3625 03/06 03:48
3/11                              2.18    POS PURCHASE
                                          MARINA FOOD #1 SAN MATEO CA
                                          0000042143403 *****3625 03/09 16:13
3/11                              3.72    POS PURCHASE
                                          7-ELEVEN PALO ALTO CA
                                          0000000MEI822 *****3625 03/10 00:11
3/11                              4.59    POS PURCHASE
                                          WHOLE FOODS MARK Palo Alto CA
                                          0000000000000 *****3625 03/10 11:02
3/11                              7.92    POS PURCHASE
                                          WHOLE FOODS MARK Palo Alto CA
                                          0000000000000 *****3625 03/10 10:25
3/11                             11.48    POS PURCHASE
                                          THE WILLOWS MARKET MENLO PARK CA
                                          0000068231201 *****3625 03/09 12:54
```







# Avidbank
P.O. Box 1730, Palo Alto, California 94302-1730

```
Page:                         3
Branch:                     001
Account Number:       100008507
Statement Date:        03/29/13

Checks / Items Enclosed     1
```

BOOKER T WADE JR
605 FOREST AVENUE
PALO ALTO CA 94301

---

```
- - - - - - - - - - - -     ATM TRANSACTION SUMMARY              - - - - - - - - - - - -

 Date         Deposits       Withdrawals   Location

 3/11                               5.34   POS PURCHASE
                                           CENTURY THEATRES 485 REDWOOD CITY CA
                                           0000000002164 *****3625 03/09 00:32
 3/11                               8.25   POS PURCHASE
                                           CENTURY THEATRES 485 REDWOOD CITY CA
                                           0000000002164 *****3625 03/09 00:14
 3/12                               4.70   POS PURCHASE
                                           PARIS BAGUETTE USA INC PALO ALTO CA
                                           0000070131702 *****3625 03/11 15:55
 3/19                              20.00   ATM WITHDRAWAL
                                           WESTAMERIC      214 CALIFORNI
                                           SAN FRANCISCO CA
                                           00000D060
 3/26                               4.56   POS PURCHASE
                                           FEDEXOFFICE     00029017 SAN JOSE CA
                                           0000000E *****3625 03/25 18:56

- - - - - - - - - - - - - -     ITEMIZATION OF FEES              - - - - - - - - - - - - -
```

| | Fees Assessed | | | Fees Refunded | |
|---|---|---|---|---|---|
| Fee Type | Total for this Period | Prior Period Adjustments | Total Year to Date | Total for this Period | Total Year to Date |
| Total Overdraft Fees | 15.00 | .00 | 15.00 | .00 | .00 |

