Booker T. Wade Jr., In Pro Per
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@hotmail.com

FILED
JUN 0 6 2013
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Booker T. Wade Jr.,<br><br>              Debtor. | Case No. 013-50376 SLJ<br><br>Chapter 11<br><br>**NOTICE OF MOTION TO REJECT EXECUTORY CONTRACT**<br><br>Date:      August 21, 2013<br>Time:     2:00 p.m.<br>Courtroom: 3099, 3rd Floor<br>                Hon. Stephen L. Johnson |

     **PLEASE TAKE NOTICE** that upon the annexed motion, dated June 6, 2013 (Motion), of Debtor Booker T. Wade Jr., as debtor-in-possession, Debtor will apply to the court, pursuant to Section 365 of Title 11, for an order to reject the settlement agreement between Debtor and Arlene Stevens entered into or about January 23, 2009, as more fully set forth in the Motion. A hearing on the Motion will be held before the Honorable Stephen Johnson in Room 3099, 3RD Floor, of the United States Bankruptcy Court for Northern California, San Jose Division, at 280 South First Street, San Jose, California 95113, on August 21, 2013, at 2:00 p.m., or as soon thereafter as the matter may be heard.

     **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed timely in writing with the Court and must conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.

     If no objections are timely filed and served with respect to the Motion, Debtor may, on or after the Objection Deadline, submit to the Bankruptcy Court and order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

June 6, 2013

                                   /s/ Booker T. Wade Jr.
                                   Booker T. Wade Jr.
                                   Debtor

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA:

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1960 The Alameda, Suite 200, San Jose, CA 95126-1493. On the date set forth below I served the documents described below:

**NOTICE OF MOTION AND MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Steven S. Fry, Esq.<br>770 Menlo Avenue, Suite 101<br>Menlo Park CA 94025<br>(650) 322-5376 | Attorney for Arlene D. Stevens |
| Booker T. Wade, Jr.<br>605 Forest Avenue<br>Palo Alto CA 94301<br>(415) 378-6250<br>bookertwade@hotmail.com | In Pro Per |
| William J. Healy, Esq.<br>Capeau, Goodsell & Smith<br>440 N. First Street<br>San Jose CA 95112<br>(408) 295-9555 | |

[X] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s). The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting facsimile machine, will be attached hereto after transmission.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on January 25, 2013, at San Jose, California.

_____
COLLEEN EASTMAN

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA 95126-1493
Ph (408) 261-4252
Fax (408) 261-4292

Case: 13-50376   Doc# 53   Filed: 06/06/13   Entered: 06/07/13 13:23:59   Page 2 of 2