

**Entered on Docket**
**June 10, 2013**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 10, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 13-50376 SLJ |
| BOOKER THEODORE WADE, JR., ) | Chapter 11 |
| ) | |
| ) | **ORDER AFTER STATUS CONFERENCE** |
| Debtor(s). ) | |

On June 7, 2013, the Court held a status conference in the above-entitled matter. Appearances were as noted on the record. The Court having reviewed the status conference statements and other pleadings filed in this case and having heard the arguments of counsel, good cause appearing,

IT IS HEREBY ORDERED as follows:

(1) The Debtor(s) shall file a disclosure statement and plan of reorganization by <u>August 16, 2013</u>, and a plan shall be confirmed by <u>November 7, 2013</u>.

(2) The Debtor(s) shall remain current on all monthly operating reports.

(3) If the Debtor(s) fails to abide by the deadlines established in Paragraph (1) above or to remain current on monthly operating reports, the Court sua sponte or the United States Trustee ("UST"), by filing and serving a declaration indicating non-compliance by the Debtor(s) and submitting and serving an order, may dismiss or convert the case, at the UST's discretion. <u>See</u> 11 U.S.C. § 1112(b)(4)(E) & (J).

ORDER AFTER STATUS CONFERENCE    -1-

(4) If the case has not been converted or dismissed under Paragraph (3), a continued status conference shall be held on September 5, 2013 at 10:00 a.m., at the United States Bankruptcy Court, 280 South First Street, Courtroom 3099, San Jose, California.

(5) The Debtor(s) shall file a status conference statement no later than 7 days prior to any continued status conference. Failure to file a status conference statement may result in the dismissal or conversion of the case.

IT IS SO ORDERED.

**\*\*END OF ORDER\*\***

ORDER AFTER STATUS CONFERENCE -2-

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | Booker Theodore Wade |
| 3 | 605 Forest Ave.<br>Palo Alto, CA 94301 |
| 4 | |
| 5 | [ECF Notifications] |

**ORDER AFTER STATUS CONFERENCE** -3-