ORIGINAL

Booker T. Wade Jr., In Pro Per
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@hotmail.com

FILED
JUN 19 2013
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re:

Booker T. Wade Jr.,

        Debtor.

Case No. 013-50376 SLJ

Chapter 11

**REVISED AND AMENDED NOTICE OF MOTION TO REJECT EXECUTORY CONTRACT**

Date:     July 24, 2013
Time:    2:00 p. m.
Courtroom: 3099, 3rd Floor
               Hon. Stephen L. Johnson

      PLEASE TAKE NOTICE that upon the Motion to Reject Executory Contract filed on June 6, 2013 and thereafter served (Motion), **the hearing on the Motion has been rescheduled and is now set for July 24, 2013**. At the hearing, the Debtor will apply to the court, pursuant to Section 365 of Title 11, for an order to reject the settlement agreement between Debtor and Arlene Stevens entered into or about January 23, 2009, as more fully set forth in the Motion. A hearing on the Motion will now be held before the Honorable Stephen Johnson in Room 3099, 3RD Floor, of the United States Bankruptcy Court for Northern California, San Jose Division, at 280 South First Street, San Jose, California 95113, on July 24, 2013, at 2:00 p.m., or as soon thereafter as the matter may be heard.

      **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed timely in writing with the Court and must conform to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.

      If no objections are timely filed and served with respect to the Motion, Debtor may, on or after the Objection Deadline, submit to the Bankruptcy Court and order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

June 19, 2013

                                   _/s/ Booker T. Wade Jr._
                                   Booker T. Wade Jr.
                                   Debtor

# Certificate of Service

1. I, Fan Wen, state:

2. I am over the age of eighteen years and not a party to the within action. My business address is 830 Stewart Drive, Suite 239, Sunnyvale, CA 94085

3. On June 19th, 2013, I served the documents described as:

   REVISRED NOTICE OF MOTION TO REJECT EXECUTORY CONTRACT

4. On the following parties in this action by placing true copies thereof enclosed in sealed envelopes addressed with first class postage fully prepaid, in the United States mail at San Mateo, California and address as follows:

Mlnarik Law Group
2930 Bower Avenue
Santa Clara, CA 95051

Stephanie O. Sparks Esq.
Hoge Fenton Jones & Appel
60 south Market Street Suite 1400
San Jose, CA 95113-2396

Heinz Binder
Wendy Smith
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Law Offices of Stephen Fry
PO Box 1044
Nevada City, CA 95959
    Via Certified Mail

Arlene Stevens
P O Box 51300
Palo Alto, CA 94303

Todd S. Garan
Pite Duncan, LLP
4375 Jutland Drive, Suite200
PO Box 17933
San Diego, CA 92177-0933

David Hmerslough
Rossi Hamerslough Reischl Chuck
1960 The Alameda Suite 200
San Jose, CA 95126

   I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

   Executed on June 19th, 2013 at San Mateo, California.

                                        Fan Wen