ORIGINAL

Booker T. Wade Jr., In Pro Per
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@hotmail.com

FILED
JUN 19 2013
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

Booker T. Wade Jr.,

Debtor.

Case No. 013-50376 SLJ

Chapter 11

**REVISED PROOF OF SERVICE**

Date: July 24, 2013
Time: 2:00 p. m.
Courtroom: 3099, 3rd Floor
Hon. Stephen L. Johnson

Booker T. Wade, Jr., Debtor herein, hereby submits the attached Revised Certificate of Service as to the Notice of Motion and Motion to Reject Executory Contract filed on June 6, 2013. The revised Certificate of Service corrects the date of service and adds parties actually served but not shown on the certificate. This Revised Certificate of Service does not apply to the Revised and Amended Notice of Motion to Reject Executory Contract concurrently filed this day.

Respectfully submitted,

Booker T. Wade Jr.
Debtor

June 19, 2013

---

5181.001

Motion to Reject Settlement Agreement

# Revised Certificate of Service

I, Fan Wen, state:

I am over the age of eighteen years and not a party to the within action. My business address is 830 Stewart Drive, Suite 239, Sunnyvale, CA 94085

On June 7, 2013, I served the documents described as:

## MOTION TO REJECT EXECUTORY CONTRACT

On the following parties in this action by placing true copies thereof enclosed in sealed envelopes addressed with first class postage fully prepaid, in the United States mail at San Mateo, California and address as follows:

Mlnarik Law Group
2930 Bower Avenue
Santa Clara, CA 95051

Todd S. Garan
Pite Duncan, LLP
4375 Jutland Drive, Suite200
PO Box 17933
San Diego, CA 92177-0933

Stephanie Oats
Hoge Fenton Jones & Appel
60 south Market Street Suite 1400
San Jose, CA 95113-2396

Heinz Binder
Wendy Smith
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Law Offices of Stephen Fry
PO Box 1044
Nevada City, CA 95959

Arlene Stevens
P O Box 51300
Palo Alto, CA 94303

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on June 19th, 2013 at San Mateo, California.

Fan Wen