David Hamerslough, Esq.
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda, Suite 200
San Jose, CA 951260
Tel: (408) 261-4252
Email: dave@rhrc.net

Attorneys for Arlene Stevens

# U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BOOKER THEODORE WADE, JR., | Case No.: 13-50376-SLJ<br><br>Chapter 11<br><br>R.S. No.: DMH-001<br><br>Date:  July 23, 2013<br>Time:  10:00 a.m.<br>Location: Courtroom 3099<br>　　　　　 280 S. First Street<br>　　　　　 San Jose, CA 95113 |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY TO SEEK JUDGMENT IN STATE COURT AND FOR RELATED RELIEF**

NOTICE IS HEREBY GIVEN that a hearing will be held on July 23, 2013 at 10:00 a.m. at the United States Bankruptcy Court located at 280 South First Street, Courtroom 3099, San Jose, California, 95113, on the motion of Arlene Stevens for relief from the automatic stay to seek judgment in State Court and for related relief..

PLEASE TAKE FURTHER NOTICE that the failure to file opposition or appear at the hearing on the date specified may result in the granting of the relief requested by the Motion at the time of the hearing.

The Motion is based upon the simultaneously-filed Motion for Relief from Stay to Seek Judgment in State Court and for Related Relief, and the declarations of David Hamerslough and Wendy W. Smith in support of the motion.

Dated: July 9, 2013             ROSSI, HAMERSLOUGH, REISCHL & CHUCK

By:____/s/ David Hamerslough_____

David Hamerslough
Attorneys for Arlene Stevens