**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>BOOKER THEODORE WADE, JR. | Bankruptcy No.: 13-50376-RLE<br>R.S. No.: DMH -001<br>Hearing Date: July 23, 2013<br>Time: 10:00 a.m. |

### Relief From Stay Cover Sheet

Instruction: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section D as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

A    Date Petition filed:                 1/27/2013                 Chapter:                 11

      Prior hearing on this obligation:        N/A        Last Date to File §523/§727 Complaints:    N/A

B    Description of personal property collateral:  Debtor's portion of the cash  $176,000 held by Steven Fry

      Secured Creditor      ___X___      or Lessor      _____

| | | | |
|---|---|---|---|
| Fair market value: | $ 176,000 | Source of Value: | _____Cash_____ |
| Contract Balance: | $_____ | Pre-Petition Default: | $388,800 |
| Monthly Payment: | $_____ | No. of Months: | Due |
| Insurance Advance: | $_____ | Post-Petition Default: | $_____ |
| | | No. of Months: | _____ |

C    Description of real property collateral: N/A

D    Other pertinent information:

There are two amounts at issue held by two different counsel for movant, Arlene Stevens. The first, approximately $176,000 is held by the law firm of Steven Fry. The Debtor claims 30% of that as estate property, but it is collateral for a debt by Debtor to Ms. Stevens of $388,800. Debtor has not paid the sum, which is fully due. Ms. Stevens seeks relief to foreclose on the funds.

The second is an amount of approximately $620,000 held by the firm of Rossi, Hamerslough, Reischl, & Chuck on behalf of Ms. Stevens pursuant to an order of the Santa Clara Superior Court. The bankruptcy estate has no interest in the money. Ms. Stevens seeks relief to obtain an order from the State Court to have the Rossi firm release the funds to her. All conditions needed to obtain that order have been met.

These obligation arose in a state court action between Ms. Stevens and the Debtor, *Stevens v. Wade* Case No. 1-07-090284, Santa Clara Superior Court. The case settled in 2009; Ms. Stevens also seeks leave to take the necessary action to have judgment entered in the case based on the settlement, pursuant to California Code of Civil Procedure, Section 664.6

Dated: July 9, 2013                          ___/s/ David Hamerslough_____
                                             David Hamerslough
                                             Attorney for Movant