David Hamerslough, Esq.
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda, Suite 200
San Jose, CA 951260
Tel: (408) 261-4252
Email: dave@rhrc.net

Attorneys for Arlene Stevens

# U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BOOKER THEODORE WADE, JR., | Case No.: 13-50376-SLJ<br><br>Chapter 11<br><br>R.S. No.: DMH-001<br><br>Date: July 23, 2013<br>Time: 10:00 a.m.<br>Location: Courtroom 3099<br>     280 S. First Street<br>     San Jose, CA 95113 |

### CERTIFICATE OF SERVICE VIA FIRST CLASS MAIL

I, Molly Edgar, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 1960 The Alameda, Suite 200, San Jose, California 95126.

On July 9, 2013, I served a true and correct copy of the following document(s):

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY TO SEEK JUDGMENT IN STATE COURT AND FOR RELATED RELIEF**

**MOTION FOR RELIEF FROM STAY TO SEEK JUDGMENT IN STATE COURT AND FOR RELATED RELIEF**

**DECLARATION OF DAVID HAMERSLOUGH IN SUPPORT OF MOTION FOR**

**RELIEF FROM STAY TO SEEK JUDGMENT IN STATE COURT AND FOR RELATED RELIEF**

**DECLARATION OF WENDY W. SMITH IN SUPPORT OF MOTION FOR RELIEF FROM STAY TO SEEK JUDGMENT IN STATE COURT AND FOR RELATED RELIEF**

**RELIEF FROM STAY COVER SHEET**

by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices, in Santa Clara, California, to the parties addressed as follows:

| | |
|---|---|
| <u>Debtor</u><br>Booker Theodore Wade, Jr.<br>605 Forest Avenue<br>Palo Alto, CA 94301 | <u>Request for Special Notice</u><br>John L. Mlnarik<br>The Mlnarik Law Group, Inc.<br>2930 Bowers Avenue<br>Santa Clara, CA 95051 |
| <u>U.S. Trustee</u><br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Stephanie O. Sparks, Esq.<br>Jennifer M. Protas, Esq.<br>Allison R. Ara, Esq.<br>Hoge, Fenton, Jones & Appel, Inc.<br>60 S. Market Street, Suite 1400<br>San Jose, California 95113 |

    I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 9, 2013, at Santa Clara, California.

                                                                         /s/    Molly Edgar<br>
                                                                           Molly Edgar