David Hamerslough, Esq.
Rossi, Hamerslough, Reischl and Chuck
1960 The Alameda, Suite 200
San Jose, CA 951260
Tel: (408) 261-4252
Email: David@rhrc.net

Attorneys for Arlene Stevens

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

BOOKER THEODORE WADE, JR.,

Case No.: 13-50376-SLJ

Chapter 11

R.S. No.: DMH-001

Date: July 23, 2013
Time: 10:00 a.m.
Location: Courtroom 3099
           280 S. First Street
           San Jose, CA 95113

**DECLARATION OF WENDY W. SMITH IN SUPPORT OF MOTION FOR RELIEF FROM STAY TO SEEK JUDGMENT IN STATE COURT AND FOR RELEATED RELIEF.**

I, Wendy W. Smith, hereby declare:

1.    I am an attorney licensed to practice by the State of California and admitted to practice before this Court. I am employed as a partner by Binder & Malter, LLP. Binder & Malter LLP have been retailed by the firm of Rossi, Hamerslough, Reischl & Chuck, attorneys for Arlene Stevens, to assist them in this matter. I make the following declaration based on my personal knowledge.

DECLARATION OF WENDY W. SMITH IN SUPPORT OF
MOTION FOR RELIEF FROM STAY TO SEEK JUDGEMENT
IN STATE COURT AND FOR RELATED RELEIV

Page 1

2. I have reviewed the dockets in the following cases that are made available by the respective courts through the Public Access to Court Electronic Records system, or, in the case of the California Courts, through the websites. Attached are true and correct copies of dockets described:

    A.    *In re TV-32 Digital Ventures, Inc.* U. S. Bankruptcy Court Northern District of California, Case No. 09-58098

    B.    *Booker Wade Jr. v. TV-32 Digital Ventures, Inc.* Unites States Court of Appeal, 9th Circuit, Bankruptcy Appellate Panel. Case no 11-1239

    C.    *Booker Wade Jr. v. TV-32 Digital Ventures, Inc.* Unites States Court of Appeal, 9th Circuit,. Case no 11-60036

    D.    *Booker Wade Jr. v. TV-32 Digital Ventures, Inc.* Unites States Court of Appeal, 9th Circuit,. Case no 11-60047

    E.    *Stevens v. Wade*, Case No.: 1-07-CV-090284, Superior Court of California, Santa Clara County.

I declare under the penalty of perjury that the forgoing is true. Dated this 3rd day of July, 2013.

*/s/ Wendy W. Smith*

Wendy W. Smith

DECLARATION OF WENDY W. SMITH IN SUPPORT OF
MOTION FOR RELIEF FROM STAY TO SEEK JUDGEMENT
IN STATE COURT AND FOR RELATED RELEIV

Page 2

Case: 13-50376   Doc# 59-5   Filed: 07/09/13   Entered: 07/09/13 14:50:31   Page 2 of 2