```
1  Booker T. Wade Jr.
   1010 Corporation Way
2  Palo Alto, CA 94303
   415 378 6250
3
4  In Propria Persona
```

FILED
2009 SEP -9 A 9:06

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

| | |
|---|---|
| ARLENE D. STEVENS, TV-32 DIGITAL VENTURES, INC. and SUNGILT CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>BOOKER T. WADE, JR., MINORITY TELEVISION PROJECT INC., COOPER-FOWLER MEDIA COMPANY, SHEILA ROBERTSON TALLEY, GREG TALLEY and Does 1 to 10, inclusive,<br><br>Defendants. | No. 1-07-CV-090284<br>Coordinated Actions<br><br>ORDER TO ESCROW PROCEEDS OF SALE OF FCC CELLULAR LICENSES<br><br>Date: September 9, 2009<br>Time: 9:00 a.m.<br>Depart: 4 |

The matter having come before the Court for hearing on September 9, 2009, pursuant to notice and application of Defendant Booker Wade, for an order directing that the proceeds of an agreed upon sale of cellular licenses issued by the Federal communications Commission for College Station, Texas and Longview, Washington, be ~~placed in escrow~~ remain in Mr. Fry's trust account (with interest going to the State Bar pr law) pending Court action upon the Motion to Rescind Settlement Agreement filed on august 21, 2009, and set for hearing on September 10, 2009. With David Hammerslough ~~and Stephen Fry~~ appearing as counsel for Plaintiff, and Booker Wade appearing in pro per, and it appearing to the court that there is a material dispute between the parties as to the existence of fraud in the formation of the Settlement Agreement herein and that the sale proceeds may be depleted causing irreparable harm.

Case: 13-50376   Doc# 59-8   Filed: 07/09/13   Entered: 07/09/13 14:50:31   Page 1 of 2

IT IS ORDERED that no expenditures or transfers of the proceeds received from the sale of the cellular licenses shall be made and that all such proceeds shall ~~be placed in an escrow~~ remain in Mr. Fry's trust account pending further order of the Court.

Dated this the 9th day of September 2009.

_____
Judge of the Superior Court
Jamie Jacobs-~~May~~