David Hamerslough (SBN 95010)
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
(408) 261-4252
(408) 261-4292 (Fax)

Stephen S. Fry, Esq.
Attorney at Law
770 Menlo Avenue, #101
Menlo Park, CA 94025
(650) 322-5376
(650) 327-0619 (Fax)

Associated Attorney for Plaintiffs
ARLENE D. STEVENS

FILED
2009 NOV 12 A 10: 36

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| ARLENE D. STEVENS<br><br>Plaintiff,<br><br>vs.<br><br>BOOKER T. WADE, JR., and DOES 1 to 10, inclusive<br><br>Defendant,<br><br>AND RELATED CROSS-ACTION | Case No.: 1-07-CV-090284<br><br>[PROPOSED] ORDER AUTHORIZING THE CLERK OF THE COURT TO SIGN THE PURCHASE CONTRACT AND RELATED DOCUMENTS WITH GREG GOLUB AND KELLY GOLUB RE 3575 TRIPP ROAD, WOODSIDE; OR, ALTERNATIVELY, OR ADDITIONALLY, AUTHORIZING THE CLERK TO EXECUTE A QUITCLAIM OF 3575 TRIPP ROAD FROM WADE TO STEVENS<br><br>Date: November 12, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Jamie Jacobs-may |

Plaintiff Arlene D. Stevens' application for an order the Clerk of the Court to sign the *except any documents pertaining to disclosures (in)* purchase contract and related documents with Greg Golub and Kelly Golub regarding 3575 Tripp Road, Woodside, or, alternatively, or additionally, to authorizing the Clerk to execute a quitclaim of

Order Authorizing the Clerk of the Court to Sign the Purchase Contract and Related Documents with Greg Golub and Kelly Golub Re 3575 Tripp Road, Woodside; or, Alternatively, or Additionally, Authorizing the Clerk to Execute a Quitclaim of 3575 Tripp Road from Wade to Stevens

EXHIBIT "A"

1 | 3575 Tripp Road from Wade to Stevens, came on for hearing on November 12, 2009 *5, 9, 19 and* before the
2 | Honorable Jamie Jacobs-May. David Hamerslough appeared for plaintiff Arlene D. Stevens.
3 | Defendant Booker T. Wade, Jr., in propria persona appeared on his own behalf.

Having read the application and supporting papers and any opposing papers, as well as having heard any oral arguments of counsel or party, good cause appearing therefrom, the Court orders as follows:

IT IS ORDERED that the Clerk of Court in lieu of defendant Booker T. Wade, Jr. execute and initial the following and other related documents required to complete the sale of 3575 Tripp Road, Woodside to Greg Golub and Kelly Golub:

1) PRDS Real Estate Purchase Contract dated 10/30/2009, by Greg Golub and Kelly Golub re 3575 Tripp Road. Initials required page 1 through 5, and page 7 of 8 total, and signatures on pages 6 and 8;

2) PRDS Counter Offer No. ONE for $3,300,000 dated 10/30/2009;

3) PRDS Seller Occupancy After Sale Addendum;

4) ~~PRDS Disclosure Regarding Real Estate Agency Relationships.~~

IT IS FURTHER ORDERED that the proceeds of this sale of 3575 Tripp Road, Woodside are to be placed into an interest bearing account *in the name of the Law firm Rossi, Hamerslough, Reischl and Chuck* and are not to be distributed to Arlene Stevens or any other party, entity, or individual until further order of: 1) the court-appointed arbitrator, the Hon. Richard M. Silver (Retired); 2) the Hon. Jamie Jacobs-May; or, 3) another judge having jurisdiction over this matter.

IT IS FURTHER ORDERED that the Clerk of the Court is authorized to execute in lieu of Wade a quitclaim of 3575 Tripp Road from Wade to Stevens.

DATED: November 12, 2009.

By _____
HON. JAIME JACOBS-MAY
Judge of the Superior Court

---

[1] Order Authorizing the Clerk of the Court to Sign the Purchase Contract and Related Documents with Greg Golub and Kelly Golub Re 3575 Tripp Road, Woodside; or, Alternatively, or Additionally, Authorizing the Clerk to Execute a Quitclaim of 3575 Tripp Road from Wade to Stevens

2