David Hamerslough, Esq.
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda, Suite 200
San Jose, CA 951260
Tel: (408) 261-4252
Email: dave@rhrc.net

Attorneys for Arlene Stevens

# U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BOOKER THEODORE WADE, JR., | Case No.: 13-50376-SLJ<br><br>Chapter 11<br><br>R.S. No.: DMH-001<br><br>Date: July 24, 2013<br>Time: 2:00 p.m.<br>Location: Courtroom 3099<br>    280 S. First Street<br>    San Jose, CA 95113 |

### CERTIFICATE OF SERVICE VIA FIRST CLASS MAIL

I, Molly Edgar, declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen (18) years and not a party to the within entitled cause; my business address is 1960 The Alameda, Suite 200, San Jose, California, 95126.

On July 10, 2013, I served a true and correct copy of the following document(s):

**OBJECTION TO MOTION TO REJECT EXECUTORY CONTRACT**

by placing a true copy thereof enclosed in an envelope with postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices, in Santa Clara, California, to the parties addressed as follows:

| | |
|---|---|
| <u>Debtor</u><br>Booker Theodore Wade, Jr.<br>605 Forest Avenue<br>Palo Alto, CA 94301 | <u>Request for Special Notice</u><br>John L. Minarik<br>The Minarik Law Group, Inc.<br>2930 Bowers Avenue<br>Santa Clara, CA 95051 |
| <u>U.S. Trustee</u><br>Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Stephanie O. Sparks, Esq.<br>Jennifer M. Protas, Esq.<br>Allison R. Ara, Esq.<br>Hoge, Fenton, Jones & Appel, Inc.<br>60 S. Market Street, Suite 1400<br>San Jose, California 95113 |

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on July 10, 2013, at San Jose, California.

    /s/    Molly Edgar
               Molly Edgar

CERTIFICATE OF SERVICE Page 2
Case: 13-50376    Doc# 61-1    Filed: 07/10/13    Entered: 07/10/13 13:41:40    Page 2 of 2