Signed and Filed: December 22, 2014

*/s/ Dennis Montali*
**DENNIS MONTALI
U.S. Bankruptcy Judge**

CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR
Mary Wang Oskamp

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re:<br><br>CHENG-YI WANG and CHING-YI WANG,<br><br>Debtors. | Case No. 14-31049<br><br>CHAPTER 7<br><br>**ORDER ON RENEWED MOTION FOR RELIEF FROM STAY**<br><br>Hearing Date: December 18, 2014<br>Hearing Time: 9:30 a.m.<br>Judge: Hon. Dennis Montali<br>      U.S.B.C.<br>      235 Pine St., 23rd FL.<br>      San Francisco, CA 94104 |

Secured creditor Mary Wang Oskamp's ("Oskamp" or "Moving Party") renewed motion for relief from stay pursuant to 11 U.S.C. 105, 362 (d)(1) and 362 (d)(1), (2) (A), (B), and 362 (d)(4)(B) of the United States Bankruptcy Code, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and Bankruptcy Local Rule 4001-1 of the United States Bankruptcy Court for the Northern District of California with respect to real property commonly known as 1270 Millbrae Ave., Millbrae, CA 94030 (APN# 024-211-300-9) ("Real Property") ("Motion") came for hearing on December 18, 2014 at 9:30 a.m. Moving Party appeared through counsel William J. Healy. Debtors CHENG-YI WANG and CHING-YI WANG

("Debtors") appeared through counsel Peter L. Kutrubes.

The court, based on the moving papers, arguments of counsel, and good cause appearing and for the reasons stated on the record, does grant the Motion and therefore,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Moving Party is granted relief from stay with respect to real property commonly known as 1270 Millbrae Ave., Millbrae, CA 94030 (APN# 024-211-300-9) ("Real Property") so Moving Party may proceed to exercise her rights and remedies under the note(s), deed(s) of trust, and state law and recover possession, including but not limited to foreclosure.

2. This order shall be binding and effective and shall supercede any subsequently entered order confirming a plan of reorganization, conversion, and/or dismissal of the case.

3. By agreement of counsel for Moving Party and for Debtors and order of the court relief from stay shall be stayed until on and after January 11, 2015.

***End of Order***

APPROVED AS TO FORM

Law Office of Peter L. Kutrubes

By: /s/ Peter L. Kutrubes
    Peter L. Kutrubes, Esq.
    Attorneys For Debtor
    Dated: December 18, 2014

<u>COURT SERVICE LIST</u>

Cheng-Yi Wang/Ching-Shi Wang                    Debtors
1270 Millbrae Ave
Millbrae, CA 94030