# ORIGINAL


FILED

AUG 2 6 2013

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:  Booker T. Wade Jr.,

Case No.                13-50376

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**    07/31/13           **PETITION DATE:**    01/22/13

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in    $1

|  | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $25,954 | $25,954 | |
| | b. Total Assets | $759,204 | $759,204 | |
| | c. Current Liabilities | $2,931 | $425 | |
| | d. Total Liabilities | $754,048 | $751,442 | |

|  | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | ($1,147) | $6,370 | $33,368 |
| | b. Total Disbursements | $1,946 | $7,009 | $29,794 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($3,092) | ($640) | $3,575 |
| | d. Cash Balance Beginning of Month | $6,564 | $7,204 | $674 |
| | e. Cash Balance End of Month (c + d) | $3,472 | $6,564 | $4,249 |

|  | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $18,750 | | |
| 6. | **Post-Petition Liabilities** | $2,931 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $2,931 | | |

| At the end of this reporting month: | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | x |
| | | | N/A |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15.  Check if paid: Post-petition taxes ____;       U.S. Trustee Quarterly Fees ____ ; Check if filing is current for: Post-petition tax reporting and tax returns: ____ .
     (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:    7/31/2013 0:00

Booker T. Wade, Jr.
Responsible Individual

Revised 1/1/98

## BALANCE SHEET
### (Small Real Estate/Individual Case)
### For the Month Ended    07/31/13

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $7,204 |
| 2 | Accounts receivable (net) | | $18,750 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $25,954 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | x | $710,250 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $3,000 |
| 10 | Vehicles | x | $3,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | - | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other:  Arts & Books | x | $2,000 |
| 16 | Car Insurance Proceeds Claim | | $15,000 |
| 17 | **Total Long Term Assets** | | $733,250 |
| 18 | **Total Assets** | | $759,204 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $0 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $2,931 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: | | $0 |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $2,931 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $2,931 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $674,945 |
| 29 | Secured claims (other) | | $45,000 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $31,172 |
| 32 | **Total Pre-Petition Liabilities** | | $751,117 |
| 33 | **Total Liabilities** | | $754,048 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $5,156 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $759,204 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |  | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |  | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of The West Checking | Avid Bank Checking | |
| 11 | Account No. | 030706010 | 0100008507 | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $299 | $3,174 | |
| 14 | Total Funds on Hand for all Accounts | $3,472 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 07/31/13

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Social Security Income | $2,586 | $18,103 |
| 8 | KMTP- Salary | ($4,615) | $13,615 |
| 9 | Misc income | $0 | $1,650 |
| 10 | Salaries deposit in July | $882 | $0 |
| 11 | | | |
| 12 | **Total Cash Receipts** | ($1,147) | $33,368 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $0 | |
| | Taxes: | | |
| 27 | Employee Withholding | ($334) | $843 |
| 28 | Employer Payroll Taxes | ($399) | $399 |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Medical | $268 | $2,560 |
| 33 | Living Expenses | $1,473 | $7,788 |
| 34 | Mortgage Payment & HOA Fee | $500 | $15,212 |
| 35 | Utilites, Insurance & Car repair | $438 | $2,533 |
| 36 | Court Fee | $0 | $459 |
| 37 | **Total Cash Disbursements:** | $1,946 | $29,794 |
| 38 | **Net Increase (Decrease) in Cash** | ($3,092) | $3,575 |
| 39 | **Cash Balance, Beginning of Period** | $6,564 | $674 |
| 40 | **Cash Balance, End of Period** | $3,472 | $4,249 |

Revised 1/1/98

Case: 13-50376    Doc# 70    Filed: 08/26/13    Entered: 08/26/13 15:10:36    Page 4 of 15

Avid Bank Check Register
Month ended 07/31/2013
Booker Wade

| Date | Check No | Payee | Amount | Item |
|------|----------|-------|--------|------|
| 7/24/2013 | 653 | Forest Villa HOA | 283.00 | DMV Registration |
| | | Total | 283.00 | |

Bank of West Check Register
Month ended 05/31/2013
Booker Wade

| Date | Check No | Payee | Amount | Item |
|------|----------|-------|--------|------|
| 7/31/2013 | 108 | Forest Villa HOA | 500 | HOA Fee |

# BANK OF THE WEST

P.O. Box 2830, Omaha, NE 68103-2830



>002833 3467581 0001 008230 10Z
BOOKER T WAIDE JR.
605 FOREST AVE
PALO ALTO CA 94301-2823

## At your service

 bankofthewest.com

 1-800-488-2265

## Lost Card Fee

Bank of the West would like to remind you that we charge a $5 fee for the replacement of ATM and Debit Cards that are reported lost. Please bear in mind that this fee does not cover any expedited shipping request. Please see your Bank of the West Schedule of Fees and Charges for a full explanation of all fees.

