Booker T. Wade Jr., In Pro Per
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@hotmail.com

ORIGINAL



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

Booker T. Wade Jr.,

            Debtor.

Case No. 013-50376 SLJ

Chapter 11

**STATUS CONFERENCE STATEMENT**

Date:       October 3, 2013
Time:      10:00 a. m.
Courtroom:  3099, 3rd Floor
                 Hon. Stephen L. Johnson

Booker T. Wade Jr., Debtor and Debtor-in-Possession (Debtor) hereby submit this Chapter 11 Status Conference Statement.

On September 5, 2013, the Court denied its approval of Debtor's Motion to Reject Executory Contract as to the property settlement agreement between Debtor and creditor Arlene Stevens. Concurrently, the Court granted Stevens' Motion for Stay Relief, permitting Stevens to pursue a judgment against Debtor in the Santa Clara County Superior Court.[1]

At the core of the rejection motion and the stay relief are claims of entitlement to funds in escrow accounts claimed by both Stevens and Debtor on behalf of the estate. With the grant of stay relief, entitlement to the funds now depends upon decisions of the state courts. Debtor projects that the state court litigation will not be resolved finally for the next nine to eighteen months after which the state court decisions will return to this Court for further decision making.

---

[1] The stay request motion sought relief to pursue a judgment and "other related" relief. However, the stay relief order does not detail what "related relief" the state court may provide. Thus, Debtor plans to file a motion for clarification of the stay relief order.

Given the foregoing, Debtor requests the Court to suspend the requirement that Debtor secure plan confirmation by November 4, 2013, pending final action on the state court proceedings and that the Court thereafter set new dates for the filing of a disclosure statement and plan confirmation.

In all other respects [e.g., nature of operations, factors leading to bankruptcy filing, unique issues; etc.] Debtor incorporates herein by reference his Status Conference Statement filed on March 25, 2103.

Respectfully submitted,

November 1, 2003

Booker T. Wade Jr.
Debtor and Debtor-in-Possession

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action. My business address is 719 Woodside Way, San Mateo, CA 94401.

On or before November 1, 2003, I served the documents described as Status Conference Statement on the following parties in this action by placing true copies thereof enclosed in sealed envelopes addressed with first class postage fully prepaid, in the United States mail at San Mateo, California, and addressed as follows:

Mlnarik Law Group
2930 Bower Avenue
Santa Clara, CA 95051

Jennifer Protas Esq.
Hoge Fenton Jones & Appel Inc.
Sixty South Market Street Suite 1400
San Jose, CA 95113

Heinz Binder
Wendy Smith
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Pite Duncan LLP
4375 Jutland Dr. Suite 200
P. O. Box 17933
San Diego, CA 92177-0933

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 1, 2003, at San Mateo, California.