AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
FOREST VILLA HOMEOWNERS ASSOCIATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>BOOKER T. WADE, JR.,<br><br>    Debtor.<br><br>_____/ | Case No. 13-50376 SLJ<br>(Chapter 11 Proceeding)<br><br>R.S. No. APN-2344<br><br>NOTICE OF HEARING ON SECURED CREDITOR, FOREST VILLA HOMEOWNERS ASSOCIATION's MOTION FOR RELIEF FROM AUTOMATIC STAY RE: 605 FOREST AVENUE, PALO ALTO, CALIFORNIA, 94301<br>[11 U.S.C. § 362(d)(1) and (d)(2)]<br><br>Date: October 29, 2013<br>Time: 10:00 a.m.<br>Judge: Stephen L. Johnson<br>Ctrm: #3099,<br>    280 S. First Street,<br>    San Jose, CA |

**TO ALL PARTIES-IN-INTEREST HEREUNDER:**

This is a core proceeding as defined by the United States Bankruptcy Code and this

creditor consents to a final Order or Judgment by the above-entitled Court.

The above-entitled Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 157(a), et seq. and 28 U.S.C. § 1334, et seq.

NOTICE IS HEREBY GIVEN to the Debtor, BOOKER T. WADE, JR. and Trustee, their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting relief from the automatic stay as to Debtor and the Trustee on the grounds set forth in the attached Motion.

PLEASE TAKE NOTICE THAT ALL PARTIES MUST APPEAR PERSONALLY OR BY COUNSEL AT THE TIME AND PLACE SPECIFIED ABOVE FOR THE HEARING ON THIS MATTER. IN THE EVENT ALL PARTIES DO NOT APPEAR, EITHER PERSONALLY OR BY COUNSEL, AT THE HEARING ON THIS MOTION FOR RELIEF FROM AUTOMATIC STAY AS REQUESTED BY THESE MOTION PAPERS, THIS MOTION FOR RELIEF FROM AUTOMATIC STAY MAY BE GRANTED BY DEFAULT AND WITHOUT FURTHER PROCEEDING, MOVANT MAY BE AUTHORIZED TO ENFORCE ITS RIGHTS AND REMEDIES UNDER THE PARTIES' CONTRACTUAL AGREEMENT.

Dated: October 2, 2013

LAW OFFICES OF
AUSTIN P. NAGEL

 /s/ Austin P. Nagel
Attorneys for Secured Creditor,
FOREST VILLA HOMEOWNERS
ASSOCIATION

ASAPBK.109