

The following constitutes
the order of the court. Signed January 6, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BOOKER THEODORE WADE, JR.,<br><br>Debtor. | Case No. 13-50376-SLJ<br><br>Chapter 11 |

**ORDER DENYING DEBTOR'S EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE**

On December 31, 2013, Debtor filed an Ex Parte Application to Continue Status Conference ("Application"), requesting the court to continue the status conference for 90 days and vacate the currently scheduled status conference on January 9, 2014, on the basis that Debtor has a hearing in state court on the same day. The continued status conference date of January 9, 2014 was set on October 3, 2013. Although the Application is unclear which party set the hearing in state court, the Debtor knew of this status conference at the time he received notice of the state court hearing. Moreover, Debtor did not specify the location of the state court and the time of hearing in the Application so the court cannot determine if a conflict truly exists. This chapter 11 case has been pending since January 22, 2013, and progress needs to be made in this

case. The court will conduct the status conference as scheduled and interested parties should be prepared to address the status of the state court litigation, for which the court granted relief from stay, as well as the general status of this chapter 11 case. For these reasons,

IT IS HEREBY ORDERED that the Application is DENIED.

**\* \* \* \* END OF ORDER \* \* \* \***

Court Service List [by mail and ECF]

Booker Theodore Wade, Jr.
605 Forest Ave.
Palo Alto, CA 94301

[ECF Notifications]

ORDER DENYING APPLICATION TO CONTINUE HEARING
Case: 13-50376    Doc# 88    Filed: 01/06/14    Entered: 01/07/14 13:27:09    Page 3 of 3

3