

The following constitutes
the order of the court. Signed January 14, 2014

**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 13-50376 SLJ |
| | ) |
| BOOKER THEODORE WADE, JR., | ) Chapter 11 |
| | ) |
| | ) |
| | ) |
| Debtor(s). | ) **ORDER AFTER STATUS CONFERENCE** |
| | ) **AND SETTING DEADLINES** |

On January 9, 2014, the Court held a continued status conference in the above-entitled matter.
Appearances were as noted on the record. The Court having reviewed the status conference
statements and other pleadings filed in this case and having heard the arguments of counsel, good
cause appearing,

IT IS HEREBY ORDERED as follows:

(1)  The Debtor(s) shall file a disclosure statement and plan of reorganization by March 7,
2014, and file and serve on the same day a notice of hearing for approval of disclosure statement for
hearing on April 3, 2014, at 1:30 p.m., with notice shortened accordingly. Any opposition to the
approval of the disclosure statement shall be due no later than March 27, 2014.[1]

(2)  The Debtor(s) shall have a plan of reorganization confirmed by July 3, 2014.

(3)  The Debtor(s) shall remain current on all monthly operating reports.

---

[1] At the hearing on January 9, 2014, the court set the deadline to file objection as March 26,
2014. To be consistent with BLR 3017-1(a), the court hereby modifies the deadline to file opposition
from March 26, 2014, to March 27, 2014.

ORDER AFTER STATUS CONFERENCE                  −1−

1    (4)    If the Debtor(s) fails to abide by the deadlines established in Paragraph (1) & (2)

2    above or to remain current on monthly operating reports, the Court sua sponte or the United States

3    Trustee ("UST"), by filing and serving a declaration indicating non-compliance by the Debtor(s) and

4    submitting and serving an order, may dismiss or convert the case, at the UST's discretion.   See 11

5    U.S.C. § 1112(b)(4)(E) & (J).

6    (5)    If the case has not been converted or dismissed under Paragraph (4), a continued status

7    conference shall be held on April 3, 2014 at 1:30 p.m., at the United States Bankruptcy Court, 280

8    South First Street, Courtroom 3099, San Jose, California.

9    IT IS SO ORDERED.

10    **END OF ORDER**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER AFTER STATUS CONFERENCE**          −2−

**Court Service List**

Booker Theodore Wade, Jr.
605 Forest Ave.
Palo Alto, CA 94301

ECF Notifications

**ORDER AFTER STATUS CONFERENCE** −3−