
ORIGINAL

Booker T. Wade Jr.
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@unseen.is

FILED
APR 1 5 2014
CLERK
United States Bankruptcy Court
San Jose, California

UNTIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE | Case No. 13-50376 SLJ

BOOKER T. WADE JR.

Date: May 7, 2014
Time: 2:00 p.m.
Courtroom: 3099
Before: Hon. Robert L. Johnson

Claim No. 4-1 Forest Villa Homeowners Assn
**Hearing on Legal Issues**
**Status Conference on Disputed Facts**

## Objections to Claims and Notice of Hearing

**I.      Introduction**

Booker T. Wade Jr., Debtor, hereby objects to the claim filed against this estate as Claim Number 4-1 by Forest Villa Homeowners Association ["Association"]. A copy of the claim exclusive of attachments is attached hereto as Exhibit A. Additionally, pursuant to Local Bankruptcy Rule 3007-1, Debtor has designated the requested hearing as to disputed facts as a Status Conference to be followed by discovery and a to-be-scheduled evidentiary hearing. All legal issues presented are requested be resolved at the hearing as scheduled above.

In support of his objections, Debtor alleges that the claim amount should be disallowed because (a) prepetition the Debtor and Association agreed that the amount owed to the Association by Debtor was $47,000 and the agreement is binding; and (b) alternatively, the claim amount includes 17 categories of non-permitted "junk" and excessive charges, and when stripped of these charges, the correct claim amount that should be allowed is $39,305.00.

**II.      Factual Statement & Disputes**

Debtor alleges that in November 2013, Debtor and representatives of the Association had multiple discussions and negotiations regarding all monthly fees, assessments, interests and costs owed. Initially, Debtor and the Association were unable to agree on the reasonable and appropriateness of many of the charges, including collection fees, interest rates, administrative fees, transaction charges, account review fees, etc. [Disputed Fees]. See Declaration of Booker Wade, attached as Exhibit B. To resolve the disputes, the

Association agreed to compromise the Disputed Fees and reduce the total of all charges owed by Debtor to $47,000. Debtor accepted the compromised amount. The agreement was negotiated orally by Debtor and an agent-consultant to the Association and the Association's President. The agreement was thereafter codified in an exchange of electronic messages. Debtor thereafter relied upon the agreement in negotiating a loan modification agreement with his senior lender. The Association relied on the agreement to avoid incurring legal expenses in resolving the disputes. Wade Declaration.

Sometime following the agreement, creditor Hoge Fenton Jones & Appel Inc., secured a default judgment in state court against Debtor and commenced execution upon that judgment, including the filing of a lien upon Debtor's primary residence and a levy upon Debtor's wages. Thereafter, Debtor filed his Chapter 11 petition. The Association now takes the view that given the Debtor's bankruptcy filing, it will no longer honor the agreement. There is now a factual dispute as to the validity of the agreement as the Association has filed its Proof of Claim based on the substantially most but not all of the Disputed Fees. Debtor maintains that the agreement remains valid. Alternatively, if the agreement is not valid, the Debtor maintains that the Disputed Fees charges are unreasonable and inequitable and thereby not permitted and should be disallowed.

III. **Memorandum of Points and Authorities**

A. *The Association has failed to document its claim for the Disputed Fees.*

The Association is required to submit sufficient documentation of its claim to permit the Debtor and the Court to evaluate whether the amounts claimed are allowable. Bankruptcy Rule 3002.1(e). While the Association presents a list of charges, there is no documented explanation for most of the charges. The failure to document the charges, strips the claim of its otherwise presumption of validity. *In re Garner,* 246 BR 617, 620 (9th Cir. BAP 2000); *In re Campbell,* 336 BR 435, 430 (9th Cir. BAP 2005).

B. *The Disputed Fees are not permitted by state law.*

A claim may be disallowed if the claim is unenforceable against the debtor and property of the Debtor under any agreement valid under state law. *In re G.I. Industries Inc.,* 204 F.3d 1276, 1281 (9th Cir. 2000). Under California contract law, absent otherwise substantive law to the contrary, an agreement "to do or not to do a certain thing" gives rise to an obligation or legal duty, enforceable in an action at law. *California Civil Code Sections 1427, 1428*. Debtor maintains that as no substantive law invalidates the agreement and the Association agreed not to pursue the Dispute Fees. Debtor notes that the electronic messages created, sent and stored after January 1, 2000, satisfies the requirement of a written a memorandum. *California Civil Code Sections* 1633.4 and 1633.8(a). Under the circumstances, the Association is bound by the agreement as the claim is not enforceable under state law. *In re G.I. Industries, supra.*

C. *The Disputed Fees are not allowable under bankruptcy law.*

The Association claim of $60,930 lists 17 categories of charges totaling $25,780 in costs, charges and expenses. Wade Declaration, paragraph 1, Attachment. The HOA monthly assessments of $500 plus special assessments of $7,300 total $35,150. The 17 categories of junk fees, penalties, interests and other charges

total $25,780 - 73% of the total monthly dues and special assessments. These items are not allowable as they are inequitable to other creditors. *In re Distrigas Corp.* (1987 DC Mass) 75 BR 770, 774. Illustrations of these junk charges include fees for "Monthly Administrative Expenses; Case File Set Up; Foreclosure fees where no foreclosure was ever commenced; Detailed Credit Reports; forwarding of "Initial Case File; Detailed Transaction History; 10% Late Fee Penalty; and interest at 8.6% to 12% on all charges, including interest on interest and interest on non-cash items. The interest rates charged occurred at a time when the prime interest rate averaged 3.2%. By contrast, the interest rate on post-judgments in bankruptcy courts is the weekly average 1-year constant maturity yield published by the Federal Reserve System.[1] For the period of the delinquencies, those yields ranged from .013% for 2014 to 4.53% pre-recession.

The disallowance of an unreasonable or inequitable claim is permitted even if not specifically enumerated in the Code as a corollary of the Court's equitable jurisdiction. *Pepper v Litton*, 308 U.S. 295, 305-307; *In re Smoak* (2011 SD Ohio) 461 BR 510. *Compare*, Bankruptcy Rule 3002.1(e) [providing a list of allowable fees as to a Chapter 13 debtor's principal residence but excluding the fees disputed herein]. Stripped of these junk and excessive charges, the allowable amount for the Association's claim should **total $39,005,** calculated as follows:

- Regular monthly fees          $ 27,850.00
- special assessments           $  7,300.00
- Legal fees                    $  2,853.00
- Interest (1% av./5 years)     $  1,002.00

IV. **Requested Relief**

The Debtor requests the Court at the scheduled hearing to consider and resolve all legal issues presented as to the validity of the agreement and the allowability of categories of the Disputed Fees. Thereafter, Debtor requests the Court to permit discovery as to the existence of the agreement, if disputed, and the reasonableness and fairness of the Disputes Fees and to schedule an evidentiary hearing on all disputed facts.

