David Hamerslough, Esq.
Rossi, Hamerslough, Reischl and Chuck
1960 The Alameda, Suite 200
San Jose, CA 951260
Tel: (408) 261-4252
Email: dave@rhrc.net

Attorneys for Arlene Stevens

# U.S. BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

In re:

BOOKER THEODORE WADE, JR.,

Case No.: 13-50376-SLJ

Chapter 11

**OBJECTION TO DEBTOR'S MOTION TO STRIKE APPEARANCES**

Rossi Hamerslough, Reischl and Chuck, LLC ("Rossi Hamerslough") object to the Debtor's *ex parte* motion to strike appearances of Rossi Hamerslough and its special counsel, Binder & Malter, LLP ("Binder & Malter").

First, the debtor's "*ex parte*" motion seeks a remedy against specific parties without giving an opportunity to respond or to have a hearing. This is not an appropriate action for an *ex parte* request for relief.

Second, the Debtor is incorrect his claim that Rossi Hamerslough and its special counsel Binder & Malter have no standing to appear. Rossi Hamerslough has been put in a difficult position by its inability to communicate with its client, Arlene Stevens. Although Ms. Stevens has not expressly retained this firm to represent her interests, Rossi Hamerslough currently holds several hundred thousand dollars on behalf of Ms. Stevens, money that the Debtor has repeatedly

OBJECTION TO DEBTOR'S MOTION TO STRIKE APPEARANCES   1

Case: 13-50376   Doc# 110   Filed: 04/17/14   Entered: 04/17/14 09:35:02   Page 1 of 2

attempted to claim as his own. Rossi Hamerslough has both a duty to take appropriate action to protect Ms. Stevens' interest in the funds that the firm holds in trust for her. The Debtor cannot use the fact that Ms. Stevens is currently unavailable as a basis for denying her counsel.

In addition, Rossi Hamerslough is an interested party in this bankruptcy proceeding in its own right, as it has a lien on the funds it is holding for Ms. Stevens, and that the Debtor has claimed as his. Contrary to the Debtor's claim that Rossi Hamerslough is only "a creditor of a creditor," the firm holds an actual property interest in property that the Debtor seeks to affect with the plan. There is no question that Rossi Hamerslough has an interest in it own right in the Debtor's bankruptcy Case.

Finally, Mr. Wade misstates the role of Binder & Malter. Wendy Smith of Binder & Malter is acting as special counsel and advisor to Rossi Hamerslough in this matter. Binder & Malter does not represent Ms. Stevens.

Dated: April 17, 2014  ROSSI, HAMERSLOUGH, REISCHL & CHUCK

By: /s/ David Hamerslough
David Hamerslough
Attorneys for Arlene Stevens