Booker T. Wade Jr., In Pro Per
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250
bookertwade@unseen.is

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re:

Booker T. Wade Jr.,

        Debtor.

Case No. 13-50376 SLJ

Chapter 11

**REQUEST FOR ORDER ON NOTICE OF HEARING ON DEBTOR'S FIRST AMENDED PROPOSED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMEN**

**TO THE HON. ROBERT L. JOHNSON:**

    Previously, this Court set a continued hearing on Debtor's Proposed Combined Plan of Reorganization and Disclosure Statement for April 15, 2014. On April 14, 2014, Debtor filed an Ex Parte Motion to Enlarge the Time to File Amended Combined Plan of Reorganization and Disclosure Statement [the Plan] requesting the Court to reschedule the hearing date for one week until April 22, 2014, given that Debtor's *pro bono* accountant was unable to assist Debtor in the preparation of the Plan because of the rush in preparing tax returns due on the April 15, 2014, tax date deadline. In the ex parte motion, Debtor requested the Court to reschedule the hearing date to May 8, 2014, and the date for the filing of any objections to May 5, 2014. As the Court has not acted upon the ex parte motion and as the amended Plan has been filed, Debtor requests the Court to issue an order and notice of hearing on the amended Plan.

                Respectfully submitted,

                Booker T. Wade Jr.
                Debtor

April 22, 2014

## Certificate of Service

I, Fan Wen, state:

I am over the age of eighteen years and not a party to the within action. My business address is 1296 Kifer Road, Suite 606, Sunnyvale, CA 94086. On April 22, 2014, I served the documents described as Request for Order on Notice of Hearing on Debtor's First Amended Combined Plan of Reorganization and Disclosure Statement on the following parties in this action by placing true copies thereof enclosed in sealed envelopes addressed with first class postage fully prepaid, in the United States mail at San Mateo, California and addressed as follows:

John Mlnarik
Mlnarik Law Group
2930 Bower Avenue
Santa Clara, CA 95051

Stephanie Oats
Hoge Fenton Jones & Appel
60 south Market Street Suite 1400
San Jose, CA 95113-2396

Heinz Binder
Wendy Smith
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

William Healy
Campeau Goodsell Smith
440 N First street Suite 100
San Jose, CA 95112

Arlene Stevens
P O Box 51310
Palo Alto, CA 94303

Discover Bank
DB Servicing Corp
P O Box 3024
New Albany, OH 43054-3025

LVLV Funding LLC
P O Box 10587
Greenville, SC 29603-0587

Internal Revenue Service
P O Box 7346
Philadelphia, P A 19101-7346

Matthew Clark III/Todd S. Garan
Pite Duncan, LLP
4375 Jutland Drive, Suite200
PO Box 17933
San Diego, CA 92177-0933

David Hamerslough
Rossi Hamerslough Reischl & Chuck
1960 The Alameda Suite 200
San Jose, CA 95126

Austin Nagel Esq.
Law Offices of Austin Nagel
111 Deerwood Rd. Suite 305
San Ramon, CA 95051

General Counsel
U. S. Department of Education
400 Maryland Avenue SW
Washington, D.C. 20202

JAMS Inc.
160 W Santa Clara St
San Jose, CA 945113

Miller Starr Regalia LLC
435 Tasso Street Suite 315
Palo Alto, CA 94301

Calvary Portfolio Services LLC
500 Summit Lake Drive Suite 400
Valhalla, NY 10595

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on April 22, 2014 at San Mateo, California.

_____
Fan Wen