AUSTIN P. NAGEL, ESQ.
California State Bar #118247
GRACE E. FELDMAN, ESQ.
California State Bar #261936
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
FOREST VILLA HOMEOWNERS ASSOCIATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 13-50376 SLJ<br>(Chapter 13 Proceeding) |
| BOOKER T. WADE, JR. | SECURED CREDITOR, FOREST VILLA HOMEOWNERS ASSOCIATION'S OPPOSITION TO DEBTOR'S OBJECTION TO ITS CLAIM |
| Debtor.<br>_____/ | Date: May 7, 2014<br>Time: 2:00 p.m.<br>Ctrm: #3099<br>280 S. First Street,<br>San Jose, CA |

    Secured Creditor, FOREST VILLA HOMEOWNERS ASSOCIATION (hereinafter referred to as "Secured Creditor") opposes the Objection to Claim filed by Debtor, BOOKER T. WADE, JR. (hereinafter referred to as "Debtor") on the following grounds:

    In Debtor's objection to Secured Creditor's previously-filed claim, based upon Debtor's contention that Secured Creditor's claim amount of $60,929.82 is not justified, Debtor requests that Secured Creditor claim either be denied in its entirety or allowed for $39,305.00.

    Secured Creditor opposes Debtor's Objection to Proof of Claim on each and every stated ground.

Debtor's obligations to Creditor herein are summarized in the proof of claim that is the subject of Debtor's objection and are provided for in the Covenants, Conditions and Restrictions (hereafter referred to as "CC&R's") that were recorded against the real property prior to Debtor's occupancy and more fully and commonly known as 605 Forest Ave., Palo Alto, California 94301 (hereinafter referred to as the "Property"). A true and correct copy of the CC&Rs is filed separately herewith and incorporation herein by reference. In addition to the foregoing, Creditor is further entitled to assess such fees and costs pursuant to California Statute. Secured Creditor contends that a payment history justifying Creditor's claim amount of $60,929.82 was attached to Secured Creditor's claim that was filed on February 15, 2013. Furthermore, a copy a Secured Creditor's Notice of Lien Assessment that was recorded on February 25, 2009 was attached to Secured Creditor's claim showing a lien of $10,874.90. The Notice of Lien Assessment also states as follows: "Plus any and all other assessments, collections costs, interest, attorneys' fees and other expenses a may become due to the Association with respect to the Property subsequent to the typed dates set forth above until all amounts due to the Association with respect to the Property are paid in full." As such, pursuant to the payment history attached to Secured Creditor's claim, subsequent assessments, collections costs, interest, fees and other expenses have accrued on Debtor's account with Secured Creditor pursuant to the CC&Rs and California Statute.

Debtor further states in his Objection to Secured Creditor's claim that an Agreement was reached between Debtor and Secured Creditor to reduce the amount of pre-petition arrears on Debtor's account to $47,000.00. Secured Creditor contends that it has no record of such Agreement.

At all times relevant hereto, Secured Creditor is entitled to be holder and owner of a secured claim hereunder in the amount of $60,929.82.

Therefore, based upon the foregoing, Secured Creditor hereby respectfully requests that Debtor's Objection to Claim be denied and Secured Creditor's secured claim be allowed in the amount of $60,929.82.

Dated: April 17, 2014           LAW OFFICES OF
                                AUSTIN P. NAGEL


                                By /s/ Austin P. Nagel
                                   Attorney for Secured Creditor,
                                   FOREST VILLA HOMEOWNERS
                                   ASSOCIATION

ASAPBK.109