```
- - - - - - - - - - - - -       DAILY BALANCE SUMMARY            - - - - - - - - - - - - -
```

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 2,595.88 | 3/11 | 14.30 | 3/19 | 17.79 |
| 3/04 | 78.51 | 3/12 | 162.21- | 3/26 | 13.23 |
| 3/06 | 66.02 | 3/13 | 37.79 | 3/27 | 4,540.85 |
| 3/07 | 57.78 | | | | |


Case: 13-50376   Doc# 43   Filed: 04/22/13   Entered: 04/23/13 13:34:16   Page 8 of 14

FDIC


**BOOKER WADE, JR.**    649

Date 3/1/13

Pay to the Order of: Booker T Wade Jr    $2493.00

Two thousand fourhundred ninety three Dollars

**Avidbank**
400 Emerson Street
Palo Alto, CA 94301
www.avidbank.com

For: Transfer To DIP Account    [signature]

⑆121143626⑆ 100008507⑈ 0649

03/04/2013    649    $2,493.00



# BANK OF THE WEST

P.O. Box 2830, Omaha, NE 68103-2830

>004871 3216585 0001 008230 10Z
BOOKER T WAIDE JR.
605 FOREST AVE
PALO ALTO CA 94301-2623

# Account Statement

March 8, 2013 - April 5, 2013

Page 1 of 4

## At your service

 bankofthewest.com

1-800-488-2265

## Stay Connected

Follow us on Facebook, Twitter, YouTube and LinkedIn for financial news, insights, tips, contests, new promotions, community events and other good things that celebrate the West.

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

Reduce paper clutter with Online Statements. Find out more and sign up through Online Banking at bankofthewest.com

## FRESH START CHECKING 030-706010

BOOKER T WAIDE JR.

### ACCOUNT SUMMARY

| | |
|---|---:|
| **Beginning Balance** | **$2,384.08** |
| Total deposits and additions | 1,626.00 |
| Total withdrawals and subtractions | -3,665.42 |
| **Ending Balance** | **$344.66** |

### EARNINGS SUMMARY

| | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $1,180.16 |

### ACCOUNT SERVICES
Your account has the services checked below.

- ☐ Auto-Save
- ☑ Debit Card
- ☐ Direct Deposit
- ☐ Mobile Banking
- ☐ Online Banking
- ☐ Online Statements
- ☐ Overdraft Protection

If you would like to add or find out about any other services, please contact us at 1-800-488-2265.

For your protection:
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

Case: 13-50376   Doc# 43   Filed: 04/22/13   Entered: 04/23/13 13:34:16   Page 10 of 14

In South Dakota, Bank of the West operates under the name of Bank of the West C...

Member FDIC  

# BANK OF THE WEST

P.O. Box 2830, Omaha, NE 68103-2830

>004871 3216585 0001 008230 10 Z
BOOKER T WAIDE JR.
605 FOREST AVE
PALO ALTO CA 94301-2623

# Account Statement

March 8, 2013 - April 5, 2013

Page 1 of 4

## At your service

 bankofthewest.com

 1-800-488-2265

## Stay Connected

Follow us on Facebook, Twitter, YouTube and LinkedIn for financial news, insights, tips, contests, new promotions, community events and other good things that celebrate the West.

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

Reduce paper clutter with Online Statements. Find out more and sign up through Online Banking at bankofthewest.com

## FRESH START CHECKING 030-706010

BOOKER T WAIDE JR.

| ACCOUNT SUMMARY | |
|---|---:|
| **Beginning Balance** | **$2,384.08** |
| Total deposits and additions | 1,626.00 |
| Total withdrawals and subtractions | -3,665.42 |
| **Ending Balance** | **$344.66** |

| EARNINGS SUMMARY | |
|---|---:|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $1,180.16 |

### ACCOUNT SERVICES
Your account has the services checked below.

- ☐ Auto-Save
- ☑ Debit Card
- ☐ Direct Deposit
- ☐ Mobile Banking
- ☐ Online Banking
- ☐ Online Statements
- ☐ Overdraft Protection

If you would like to add or find out about any other services, please contact us at 1-800-488-2265.

For your protection:
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

Case: 13-50376   Doc# 43   Filed: 04/22/13   Entered: 04/23/13 13:34:16   Page 11 of 14



## FRESH START CHECKING xxx-xx6010 *(continued)*

ACTIVITY DETAIL

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/13 | OVERDRAFT FEE RVSL | $26.00 |
| 03/13 | Deposit | 1,600.00 |
| **Total Deposits** | | **$1,626.00** |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $2,384.08 |
| 03/13 | OVERDRAFT FEE RVSL<br>OD FEE REV | 26.00 | | 2,410.08 |