It's that time of year again! Students are busier than ever. That's why we designed our Student Checking account to offer the features students need most. Like a low minimum balance to open, easy account access from their smartphone and optional Student Perks Bundle. Learn more at www.bankofthewest.com.

## FRESH START CHECKING 030-706010

BOOKER T WAIDE JR.

### ACCOUNT SUMMARY

| | |
|---|---|
| **Beginning Balance** | **$1,539.28** |
| Total deposits and additions | 0.00 |
| Total withdrawals and subtractions | -1,240.43 |
| **Ending Balance** | **$298.85** |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $50.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $1,162.74 |

### ACCOUNT SERVICES

Your account has the services checked below.

- ☐ Auto-Save
- ☑ Debit Card
- ☐ Direct Deposit
- ☐ Gold Line
- ☐ Mobile Banking
- ☐ Online Banking
- ☐ Online Statements
- ☐ Overdraft Protection

If you would like to add or find out about any other services, please contact us at 1-800-488-2265.

## For your protection:

Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 

Member FDIC   EQUAL HOUSING LENDER

Case: 13-50376   Doc# 70   Filed: 08/26/13   Entered: 08/26/13 15:10:36   Page 6 of 15

**BANK** OF THE **WEST**

## YOU CAN USE THIS FORMAT TO RECONCILE YOUR CHECKING OR SAVINGS ACCOUNT BALANCE(S).

To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account(s).

1. Enter the ending balance for an account as shown on the front of the statement.

2. Compare the items listed on the statement against your register(s).

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. ADD any deposits made after the statement period.

5. Enter each debit transaction (e.g., check, withdrawal, pre-authorized ACH) made but not listed on the statement in the outstanding withdrawals column.

6. SUBTRACT outstanding debit transaction total made after the statement period.

7. Enter in your register(s) any automatic credits, deposits, or interest appearing on this statement that have not been recorded.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

*If this balance differs from your register(s), use the following steps to locate the error:
   a. Examine the figures used in this reconcilement for accuracy.
   b. Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
   c. Verify addition and subtraction in your register(s).
   d. Verify that any service charge or other fees due for this statement period has been deducted from your register(s).

Ending balance from statement $ _____

Add outstanding deposits      $ _____

List outstanding debit transactions

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total |  |

Subtract total outstanding debit transactions $ _____

Equals account balance* $ _____

## IMPORTANT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West**, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In South Dakota, Bank of the West operates under the name of Bank of the West California.