IV.     **Conclusion**

Wherefore, Debtor requests that the Court, after notice and hearing disallow said claim as requested, or make such other order as is appropriate.

Respectfully submitted,

Booker T. Wade Jr.
Debtor

April 11, 2014

---

[1] See, Post Judgment Interest Rates at http://www.uscourts.gov/FormsAndFees/Fees/PostJudgmentInterestRates.aspx

# Exhibit A
## Claim of Forest Villa Homeowners Association

A.S.A.P. Collection Services
331 Piercy Road
San Jose, CA 95138
Reg: (408) 363-9600  Fax: (408) 225-8864  Email: contactus@asapcollect.com

**Case Information**

Association Name: Forest Villa Homeowners Association
Case Name: WADE JR
Delinquency Stage: CHP 13 Bankruptcy Stage

A.S.A.P. Case No.: 09-01157
Association Acct. No: 605
Property Address: 605 FOREST AVE

### Pre BK (Secured) Account History

| Date | Check No. | Description | Charges | Credits | Balance |
|---|---|---|---|---|---|
| 09/01/07 | | Balance Forward | 0.00 | | .00 |
| 09/01/07 | | Regular Assessment | 350.00 | | 350.00 |
| 09/16/07 | | Late Fee | 35.00 | | 385.00 |
| 10/01/07 | | Regular Assessment | 350.00 | | 735.00 |
| 10/16/07 | | Late Fee | 35.00 | | 770.00 |
| 10/30/07 | | Interest - Thru 09/30/07 | 3.85 | | 773.85 |
| 11/01/07 | | Regular Assessment | 350.00 | | 1,123.85 |
| 11/16/07 | | Late Fee | 35.00 | | 1,158.85 |
| 11/30/07 | | Interest - Thru 10/31/07 | 7.70 | | 1,166.55 |
| 12/01/07 | | Regular Assessment | 350.00 | | 1,516.55 |
| 12/16/07 | | Late Fee | 35.00 | | 1,551.55 |
| 12/30/07 | | Interest - Thru 11/30/07 | 11.55 | | 1,563.10 |
| 01/01/08 | | Regular Assessment | 350.00 | | 1,913.10 |
| 01/01/08 | | Special Assessment - Special Assessment | 500.00 | | 2,413.10 |
| 01/16/08 | | Late Fee | 35.00 | | 2,448.10 |
| 01/30/08 | | Interest - Thru 12/31/07 | 15.40 | | 2,463.50 |
| 02/01/08 | | Regular Assessment | 350.00 | | 2,813.50 |
| 02/16/08 | | Late Fee | 35.00 | | 2,848.50 |
| 03/01/08 | | Regular Assessment | 350.00 | | 3,198.50 |
| 03/01/08 | | Interest - Thru 01/31/08 | 24.25 | | 3,222.75 |
| 03/03/08 | 8989 | Payment to HOA | -500.00 | | 922.75 |
| 03/16/08 | | Late Fee | 35.00 | | 957.75 |
| 03/30/08 | | Interest - Thru 02/29/08 | 5.10 | | 962.85 |
| 04/01/08 | | Regular Assessment | 350.00 | | 1,312.85 |
| 04/16/08 | | Late Fee | 35.00 | | 1,347.85 |
| 04/30/08 | | Interest - Thru 03/31/08 | 8.95 | | 1,356.80 |
| 05/01/08 | | Regular Assessment | 350.00 | | 1,706.80 |
| 05/16/08 | | Late Fee | 35.00 | | 1,741.80 |
| 05/30/08 | | Interest - Thru 04/30/08 | 12.80 | | 1,754.60 |
| 06/01/08 | | Regular Assessment | 350.00 | | 2,104.60 |
| 06/05/08 | 109 | Payment to HOA | | 1,050.00 | 1,054.60 |
| 06/16/08 | | Late Fee | 35.00 | | 1,089.60 |
| 06/30/08 | | Interest - Thru 05/31/08 | 6.15 | | 1,095.75 |
| 07/01/08 | | Regular Assessment | 500.00 | | 1,595.75 |
| 07/01/08 | | Special Assessment - Special Assessment | 2,000.00 | | 3,595.75 |
| 07/16/08 | | Late Fee | 50.00 | | 3,645.75 |
| 07/30/08 | | Interest - Thru 06/30/08 | 10.00 | | 3,655.75 |
| 08/01/08 | | Regular Assessment | 500.00 | | 4,155.75 |
| 08/01/08 | | Special Assessment - Special Assessment | 1,000.00 | | 5,155.75 |
| 08/16/08 | | Late Fee | 50.00 | | 5,205.75 |
| 08/30/08 | | Interest - Thru 07/31/08 | 35.50 | | 5,241.25 |
| 09/01/08 | | Regular Assessment | 500.00 | | 5,741.25 |
| 09/01/08 | | Special Assessment - Special Assessment | 1,000.00 | | 6,741.25 |
| 09/16/08 | | Late Fee | 50.00 | | 6,791.25 |
| 09/30/08 | | Interest - Thru 08/31/08 | 51.00 | | 6,842.25 |
| 10/01/08 | | Regular Assessment | 500.00 | | 7,342.25 |
| 10/01/08 | | Special Assessment - Special Assessment | 1,000.00 | | 8,342.25 |
| 10/06/08 | CK1010 | Payment to HOA | -700.00 | | 7,342.25 |
| 10/16/08 | | Late Fee | 50.00 | | 7,392.25 |