| 03/13 | Deposit | 1,600.00 | | 4,010.08 |
| 03/14 | ELECTRONIC DBT RLMS RLMS ACH 031413 PPD | | -2,571.60 | 1,438.48 |
| 03/18 | POS PURCHASE<br>641064 WALGREENS PALO ALTO CA | | -24.78 | 1,413.70 |
| 03/18 | DEBIT CARD POS<br>CHEVRON 0091081 EAST PALO ALT CA ON 130318 | | -30.56 | 1,383.14 |
| 03/18 | DEBIT CARD POS<br>PALO ALTO CREAMERY PALO ALTO CA ON 130318 | | -16.29 | 1,366.85 |
| 03/18 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 130318 | | -7.38 | 1,359.47 |
| 03/19 | DEBIT CARD POS<br>PARIS BAGUETTE USA INC PALO ALTO CA ON 130319 | | -4.00 | 1,355.47 |
| 03/20 | DEBIT CARD POS<br>PARIS BAGUETTE USA INC PALO ALTO CA ON 130320 | | -4.45 | 1,351.02 |
| 03/20 | Check Paid #9155 | | -459.33 | 891.69 |
| 03/20 | DEBIT CARD POS<br>EMBARCADERO CTR GARAGE SAN FRANCISCO CA ON 130320 | | -30.00 | 861.69 |
| 03/21 | POS PURCHASE<br>642035 WALGREENS PALO ALTO CA | | -51.16 | 810.53 |
| 03/22 | DEBIT CARD POS<br>PARIS BAGUETTE USA INC PALO ALTO CA ON 130322 | | -6.35 | 804.18 |
| 03/22 | DEBIT CARD POS<br>FIVE GUYS #CA-1370 BURLINGAME CA ON 130322 | | -29.13 | 775.05 |
| 03/22 | DEBIT CARD POS<br>FEDEXOFFICE 00029017 SAN JOSE CA ON 130322 | | -0.90 | 774.15 |
| 03/22 | DEBIT CARD POS<br>MI PUEBLO FOOD CENTE E. PALO ALTO CA ON 130322 | | -9.34 | 764.81 |
| 03/25 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 130324 | | -7.30 | 757.51 |
| 03/25 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 130324 | | -1.94 | 755.57 |
| 03/25 | POS PURCHASE<br>914196 7-ELEVEN PALO ALTO CA | | -14.30 | 741.27 |
| 03/25 | POS PURCHASE<br>901840 7-ELEVEN PALO ALTO CA | | -14.27 | 727.00 |
| 03/25 | DEBIT CARD POS<br>CENTURY THEATRES 39QPS MOUNTAIN VIEW CA ON 130325 | | -8.25 | 718.75 |
| 03/25 | DEBIT CARD POS<br>CENTURY THEATRES 39QPS MOUNTAIN VIEW CA ON 130325 | | -5.81 | 712.94 |
| 03/25 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 130325 | | -16.23 | 696.71 |
| 03/25 | CASH WD ATM<br>005868 5800 STONERIDGE M PLEASANTON CA | | -103.00 | 593.71 |
| 03/26 | DEBIT CARD POS<br>SHELL OIL 57444673800 DUBLIN CA ON 130326 | | -31.00 | 562.71 |



## FRESH START CHECKING xxx-xx6010 *(continued)*
ACTIVITY DETAIL

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 03/26 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 130326 | | -$8.85 | $553.86 |
| 03/27 | DEBIT CARD POS<br>FEDEXOFFICE 00051052 MENLO PARK CA ON 130327 | | -8.85 | 545.01 |
| 03/28 | DEBIT CARD POS<br>USPS 05689495524700957 FOSTER CITY CA ON 130328 | | -2.38 | 542.63 |
| 04/01 | DEBIT CARD POS<br>WALGREENS #13596 PALO ALTO CA ON 130331 | | -7.48 | 535.15 |
| 04/01 | DEBIT CARD POS<br>WALGREENS #13596 PALO ALTO CA ON 130331 | | -8.14 | 527.01 |
| 04/01 | DEBIT CARD POS<br>CVS PHARMACY #9915 PALO ALTO CA ON 130331 | | -9.26 | 517.75 |
| 04/01 | DEBIT CARD POS<br>WALGREENS #13596 PALO ALTO CA ON 130401 | | -70.00 | 447.75 |
| 04/01 | DEBIT CARD POS<br>WILLOW COVE GAS MENLO PARK CA ON 130401 | | -30.46 | 417.29 |
| 04/03 | DEBIT CARD POS<br>FRY'S ELECTRONICS #3 PALO ALTO CA ON 130403 | | -9.87 | 407.42 |
| 04/03 | DEBIT CARD POS<br>PANDA EXPRESS #1924 PALO ALTO CA ON 130403 | | -8.25 | 399.17 |
| 04/05 | DEBIT CARD POS<br>WILLOW COVE GAS MENLO PARK CA ON 130405 | | -36.51 | 362.66 |
| 04/05 | NON-BOW ATM FEE | | -6.00 | 356.66 |
| 04/05 | SERVICE CHARGE | | -12.00 | 344.66 |
| **Totals** | | $1,626.00 | -$3,665.42 | |
| **Ending Balance** | | | | **$344.66** |

### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 9155e | 03/20 | 459.33 | | | | | | |
| **Total Checks Paid** | | | | | | | | **$459.33** |

*e = Item presented electronically.*

# Certificate of Service

The undersigned hereby certifies that on April 22, 2013, I deposited in the United States Mail, first class postage prepaid a copy of the foregoing Notice of Filing of Monthly Operating Report addressed to the following:

Jennifer Protas
Hoge Fenton Jones & Appel
60 South Market Street, Suite 1400,
San Jose, CA 95113-2396

The Mlnarik Group, Inc
2930 Bowers Avenue
Santa Clara, CA 95051

Wendy Watrous Smith
Binder & Malter
2775 Park Ave
Santa Clara, CA 95050

_____
Fan Wen

April 22, 2013