## FRESH START CHECKING  xxx-xx6010 *(continued)*

ACTIVITY DETAIL



| Overdraft and Returned Item Fees | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $105.00 |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $1,539.28 |
| 07/09 | DEBIT CARD POS | | -80.25 | 1,459.03 |
| | MOTEL 101 GOLD BEACH OR ON 130709 | | | |
| 07/22 | DEBIT CARD POS | | -8.50 | 1,450.53 |
| | CENTURY THEATRES 39QPS MOUNTAIN VIEW CA ON 130721 | | | |
| 07/22 | DEBIT CARD POS | | -2.00 | 1,448.53 |
| | PARKBYSPACE PARKING FU REDWOOD CITY CA ON 130722 | | | |
| 07/22 | POS PURCHASE | | -16.87 | 1,431.66 |
| | 820428 WHOLE FOODS MA Palo Alto CA | | | |
| 07/23 | POS PURCHASE | | -51.36 | 1,380.30 |
| | 113864 ARCO PAYPOINT REDWOOD CITY CA | | | |
| 07/24 | DEBIT CARD POS | | -0.38 | 1,379.92 |
| | FEDEXOFFICE 00029017 SAN JOSE CA ON 130724 | | | |
| 07/25 | DEBIT CARD POS | | -1.25 | 1,378.67 |
| | PARKBYSPACE PARKING FU REDWOOD CITY CA ON 130725 | | | |
| 07/25 | DEBIT CARD POS | | -9.36 | 1,369.31 |
| | MCDONALD'S F18159 SOUTH SAN FRA CA ON 130725 | | | |
| 07/29 | DEBIT CARD POS | | -2.50 | 1,366.81 |
| | CALTRAIN TVM SAN CARLOS CA ON 130729 | | | |
| 07/29 | POS PURCHASE | | -4.60 | 1,362.21 |
| | 065181 USPS 055804955 PALO ALTO CA | | | |
| 07/29 | DEBIT CARD POS | | -8.50 | 1,353.71 |
| | CENTURY THEATRES 39QPS MOUNTAIN VIEW CA ON 130729 | | | |
| 07/29 | DEBIT CARD POS | | -9.46 | 1,344.25 |
| | CENTURY THEATRES 39QPS MOUNTAIN VIEW CA ON 130729 | | | |
| 07/30 | DEBIT CARD POS | | -7.40 | 1,336.85 |
| | PARIS BAGUETTE USA INC PALO ALTO CA ON 130730 | | | |
| 07/31 | DEBIT CARD POS | | -3.50 | 1,333.35 |
| | CALTRAIN TVM SAN CARLOS CA ON 130731 | | | |
| 07/31 | DEBIT CARD POS | | -2.50 | 1,330.85 |
| | CALTRAIN TVM SAN CARLOS CA ON 130731 | | | |
| 07/31 | Check Paid #10B | | -500.00 | 830.85 |
| 08/01 | DEBIT CARD POS | | -2.50 | 828.35 |
| | CALTRAIN TVM SAN CARLOS CA ON 130801 | | | |
| 08/02 | DEBIT CARD POS | | -3.50 | 824.85 |
| | CALTRAIN TVM SAN CARLOS CA ON 130802 | | | |
| 08/02 | DEBIT CARD POS | | -3.00 | 821.85 |
| | BART MILLBRAE STAT QPS MILLBRAE CA ON 130802 | | | |
| 08/02 | CASH WD ATM | | -500.00 | 321.85 |
| | 6672-000920 BK WEST BUSH ST SAN FRANCISCOCA | | | |
| 08/05 | DEBIT CARD POS | | -2.50 | 319.35 |
| | CALTRAIN TVM SAN CARLOS CA ON 130804 | | | |
| 08/05 | DEBIT CARD POS | | -2.50 | 316.85 |
| | CALTRAIN TVM SAN CARLOS CA ON 130804 | | | |
| 08/05 | DEBIT CARD POS | | -3.50 | 313.35 |
| | CALTRAIN TVM SAN CARLOS CA ON 130805 | | | |
| 08/07 | NON-BOW ATM FEE | | -2.50 | 310.85 |

Case: 13-50376     Doc# 70     Filed: 08/26/13     Entered: 08/26/13 15:10:36     Page 8 of 15

02833 3467581 004950 009899 0002/0002

# BANK OF THE WEST

## FRESH START CHECKING  xxx-xx6010 *(continued)*

ACTIVITY DETAIL

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 08/07 | SERVICE CHARGE | | -$12.00 | $298.85 |
| **Totals** | | $0.00 | -$1,240.43 | |
| **Ending Balance** | | | | $298.85 |

### Checks Paid

| Number | Date paid | Amount |
|--------|-----------|--------|
| 108 | 07/31 | 500.00 |
| **Total Checks Paid** | | **$500.00** |

Case: 13-50376    Doc# 70    Filed: 08/26/13    Entered: 08/26/13 15:10:36    Page 9 of 15