| 10/30/08 | | Interest - Thru 09/30/08 | 56.50 | | 7,448.75 |
| 11/01/08 | | Regular Assessment | 500.00 | | 7,948.75 |
| 11/01/08 | | Special Assessment - Special Assessment | 1,000.00 | | 8,948.75 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/16/08 | Late Fee | 50.00 | 8,998.75 |
| 11/30/08 | Interest - Thru 10/31/08 | 72.00 | 9,070.75 |
| 12/01/08 | Regular Assessment | 500.00 | 9,570.75 |
| 12/01/08 | Special Assessment - Special Assessment | 1,000.00 | 10,570.75 |
| 12/16/08 | Late Fee | 50.00 | 10,620.75 |
| 12/30/08 | Interest - Thru 11/30/08 | 87.50 | 10,708.25 |
| 01/01/09 | Regular Assessment | 500.00 | 11,208.25 |
| 01/01/09 | Monthly Admin Fee | 15.00 | 11,223.25 |
| 01/01/09 | Special Assessment - Special Assessment | 1,000.00 | 12,223.25 |
| 01/14/09 | Case File Set Up | 95.00 | 12,318.25 |
| 01/16/09 | Late Fee | 50.00 | 12,368.25 |
| 01/19/09 | Notice of Intent to Lien | 137.38 | 12,505.63 |
| 01/30/09 | Interest - Thru 12/31/08 | 103.00 | 12,608.63 |
| 02/01/09 | Regular Assessment | 500.00 | 13,108.63 |
| 02/01/09 | Monthly Admin Fee | 15.00 | 13,123.63 |
| 02/16/09 | Late Fee | 50.00 | 13,173.63 |
| 02/24/09 | Notice of Assessment Lien (LIEN) | 570.90 | 13,744.53 |
| 02/26/09 | Notice of Recorded Lien | 0.00 | 13,744.53 |
| 03/01/09 | Regular Assessment | 500.00 | 14,244.53 |
| 03/01/09 | Monthly Admin Fee | 15.00 | 14,259.53 |
| 03/02/09 | Interest - Thru 01/31/09 | 120.97 | 14,380.50 |
| 03/16/09 | Late Fee | 50.00 | 14,430.50 |
| 03/30/09 | Interest - Thru 02/28/09 | 132.33 | 14,562.83 |
| 04/01/09 | Regular Assessment | 500.00 | 15,062.83 |
| 04/01/09 | Monthly Admin Fee | 15.00 | 15,077.83 |
| 04/02/09 | Notice of Intent To Foreclose | 117.25 | 15,195.08 |
| 04/16/09 | Late Fee | 50.00 | 15,245.08 |
| 04/30/09 | Interest - Thru 03/31/09 | 137.98 | 15,383.06 |
| 05/01/09 | Regular Assessment | 500.00 | 15,883.06 |
| 05/01/09 | Monthly Admin Fee | 30.00 | 15,913.06 |
| 05/11/09 | Forward to Trustee For Foreclosure Proceedings | 252.00 | 16,165.06 |
| 05/16/09 | Late Fee | 50.00 | 16,215.06 |
| 05/30/09 | Interest - Thru 04/30/09 | 144.81 | 16,359.87 |
| 06/01/09 | Regular Assessment | 500.00 | 16,859.87 |
| 06/01/09 | Monthly Admin Fee | 30.00 | 16,889.87 |
| 06/16/09 | Late Fee | 50.00 | 16,939.87 |
| 06/30/09 | Interest - Thru 05/31/09 | 153.13 | 17,093.00 |
| 07/01/09 | Monthly Regular Assessment | 500.00 | 17,593.00 |
| 07/01/09 | Monthly Admin Fee | 30.00 | 17,623.00 |
| 07/16/09 | Late Fee For July | 50.00 | 17,673.00 |
| 07/30/09 | Interest - Thru 06/30/09 | 158.93 | 17,831.93 |
| 08/01/09 | Monthly Regular Assessment | 500.00 | 18,331.93 |
| 08/01/09 | Monthly Admin Fee | 30.00 | 18,361.93 |
| 08/16/09 | Late Fee For August | 50.00 | 18,411.93 |
| 08/30/09 | Interest - Thru 07/31/09 | 164.73 | 18,576.66 |
| 09/01/09 | Monthly Regular Assessment | 500.00 | 19,076.66 |
| 09/01/09 | Monthly Admin Fee | 30.00 | 19,106.66 |
| 09/09/09 | CTS Foreclosure Fees and Costs | 1,735.00 | 20,841.66 |
| 09/16/09 | Late Fee for September | 50.00 | 20,891.66 |
| 09/30/09 | Interest - Thru 08/31/09 | 170.53 | 21,062.19 |
| 10/01/09 | Monthly Regular Assessment | 500.00 | 21,562.19 |
| 10/01/09 | Monthly Admin Fee | 30.00 | 21,592.19 |
| 10/16/09 | Late Fee For October | 50.00 | 21,642.19 |
| 10/30/09 | Interest - Thru 09/30/09 | 193.68 | 21,835.87 |
| 11/01/09 | Monthly Regular Assessment | 500.00 | 22,335.87 |
| 11/01/09 | Monthly Admin Fee | 30.00 | 22,365.87 |
| 11/16/09 | Late Fee For November | 50.00 | 22,415.87 |
| 11/30/09 | Interest - Thru 10/31/09 | 199.48 | 22,615.35 |
| 12/01/09 | Monthly Regular Assessment | 500.00 | 23,115.35 |
| 12/01/09 | Monthly Admin Fee | 30.00 | 23,145.35 |
| 12/16/09 | Late Fee For December | 50.00 | 23,195.35 |