**Avidbank**

P.O. Box 1730, Palo Alto, California 94302-1730

Checks / Items Enclosed      2

1967    BOOKER T WADE JR
        605 FOREST AVENUE
        PALO ALTO CA 94301

| Account Name | Account Number | | Balance |
|---|---|---|---|
| PERSONAL CHECKING | 100008507 | | 3,173.52 |
| PERSONAL CHECKING | BOOKER T WADE JR | Acct 100008507 | |

|  |  |  |  |
|---|---|---|---|
| Beginning Balance | 7/01/13 | 5,024.54 | |
| Deposits / Misc Credits | 1 | 2,586.40 | |
| Withdrawals / Misc Debits | 47 | 4,437.42 | |
| ** Ending Balance | 7/31/13 | 3,173.52 | ** |
| Service Charge | | .00 | |
| Average Balance | | 1,742 | |
| Average Collected Balance | | 1,742 | |
| Minimum Balance | | 877 | |
| Enclosures | | 2 | |

- - - - - - - - - - - - - - - DEPOSITS AND OTHER CREDITS - - - - - - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 7/24 | 2,586.40 | | Federal Benefit Payment SSA  TREAS 310/XXSOC SEC BOOKER T WADE JR |

- - - - - - - - - - - - - - - CHECKS - - - - - - - - - - - - - - -

* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/24 | 653 | 283.00 | | | | | | |

- - - - - - - - - - - - - - - WITHDRAWALS AND OTHER DEBITS - - - - - - - - - - - - - - -

| Date | Deposits | Withdrawals | Activity Description |
|---|---|---|---|
| 7/01 | | 3,000.00 | TELLER CHECK |
| 7/10 | | 155.33 | PROG WEST/INS PREM BOOKER WADE |

**FDIC**

Please see reverse for important information.

EQUAL HOUSING LENDER

# Avidbank

P.O. Box 1730, Palo Alto, California 94302-1730

1967

| | |
|---|---|
| Page: | 2 |
| Branch: | 001 |
| Account Number: | 100008507 |
| Statement Date: | 07/31/13 |

Checks / Items Enclosed    2

BOOKER T WADE JR
605 FOREST AVENUE
PALO ALTO CA 94301

- - - - - - - - - - - - -     ATM TRANSACTION SUMMARY     - - - - - - - - - - - -

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 7/01 | | 6.99 | POS PURCHASE<br>THE WILLOWS MARKET MENLO PARK CA<br>0000068231201 *****3625 07/01 12:28 |
| 7/01 | | 8.13 | POS PURCHASE<br>WHOLE FOODS MARK 774 Em Palo Alto Ca<br>00000INC600 *****3625 06/30 10:36 |
| 7/01 | | 17.21 | POS PURCHASE<br>PANCHO VILLA TAQUERIA SAN MATEO CA<br>00000INP900 *****3625 06/29 22:47 |
| 7/01 | | 20.76 | POS PURCHASE<br>FEDEX 802217347517 800-4633339 TN<br>000001 *****3625 06/27 21:01 |
| 7/01 | | 20.96 | POS PURCHASE<br>CHEVRON 00371124 BERKLEY CA<br>00000INP700 *****3625 06/29 19:00 |
| 7/01 | | 49.60 | POS PURCHASE<br>FEDEX 803257004045 800-4633339 TN<br>000001 *****3625 06/25 20:38 |
| 7/01 | | 49.79 | POS PURCHASE<br>ARCO PAYPOINT 83556 PALO ALTO CA<br>0000006507301 *****3625 06/30 17:09 |
| 7/02 | | 10.58 | POS PURCHASE<br>WALGREENS 300 UNIVERSIT PALO ALTO CA<br>00000IN7200 *****3625 07/01 20:58 |
| 7/02 | | 6.50 | POS PURCHASE<br>PORT OF SAN FRANCI QPS SAN FRANCISCO CA<br>0000070000001 *****3625 07/01 15:12 |
| 7/02 | | 47.06 | POS PURCHASE<br>WALGREENS #13596 PALO ALTO CA<br>0000016738472 *****3625 07/01 02:12 |
| 7/03 | | 8.77 | POS PURCHASE<br>WHOLE FOODS MARK Palo Alto CA<br>0000000000000 *****3625 07/02 16:40 |
| 7/03 | | 78.02 | POS PURCHASE<br>WALGREENS 300 UNIVERSIT PALO ALTO CA<br>00000INC800 *****3625 07/02 20:56 |
| 7/05 | | 100.00 | ATM WITHDRAWAL<br>CHASE          1080 S MAIN S RED BLUFF CA<br>00000CA2045 |
| 7/05 | | 18.71 | POS PURCHASE<br>MARSHALLS #0755 SAN MATEO CA<br>0000034290550 *****3625 07/03 12:59 |