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 12/30/09 | Interest - Thru 11/30/09 | 205.28 | 23,400.63 |
| 01/01/10 | Monthly Regular Assessment | 500.00 | 23,900.63 |
| 01/01/10 | Monthly Admin Fee | 30.00 | 23,930.63 |
| 01/16/10 | Late Fee For January | 50.00 | 23,980.63 |
| 01/30/10 | Interest - Thru 12/31/09 | 211.08 | 24,191.71 |
| 02/01/10 | Monthly Regular Assessment | 500.00 | 24,691.71 |
| 02/01/10 | Monthly Admin Fee | 30.00 | 24,721.71 |
| 02/16/10 | Late Fee For February | 50.00 | 24,771.71 |
| 02/22/10 | Detailed Transaction History (DTH) | 5.00 | 24,776.71 |
| 03/01/10 | Monthly Regular Assessment | 500.00 | 25,276.71 |
| 03/01/10 | Monthly Admin Fee | 30.00 | 25,306.71 |
| 03/02/10 | Interest - Thru 01/31/10 | 216.88 | 25,523.59 |
| 03/16/10 | Late Fee for March | 50.00 | 25,573.59 |
| 03/30/10 | Interest - Thru 02/28/10 | 222.73 | 25,796.32 |
| 04/01/10 | Monthly Regular Assessment | 500.00 | 26,296.32 |
| 04/01/10 | Monthly Admin Fee | 30.00 | 26,326.32 |
| 04/02/10 | Online Document Cost | 5.00 | 26,331.32 |
| 04/16/10 | Late Fee for April | 50.00 | 26,381.32 |
| 04/30/10 | Interest - Thru 03/31/10 | 228.53 | 26,609.85 |
| 05/01/10 | Monthly Regular Assessment | 500.00 | 27,109.85 |
| 05/01/10 | Monthly Admin Fee | 30.00 | 27,139.85 |
| 05/16/10 | Late Fee for May | 50.00 | 27,189.85 |
| 05/30/10 | Interest - Thru 04/30/10 | 234.38 | 27,424.23 |
| 06/01/10 | Monthly Regular Assessment | 500.00 | 27,924.23 |
| 06/01/10 | Monthly Admin Fee | 30.00 | 27,954.23 |
| 06/16/10 | Late Fee For June | 50.00 | 28,004.23 |
| 06/30/10 | Interest - Thru 05/31/10 | 240.18 | 28,244.41 |
| 07/01/10 | Monthly Regular Assessment | 500.00 | 28,744.41 |
| 07/01/10 | Monthly Admin Fee | 30.00 | 28,774.41 |
| 07/16/10 | Late Fee for July | 50.00 | 28,824.41 |
| 07/30/10 | Interest - Thru 06/30/10 | 245.98 | 29,070.39 |
| 08/01/10 | Monthly Regular Assessment | 500.00 | 29,570.39 |
| 08/01/10 | Monthly Admin Fee | 30.00 | 29,600.39 |
| 08/16/10 | Late Fee for August | 50.00 | 29,650.39 |
| 08/30/10 | Interest - Thru 07/31/10 | 251.78 | 29,902.17 |
| 09/01/10 | Monthly Regular Assessment | 500.00 | 30,402.17 |
| 09/01/10 | Monthly Admin Fee | 30.00 | 30,432.17 |
| 09/16/10 | Late Fee for September | 50.00 | 30,482.17 |
| 09/30/10 | Interest - Thru 08/31/10 | 257.58 | 30,739.75 |
| 10/01/10 | Monthly Regular Assessment | 500.00 | 31,239.75 |
| 10/01/10 | Monthly Admin Fee | 30.00 | 31,269.75 |
| 10/16/10 | Late Fee for October | 50.00 | 31,319.75 |
| 10/30/10 | Interest - Thru 09/30/10 | 263.38 | 31,583.13 |
| 11/01/10 | Monthly Regular Assessment | 500.00 | 32,083.13 |
| 11/01/10 | Monthly Admin Fee | 30.00 | 32,113.13 |
| 11/16/10 | Late Fee for November | 50.00 | 32,163.13 |
| 11/30/10 | Interest - Thru 10/31/10 | 269.18 | 32,432.31 |
| 12/01/10 | Monthly Regular Assessment | 500.00 | 32,932.31 |
| 12/01/10 | Monthly Admin Fee | 30.00 | 32,962.31 |
| 12/16/10 | Late Fee for December | 50.00 | 33,012.31 |
| 12/30/10 | Interest - Thru 11/30/10 | 274.98 | 33,287.29 |
| 01/01/11 | Monthly Regular Assessment | 500.00 | 33,787.29 |
| 01/01/11 | Monthly Admin Fee | 30.00 | 33,817.29 |
| 01/16/11 | Late Fee for January | 50.00 | 33,867.29 |
| 01/30/11 | Interest - Thru 12/31/10 | 280.78 | 34,148.07 |
| 02/01/11 | Monthly Regular Assessment | 500.00 | 34,648.07 |
| 02/01/11 | Monthly Admin Fee | 30.00 | 34,678.07 |
| 02/16/11 | Late Fee for February | 50.00 | 34,728.07 |
| 03/01/11 | Monthly Regular Assessment | 500.00 | 35,228.07 |
| 03/01/11 | Monthly Admin Fee | 30.00 | 35,258.07 |
| 03/02/11 | Interest - Thru 01/31/11 | 286.58 | 35,544.65 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/16/11 | Late Fee for March | 50.00 | 35,594.65 |
| 03/30/11 | Interest - Thru 02/28/11 | 292.38 | 35,887.03 |
| 04/01/11 | Monthly Regular Assessment | 500.00 | 36,387.03 |
| 04/01/11 | Monthly Admin Fee | 30.00 | 36,417.03 |
| 04/16/11 | Late Fee for April | 50.00 | 36,467.03 |
| 04/30/11 | Interest - Thru 03/31/11 | 298.18 | 36,765.21 |
| 05/01/11 | Monthly Regular Assessment | 500.00 | 37,265.21 |
| 05/01/11 | Monthly Admin Fee | 30.00 | 37,295.21 |
| 05/16/11 | Late Fee for May | 50.00 | 37,345.21 |
| 05/18/11 | Detailed Transaction History (DTH) | 10.00 | 37,355.21 |
| 05/18/11 | Online Document Cost | 5.00 | 37,360.21 |
| 05/30/11 | Interest - Thru 04/30/11 | 303.98 | 37,664.19 |
| 06/01/11 | Monthly Regular Assessment | 500.00 | 38,164.19 |
| 06/01/11 | Monthly Admin Fee | 30.00 | 38,194.19 |
| 06/16/11 | Late Fee for June | 50.00 | 38,244.19 |
| 06/30/11 | Interest - Thru 05/31/11 | 309.93 | 38,554.12 |
| 07/01/11 | Monthly Regular Assessment | 500.00 | 39,054.12 |
| 07/01/11 | Monthly Admin Fee | 30.00 | 39,084.12 |
| 07/16/11 | Late Fee for July | 50.00 | 39,134.12 |
| 07/22/11 | Detailed Credit Report Pulled | 25.00 | 39,159.12 |
| 07/30/11 | Interest - Thru 06/30/11 | 315.73 | 39,474.85 |
| 08/01/11 | Monthly Regular Assessment | 500.00 | 39,974.85 |
| 08/01/11 | Monthly Admin Fee | 30.00 | 40,004.85 |
| 08/16/11 | Late Fee for August | 50.00 | 40,054.85 |
| 08/30/11 | Interest - Thru 07/31/11 | 321.78 | 40,376.63 |
| 09/01/11 | Monthly Regular Assessment | 500.00 | 40,876.63 |
| 09/01/11 | Monthly Admin Fee | 30.00 | 40,906.63 |
| 09/16/11 | Late Fee for September | 50.00 | 40,956.63 |
| 09/16/11 | Detailed Transaction History (DTH) | 10.00 | 40,966.63 |
| 09/30/11 | CTS Foreclosure Costs and Fees | 25.00 | 40,991.63 |
| 09/30/11 | Interest - Thru 08/31/11 | 327.58 | 41,319.21 |
| 10/01/11 | Monthly Regular Assessment | 500.00 | 41,819.21 |
| 10/01/11 | Monthly Admin Fee | 30.00 | 41,849.21 |
| 10/16/11 | Late Fee for October | 50.00 | 41,899.21 |
| 10/20/11 | Detailed Transaction History (DTH) | 10.00 | 41,909.21 |
| 10/20/11 | Detailed Credit Report Update | 15.00 | 41,924.21 |
| 10/30/11 | Interest - Thru 09/30/11 | 333.73 | 42,257.94 |
| 10/31/11 | CTS Foreclosure Fees and Costs | 250.00 | 42,507.94 |
| 11/01/11 | Monthly Regular Assessment | 500.00 | 43,007.94 |
| 11/01/11 | Monthly Admin Fee | 30.00 | 43,037.94 |
| 11/16/11 | Late Fee for November | 50.00 | 43,087.94 |
| 11/21/11 | Detailed Transaction History (DTH) | 10.00 | 43,097.94 |
| 11/30/11 | Interest Thru 10/31/2011 | 342.28 | 43,440.22 |
| 12/01/11 | Monthly Regular Assessment | 500.00 | 43,940.22 |
| 12/01/11 | Monthly Admin Fee | 15.00 | 43,955.22 |
| 12/16/11 | Late Fee for December | 50.00 | 44,005.22 |
| 12/27/11 | Initial Case File Prep for Legal Superior Court | 150.00 | 44,155.22 |
| 12/30/11 | Interest Thru 11/30/2011 | 348.18 | 44,503.40 |
| 01/01/12 | Monthly Regular Assessment | 500.00 | 45,003.40 |
| 01/01/12 | Monthly Admin Fee | 15.00 | 45,018.40 |
| 01/01/12 | ROCk initial letter | 265.00 | 45,283.40 |
| 01/16/12 | Late Fee For January | 50.00 | 45,333.40 |
| 01/30/12 | Interest Thru 12/31/2011 | 355.33 | 45,688.73 |
| 02/01/12 | Monthly Regular Assessment | 500.00 | 46,188.73 |
| 02/01/12 | Monthly Admin Fee | 15.00 | 46,203.73 |
| 02/16/12 | Late Fee for February | 50.00 | 46,253.73 |
| 03/01/12 | Interest Thru 1/31/2012 | 363.63 | 46,617.36 |
| 03/01/12 | Monthly Regular Assessment | 500.00 | 47,117.36 |
| 03/01/12 | Monthly Admin Fee | 15.00 | 47,132.36 |
| 03/16/12 | Late Fee for March | 50.00 | 47,182.36 |
| 03/30/12 | Interest Thru 2/29/2012 | 369.28 | 47,551.64 |