FDIC



# Avid bank

P.O. Box 1730, Palo Alto, California 94302-1730



```
                                        1967
Page:                     3
Branch:                   001
Account Number:           100008507
Statement Date:           07/31/13

Checks / Items Enclosed   2
```

BOOKER T WADE JR
605 FOREST AVENUE
PALO ALTO CA 94301

- - - - - - - - - - - - -        ATM TRANSACTION SUMMARY        - - - - - - - - - - - -

| Date | Deposits | Withdrawals | Location |
|------|----------|-------------|----------|
| 7/05 | | 21.50 | POS PURCHASE<br>CHINA BUFFET ROSEBURG OR<br>0000065113517 ****3625 07/04 23:15 |
| 7/05 | | 46.00 | POS PURCHASE<br>HILLSDALE ARCO FOSTER CITY CA<br>0000023946101 ****3625 07/03 20:07 |
| 7/05 | | 47.29 | POS PURCHASE<br>CLASSIC INN RED BLUFF CA<br>0000064580002 ****3625 07/03 12:47 |
| 7/08 | | 7.99 | POS PURCHASE<br>ROSS STORE #515 ROSEBURG OR<br>0000000000002 ****3625 07/06 16:32 |
| 7/08 | | 15.45 | POS PURCHASE<br>CHARLEY'S BBQ ROSEBURG OR<br>0000004291645 ****3625 07/06 01:41 |
| 7/08 | | 16.00 | POS PURCHASE<br>LA CASITA DE ORO GOLD BEACH OR<br>0000002941020 ****3625 07/07 03:48 |
| 7/08 | | 25.90 | POS PURCHASE<br>RODEO STEAK HOUSE AND S ROSEBURG OR<br>00000IN7400 ****3625 07/05 16:41 |
| 7/08 | | 29.04 | POS PURCHASE<br>FRED M FUEL #9030   Q76 BROOKINGS OR<br>0000027853396 ****3625 07/07 23:19 |
| 7/09 | | 9.93 | POS PURCHASE<br>WALGREENS 300 UNIVERSIT PALO ALTO CA<br>00000IN0300 ****3625 07/08 21:55 |
| 7/10 | | 14.93 | POS PURCHASE<br>FRY'S ELECTRONICS #3 PALO ALTO CA<br>000000003 ****3625 07/09 03:14 |
| 7/11 | | 17.01 | POS PURCHASE<br>WHOLE FOODS MARK Palo Alto CA<br>0000000000000 ****3625 07/10 21:30 |
| 7/11 | | 40.91 | POS PURCHASE<br>WHOLE FOODS MARK Palo Alto CA<br>0000000000000 ****3625 07/10 21:45 |
| 7/12 | | 7.62 | POS PURCHASE<br>WHOLE FOODS MARK Palo Alto CA<br>0000000000000 ****3625 07/11 19:10 |
| 7/12 | | 3.27 | POS PURCHASE<br>MCDONALD'S F10660 PALO ALTO CA<br>000001 ****3625 07/10 17:56 |

FDIC



Please see reverse for important information.



# Avidbank

P.O. Box 1730, Palo Alto, California 94302-1730

1967

| | |
|---|---|
| Page: | 4 |
| Branch: | 001 |
| Account Number: | 100008507 |
| Statement Date: | 07/31/13 |