| Date | Description | Charge | Credit | Balance |
|---|---|---:|---:|---:|
| 04/01/12 | Monthly Regular Assessment | 500.00 | | 48,051.64 |
| 04/01/12 | Monthly Admin Fee | 15.00 | | 48,066.64 |
| 04/16/12 | Late Fee for April | 50.00 | | 48,116.64 |
| 04/30/12 | Interest Thru 3/31/2012 | 374.93 | | 48,491.57 |
| 04/30/12 | Other - Process service attempt | 62.00 | | 48,553.57 |
| 04/30/12 | Other - filing fee complaint | 434.95 | | 48,988.52 |
| 05/01/12 | Monthly Regular Assessment | 500.00 | | 49,488.52 |
| 05/01/12 | Monthly Admin Fee | 15.00 | | 49,503.52 |
| 05/01/12 | Detailed Skip Trace Search | 75.00 | | 49,578.52 |
| 05/16/12 | Late Fee for May | 50.00 | | 49,628.52 |
| 05/30/12 | Interest Thru 4/30/2012 | 380.58 | | 50,009.10 |
| 06/01/12 | Monthly Regular Assessment | 500.00 | | 50,509.10 |
| 06/01/12 | Monthly Admin Fee | 15.00 | | 50,524.10 |
| 06/01/12 | Other - ROCK retainer | 980.00 | | 51,504.10 |
| 06/11/12 | Detailed Contact Report | 15.00 | | 51,519.10 |
| 06/11/12 | Detailed Contact Report Add'tl Owner | 10.00 | | 51,529.10 |
| 06/11/12 | Detailed Skip Trace Search | 75.00 | | 51,604.10 |
| 06/16/12 | Late Fee for June | 50.00 | | 51,654.10 |
| 06/30/12 | Interest Thru 5/31/2012 | 386.98 | | 52,041.08 |
| 07/01/12 | Monthly Regular Assessment | 500.00 | | 52,541.08 |
| 07/01/12 | Monthly Admin Fee | 15.00 | | 52,556.08 |
| 07/13/12 | Other - filing fee CMC | 52.40 | | 52,608.48 |
| 07/16/12 | Late Fee for July | 50.00 | | 52,658.48 |
| 07/30/12 | Interest Thru 6/30/2012 | 393.63 | | 53,052.11 |
| 07/31/12 | Other - CMC appearance fee | 250.00 | | 53,302.11 |
| 07/31/12 | Other - CMC court call fee | 78.00 | | 53,380.11 |
| 08/01/12 | Monthly Regular Assessment | 500.00 | | 53,880.11 |
| 08/01/12 | Monthly Admin Fee | 15.00 | | 53,895.11 |
| 08/02/12 | Other - ATTY Cost | 862.50 | | 54,757.61 |
| 08/09/12 | Other - ATTY Fee | 350.00 | | 55,107.61 |
| 08/16/12 | Late Fee for August | 50.00 | | 55,157.61 |
| 08/28/12 | Other - CMC appearance fee | 250.00 | | 55,407.61 |
| 08/28/12 | Other - ATTY Cost | 5.00 | | 55,412.61 |
| 08/30/12 | Interest Thru 7/31/2012 | 399.28 | | 55,811.89 |
| 09/01/12 | Monthly Regular Assessment | 500.00 | | 56,311.89 |
| 09/01/12 | Monthly Admin Fee | 15.00 | | 56,326.89 |
| 09/16/12 | Late Fee for September | 50.00 | | 56,376.89 |
| 09/30/12 | Interest Thru 8/31/2012 | 404.93 | | 56,781.82 |
| 10/01/12 | Monthly Regular Assessment | 500.00 | | 57,281.82 |
| 10/01/12 | Monthly Admin Fee | 15.00 | | 57,296.82 |
| 10/16/12 | Late Fee for October | 50.00 | | 57,346.82 |
| 10/23/12 | Other - ATTY Cost | 78.00 | | 57,424.82 |
| 10/30/12 | Interest Thru 9/30/2012 | 410.58 | | 57,835.40 |
| 11/01/12 | Monthly Regular Assessment | 500.00 | | 58,335.40 |
| 11/01/12 | Monthly Admin Fee | 15.00 | | 58,350.40 |
| 11/16/12 | Late Fee for November | 50.00 | | 58,400.40 |
| 11/30/12 | Interest Thru 10/31/2012 | 416.23 | | 58,816.63 |
| 12/01/12 | Monthly Regular Assessment | 500.00 | | 59,316.63 |
| 12/01/12 | Monthly Admin Fee | 15.00 | | 59,331.63 |
| 12/14/12 | Conditional CR - ASAP Charges Expires 01/14/13 | | 1,706.04 | 57,625.59 |
| 12/14/12 | Conditional CR - HOA Charges Expires 01/14/13 | | 11,801.97 | 45,823.63 |
| 12/14/12 | Credit Reversal | 1,706.04 | | 47,529.66 |
| 12/14/12 | Credit Reversal | 11,801.97 | | 59,331.63 |
| 12/16/12 | Late Fee for December | 50.00 | | 59,381.63 |
| 12/30/12 | Interest Thru 11/30/2012 | 393.17 | | 59,774.79 |
| 01/01/13 | Monthly Regular Assessment | 500.00 | | 60,274.79 |
| 01/01/13 | Monthly Admin Fee | 15.00 | | 60,289.79 |
| 01/16/13 | Late Fee for January | 50.00 | | 60,339.79 |
| 01/30/13 | Interest Thru 12/31/2012 | 427.53 | | 60,767.32 |
| 02/13/13 | Bankruptcy Proof Of Claim | 162.50 | | 60,929.82 |