Checks / Items Enclosed     2

BOOKER T WADE JR
605 FOREST AVENUE
PALO ALTO CA 94301

- - - - - - - - - - - - -          ATM TRANSACTION SUMMARY          - - - - - - - - - - - -

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 7/15 | | 6.83 | POS PURCHASE<br>WHOLE FOODS MARK Palo Alto CA<br>0000000000000 ****3625 07/14 10:15 |
| 7/15 | | 40.91 | POS PURCHASE<br>WALGREENS 300 UNIVERSIT PALO ALTO CA<br>00000IN1410 ****3625 07/12 20:49 |
| 7/15 | | 7.38 | POS PURCHASE<br>PANDA EXPRESS #1924 PALO ALTO CA<br>000001924001 ****3625 07/12 04:30 |
| 7/15 | | 8.50 | POS PURCHASE<br>CENTURY THEATRES 475 PALO ALTO CA<br>0000000001932 ****3625 07/12 10:34 |
| 7/15 | | 8.50 | POS PURCHASE<br>CENTURY THEATRES 485 REDWOOD CITY CA<br>0000000002164 ****3625 07/13 13:45 |
| 7/16 | | 5.76 | POS PURCHASE<br>TACOS EL GRULLENSE E&E REDWOOD CITY CA<br>0000003252818 ****3625 07/15 20:34 |
| 7/16 | | 6.38 | POS PURCHASE<br>WHOLE FOODS MARK Palo Alto CA<br>0000000000000 ****3625 07/15 21:18 |
| 7/16 | | 7.56 | POS PURCHASE<br>WHOLE FOODS MARK Palo Alto CA<br>0000000000000 ****3625 07/15 19:41 |
| 7/17 | | 2.65 | POS PURCHASE<br>FEDEXOFFICE    00051052 MENLO PARK CA<br>0000004P ****3625 07/16 01:04 |
| 7/17 | | 45.28 | POS PURCHASE<br>ARCO PAYPOINT REDWOOD CITY CA<br>0000082943601 ****3625 07/17 15:02 |
| 7/19 | | 7.23 | POS PURCHASE<br>PLUTOS PALO ALTOQ25 PALO ALTO CA<br>00000IN7900 ****3625 07/18 18:10 |
| 7/22 | | 81.05 | POS PURCHASE<br>WALGREENS 300 UNIVERSIT PALO ALTO CA<br>00000IN1090 ****3625 07/20 17:11 |
| 7/22 | | .13 | POS PURCHASE<br>FEDEXOFFICE    00051052 MENLO PARK CA<br>0000000E ****3625 07/19 01:08 |
| 7/22 | | 10.22 | POS PURCHASE<br>MCDONALD'S F2112 OAKLAND CA<br>000001 ****3625 07/18 21:55 |



**FDIC**



# Avid bank

P.O. Box 1730, Palo Alto, California 94302-1730

1967

| | |
|---|---|
| Page: | 5 |
| Branch: | 001 |
| Account Number: | 100008507 |
| Statement Date: | 07/31/13 |

Checks / Items Enclosed    2

BOOKER T WADE JR
605 FOREST AVENUE
PALO ALTO CA 94301

- - - - - - - - - - - - - - -          ATM TRANSACTION SUMMARY          - - - - - - - - - - - -

| Date | Deposits | Withdrawals | Location |
|---|---|---|---|
| 7/23 | | 7.73 | POS PURCHASE |
| | | | WHOLE FOODS MARK Palo Alto CA |
| | | | 0000000000000 *****3625 07/22 20:51 |
| 7/25 | | 7.06 | POS PURCHASE |
| | | | MCDONALD'S F520 SAN JOSE CA |
| | | | 000001 *****3625 07/24 03:45 |

- - - - - - - - - - - - - - -          ITEMIZATION OF FEES          - - - - - - - - - - - -



| | Fees Assessed | | | Fees Refunded | |
|---|---|---|---|---|---|
| Fee Type | Total for this Period | Prior Period Adjustments | Total Year to Date | Total for this Period | Total Year to Date |
| Total Overdraft Fees | .00 | .00 | 15.00 | .00 | .00 |

- - - - - - - - - - - - - - -          DAILY BALANCE SUMMARY          - - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | 1,851.10 | 7/10 | 1,192.10 | 7/19 | 976.31 |
| 7/02 | 1,786.96 | 7/11 | 1,134.18 | 7/22 | 884.91 |
| 7/03 | 1,700.17 | 7/12 | 1,123.29 | 7/23 | 877.18 |
| 7/05 | 1,466.67 | 7/15 | 1,051.17 | 7/24 | 3,180.58 |
| 7/08 | 1,372.29 | 7/16 | 1,031.47 | 7/25 | 3,173.52 |
| 7/09 | 1,362.36 | 7/17 | 983.54 | | |

FDIC

Please see reverse for important information

EQUAL HOUSING LENDER



07/01/2013     $3,000.00



07/24/2013     653     $283.00