| Regular Assessment | Special Assessment | Late Fee | Interest | Other | Mgt / Agent | A.S.A.P. Charges | Balance |
|---|---|---|---|---|---|---|---|
| 27,850.00 | 7,300.00 | 3,100.00 | 14,046.92 | 3,402.85 | 2,275.00 | 2,955.03 | 60,929.82 |

**Exhibit B**

**Declaration of Booker T. Wade Jr.**

## Declaration

I, Booker T. Wade Jr., declare as follows:

I am the Debtor in this proceeding. In November 2013, I was presented with a list of charges, fees and expenses by officers of Forest Vila Homeowners Association. I disputed the reasonableness and the fairness of some of these charges including the following which totals $25,780 as shown on the Attachment.

In addition to these charges, the interest rate charged ranges from 8.6% to 12% during the period in which prime interest rates was 3.2% and the rates on constant Treasuries were .013% to 4.53%.

Negotiations occurred between me and the agent for the Association and the President of the Association. Ultimately, the President of the Association and its agent agreed to compromise the disputed amounts by deleting the charges identified above and reduced the total amount claimed to $47,000. The Association did not want to incur additional costs. I agreed to accept and pay that amount, given that I wanted to finalize negotiations with my first lender as to a loan modification agreement. Thereafter, I sent an electronic message to the agent and President of the Association confirming the agreement. The agent responded and confirmed the agreement. My copies of the messages are stored on a server maintained by Microsoft Corporation. In February this year, some parties unknown to me serentipitiously hacked into my email account and locked me out of the account. Although, I continue to attempt to access the account to secure the messages confirming the agreement, my password and other identifying data no longer provides me access to the account. In negotiating a loan modification agreement with Rushmore Loan Management Services, I relied upon the compromised and agreed upon amount to establish my payment obligations. The President of the Association advised he accepted the compromised amount to avoid incurring legal expenses in attempting to secure additional amounts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true.

*/s/ Booker T. Wade Jr.*
Booker T. Wade Jr.

April 11, 2014

# Booker T WadeForest Villa Homeowners Association Detail

| Date | Regular Assesment | Special Assesment | Late Fee | Monthly Administrative Fee | Case File Set Up | Notice of Intent to Lien | Notice of Assessment of Lien | Notice of Intent to Foreclosure | Forwarding to Trustee | CTS Foreclosure fees and cost | Detailed Transaction History | Online Document Cost | Detailed Credit Report & Updates | Initial Case File Letter | Rock Initial | Process Service Attemp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2007 | 350 | | 35.00 | | | | | | | | | | | | | |
| 10/01/2007 | 350 | | 35.00 | | | | | | | | | | | | | |
| 11/01/2007 | 350 | | 35.00 | | | | | | | | | | | | | |
| 12/01/2007 | 350 | | 35.00 | | | | | | | | | | | | | |
| 01/01/2008 | 350 | 500.00 | 35.00 | | | | | | | | | | | | | |
| 02/01/2008 | 350 | | 35.00 | | | | | | | | | | | | | |
| 03/01/2008 | 350 | | 35.00 | | | | | | | | | | | | | |
| 03/03/2008 | -1,800 | -500 | | | | | | | | | | | | | | |
| 04/01/2008 | 350 | | | | | | | | | | | | | | | |
| 05/01/2008 | 350 | | 35.00 | | | | | | | | | | | | | |
| 06/01/2008 | 350 | | 35.00 | | | | | | | | | | | | | |
| 06/05/2008 | -1,050 | | | | | | | | | | | | | | | |
| 07/01/2008 | 500 | 2,000.00 | 50.00 | | | | | | | | | | | | | |
| 08/01/2008 | 500 | 1,000.00 | 50.00 | | | | | | | | | | | | | |
| 09/01/2008 | 500 | 1,000.00 | 50.00 | | | | | | | | | | | | | |
| 10/01/2008 | 500 | 1,000.00 | 50.00 | | | | | | | | | | | | | |
| 10/06/2008 | | -700 | | | | | | | | | | | | | | |
| 11/01/2008 | 500 | 1,000.00 | 50.00 | | | | | | | | | | | | | |
| 12/01/2008 | 500 | 1,000.00 | 50.00 | | | | | | | | | | | | | |
| 01/01/2009 | 500 | | 50.00 | 15 | 95 | 137.38 | | | | | | | | | | |
| 02/01/2009 | 500 | | 50.00 | 15 | | | 570.9 | | | | | | | | | |
| 03/01/2009 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 04/01/2009 | 500 | | 50.00 | 15 | | | | 117.25 | | | | | | | | |
| 05/01/2009 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 06/01/2009 | 500 | | 50.00 | 30 | | | | | 252 | | | | | | | |
| 07/01/2009 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 08/01/2009 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 09/01/2009 | 500 | | 50.00 | 30 | | | | | | 1735 | | | | | | |
| 10/01/2009 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 11/01/2009 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 12/01/2009 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 01/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 02/01/2010 | 500 | | 50.00 | 30 | | | | | | | 5 | | | | | |
| 03/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 04/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 05/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 06/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 07/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 08/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |

Case: 13-50376   Doc# 108   Filed: 04/15/14   Entered: 04/15/14 16:53:19   Page 13 of 18

# Booker T WadeForest Villa Homeowners Association Detail

| Date | Regular Assesment | Special Assessment | Late Fee | Monthly Administrative Fee | Case File Set Up | Notice of Intent to Lien | Notice of Assessment of Lien | Notice of Intent to Foreclosure | Forwarding to Trustee | CTS Foreclosure fees and cost | Detailed Transaction History | Online Document Cost | Detailed Credit Report & Updates | Initial Case File Letter | Rock Initial Service | Process Attemp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 10/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 11/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 12/01/2010 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 01/01/2011 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 02/01/2011 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 03/01/2011 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 04/01/2011 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 05/01/2011 | 500 | | 50.00 | 30 | | | | | | | 10 | 5 | | | | |
| 06/01/2011 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 07/01/2011 | 500 | | 50.00 | 30 | | | | | | | 25 | | | | | |
| 08/01/2011 | 500 | | 50.00 | 30 | | | | | | | | | | | | |
| 09/01/2011 | 500 | | 50.00 | 30 | | | | | | 25 | 10 | | | | | |
| 10/01/2011 | 500 | | 50.00 | 30 | | | | | | 250 | 10 | | 15 | | | |
| 11/01/2011 | 500 | | 50.00 | 30 | | | | | | | 10 | | | | | |
| 12/01/2011 | 500 | | 50.00 | 15 | | | | | | | | | | 150 | 265 | |
| 01/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 02/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 03/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 04/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | 62 |
| 05/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 06/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 07/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 08/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 09/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 10/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 11/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 12/01/2012 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 01/01/2013 | 500 | | 50.00 | 15 | | | | | | | | | | | | |
| 02/13/2013 | | | | | | | | | | | | | | | | |
| | 28150.00 | 7300.00 | 3100.00 | 1200.00 | 95.00 | 137.38 | 570.90 | 117.25 | 252.00 | 2010.00 | 70.00 | 5.00 | 15.00 | 150.00 | 265.00 | 62.00 |

Case: 13-50376   Doc# 108   Filed: 04/15/14   Entered: 04/15/14 16:53:19   Page 14 of 18

| Date | Filing Fee Complaint | Trace Search | Detail Skip report | Detail contact owner | Detail contact report add'l | Rock Retainer | Filing Fee CMC | appearance fee CMC | Court Call Fee CMC | Attorney Cost | Attorney File | Bankruptcy Proof of Claim | Balance | Interest | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2007 | | | | | | | | Apperance Fee Cmc | | | | | 385.00 | 3.85 | 385.00 |
| 10/01/2007 | | | | | | | | | | | | | 770.00 | 3.85 | 773.85 |
| 11/01/2007 | | | | | | | | | | | | | 1,158.85 | 7.70 | 1,166.55 |
| 12/01/2007 | | | | | | | | | | | | | 1,551.55 | 11.55 | 1,563.10 |
| 01/01/2008 | | | | | | | | | | | | | 2,448.10 | 15.4 | 2,463.50 |
| 02/01/2008 | | | | | | | | | | | | | 2,848.50 | | 2,848.50 |
| 03/01/2008 | | | | | | | | | | | | | 3,233.50 | 24.25 | 3,257.75 |
| 03/03/2008 | | | | | | | | | | | | | 957.75 | 5.1 | 962.85 |
| 04/01/2008 | | | | | | | | | | | | | 1,347.85 | 8.95 | 1,356.80 |
| 05/01/2008 | | | | | | | | | | | | | 1,741.80 | 12.8 | 1,754.60 |
| 06/01/2008 | | | | | | | | | | | | | 2,139.60 | 6.15 | 2,145.75 |
| 06/05/2008 | | | | | | | | | | | | | 1,095.75 | | 1,095.75 |
| 07/01/2008 | | | | | | | | | | | | | 3,645.75 | 10 | 3,655.75 |
| 08/01/2008 | | | | | | | | | | | | | 5,205.75 | 35.5 | 5,241.25 |
| 09/01/2008 | | | | | | | | | | | | | 6,791.25 | 51 | 6,842.25 |
| 10/01/2008 | | | | | | | | | | | | | 8,392.25 | 56.5 | 8,448.75 |
| 10/06/2008 | | | | | | | | | | | | | 7,748.75 | | 7,748.75 |
| 11/01/2008 | | | | | | | | | | | | | 9,298.75 | 72 | 9,370.75 |
| 12/01/2008 | | | | | | | | | | | | | 10,920.75 | 87.5 | 11,008.25 |
| 01/01/2009 | | | | | | | | | | | | | 12,805.63 | 103 | 12,908.63 |
| 02/01/2009 | | | | | | | | | | | | | 14,044.53 | 120.97 | 14,165.50 |
| 03/01/2009 | | | | | | | | | | | | | 14,730.50 | 132.33 | 14,862.83 |
| 04/01/2009 | | | | | | | | | | | | | 15,545.08 | 137.98 | 15,683.06 |
| 05/01/2009 | | | | | | | | | | | | | 16,515.06 | 144.81 | 16,659.87 |
| 06/01/2009 | | | | | | | | | | | | | 17,239.87 | 153.13 | 17,393.00 |
| 07/01/2009 | | | | | | | | | | | | | 17,973.00 | 158.93 | 18,131.93 |
| 08/01/2009 | | | | | | | | | | | | | 18,711.93 | 164.73 | 18,876.66 |
| 09/01/2009 | | | | | | | | | | | | | 21,191.66 | 170.53 | 21,362.19 |
| 10/01/2009 | | | | | | | | | | | | | 21,942.19 | 193.68 | 22,135.87 |
| 11/01/2009 | | | | | | | | | | | | | 22,715.87 | 199.48 | 22,915.35 |
| 12/01/2009 | | | | | | | | | | | | | 23,495.35 | 205.28 | 23,700.63 |
| 01/01/2010 | | | | | | | | | | | | | 24,280.63 | 211.08 | 24,491.71 |
| 02/01/2010 | | | | | | | | | | | | | 25,076.71 | 216.88 | 25,293.59 |
| 03/01/2010 | | | | | | | | | | | | | 25,873.59 | 222.73 | 26,096.32 |
| 04/01/2010 | | | | | | | | | | | | | 26,676.32 | 228.53 | 26,904.85 |
| 05/01/2010 | | | | | | | | | | | | | 27,484.85 | 234.38 | 27,719.23 |
| 06/01/2010 | | | | | | | | | | | | | 28,299.23 | 240.18 | 28,539.41 |
| 07/01/2010 | | | | | | | | | | | | | 29,119.41 | 245.98 | 29,365.39 |
| 08/01/2010 | | | | | | | | | | | | | 29,945.39 | 251.78 | 30,197.17 |

Case 13-50376  Doc# 108  Filed 04/15/14  Entered 04/15/14 16:53:19  Page 15 of 18

# Booker T Wade Forest Villa Homeowners Association Detail

| Date | Filing Fee Complaint | Detail Skip Trace Search | Detail contact report | Detail contact report add'l owner | Rock Retainer | Filing Fee CMC | appearance fee | Court Call Fee | Attorney Cost | Attorney File | Bankruptcy Proof of Claim | Balance | Interest | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01/2010 | | | | | | | | | | | | 30,777.17 | 257.58 | 31,034.75 |
| 10/01/2010 | | | | | | | | | | | | 31,614.75 | 263.38 | 31,878.13 |
| 11/01/2010 | | | | | | | | | | | | 32,458.13 | 269.18 | 32,727.31 |
| 12/01/2010 | | | | | | | | | | | | 33,307.31 | 274.98 | 33,582.29 |
| 01/01/2011 | | | | | | | | | | | | 34,162.29 | 280.78 | 34,443.07 |
| 02/01/2011 | | | | | | | | | | | | 35,023.07 | 286.58 | 35,309.65 |
| 03/01/2011 | | | | | | | | | | | | 35,889.65 | 292.38 | 36,182.03 |
| 04/01/2011 | | | | | | | | | | | | 36,762.03 | 298.18 | 37,060.21 |
| 05/01/2011 | | | | | | | | | | | | 37,655.21 | 303.98 | 37,959.19 |
| 06/01/2011 | | | | | | | | | | | | 38,539.19 | 309.93 | 38,849.12 |
| 07/01/2011 | | | | | | | | | | | | 39,454.12 | 315.73 | 39,769.85 |
| 08/01/2011 | | | | | | | | | | | | 40,349.85 | 321.78 | 40,671.63 |
| 09/01/2011 | | | | | | | | | | | | 41,286.63 | 327.58 | 41,614.21 |
| 10/01/2011 | | | | | | | | | | | | 42,469.21 | 333.73 | 42,802.94 |
| 11/01/2011 | | | | | | | | | | | | 43,392.94 | 342.28 | 43,735.22 |
| 12/01/2011 | | | | | | | | | | | | 44,450.22 | 348.18 | 44,798.40 |
| 01/01/2012 | | | | | | | | | | | | 45,628.40 | 355.33 | 45,983.73 |
| 02/01/2012 | | | | | | | | | | | | 46,548.73 | 363.63 | 46,912.36 |
| 03/01/2012 | | | | | | | | | | | | 47,477.36 | 369.28 | 47,846.64 |
| 04/01/2012 | 434.95 | | | | | | | | | | | 48,908.59 | 374.93 | 49,283.52 |
| 05/01/2012 | | 75 | | | | | | | | | | 49,923.52 | 380.58 | 50,304.10 |
| 06/01/2012 | | 75 | 15 | 10 | 980 | | | | | | | 51,949.10 | 386.98 | 52,336.08 |
| 07/01/2012 | | | | | | 52.4 | 250 | 78 | | | | 53,281.48 | 393.63 | 53,675.11 |
| 08/01/2012 | | | | | | | 250 | | 867.5 | 350 | | 55,707.61 | 399.28 | 56,106.89 |
| 09/01/2012 | | | | | | | | | | | | 56,671.89 | 404.93 | 57,076.82 |
| 10/01/2012 | | | | | | | | | 78 | | | 57,719.82 | 410.58 | 58,130.40 |
| 11/01/2012 | | | | | | | | | | | | 58,695.40 | 416.23 | 59,111.63 |
| 12/01/2012 | | | | | | | | | | | | 59,676.63 | 393.17 | 60,069.80 |
| 01/01/2013 | | | | | | | | | | | | 60,634.80 | 427.53 | 61,062.33 |
| 02/13/2013 | | | | | | | | | | | 162.5 | 61,224.83 | | 61,224.83 |
| | 434.95 | 150.00 | 15.00 | 10.00 | 980.00 | 52.40 | 500.00 | 78.00 | 945.50 | 350.00 | 162.50 | | 14046.95 | 61224.83 |

Case: 13-50376    Doc#: 108    Filed: 04/15/14    Entered: 04/15/14 16:53:19    Page 16 of 18

# Proof of Service

I, Fan Wen, certify that I am over the age of 18 and that my business address is at 1296 Kifer Road, Suite 606, Sunnyvale, CA 94086. On the date shown below, I deposited in the U.S. Mail, first class postage prepaid, a copies of the foregoing pleadingsas Objections to Proof of Claimand Notice of Hearing addressed to the following:

Austin Nagel Esq.
Law Offices of Austin Nagel
111 Deerwood Road Suite 305
San Ramon, CA 94583

The Mlnarik Group, Inc
2930 Bowers Avenue
Santa Clara, CA 95051

Wendy Smith
Binder &Malter
2775 Park Ave
Santa Clara, CA 95050

David Hamerslough
Rossi Hamerslough Reischl
1960 The Alameda # 200
San Jose, CA 95126

Stephanie Sparks Esq.
Hoge Fenton Jones & Appel Inc.
Sixty South Market Street Suite 1400
San Jose, CA 95113

_____
Fan Wen

April 11, 2014

## Proof of Service

I, Fan Wen, certify that I am over the age of 18 and that my business address is at 1296 Kifer Road, Suite 606, Sunnyvale, CA 94086. On or before the date shown below, I deposited in the U.S. Mail, first class postage prepaid, a copies of the foregoing pleadingsas Objections to Proof of Claimand Notice of Hearing addressed to the following:

Austin Nagel Esq.
Law Offices of Austin Nagel
111 Deerwood Road Suite 305
San Ramon, CA 94583

The Mlnarik Group, Inc
2930 Bowers Avenue
Santa Clara, CA 95051

Wendy Smith
Binder &Malter
2775 Park Ave
Santa Clara, CA 95050

David Hamerslough
Rossi Hamerslough Reischl
1960 The Alameda # 200
San Jose, CA 95126

Stephanie Sparks Esq.
Hoge Fenton Jones & Appel Inc.
Sixty South Market Street Suite 1400
San Jose, CA 95113

Todd S. Garan
Pite Duncan, LLP
4375 Jutland Drive, Suite200
PO Box 17933
San Diego, CA 92177-0933

William Healy
Campeau Goodsell Smith
440 N First Street Suite 100
San Jose, CA 95112

Fan Wen

April 12, 2014