

# ORIGINAL

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED

APR 3 0 2014

United States Bankruptcy Court
San Jose, California

In re: Booker T. Wade Jr.,

Case No.     13-50376 SLJ

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**   03/31/14          **PETITION DATE:**   01/22/13

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   **$1**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| **2. Asset and Liability Structure** | | | |
| a. Current Assets | $20,563 | $22,267 | |
| b. Total Assets | $738,813 | $755,517 | |
| c. Current Liabilities | $3,296 | $2,931 | |
| d. Total Liabilities | $754,413 | $754,048 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| **3. Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $3,283 | $3,083 | $80,425 |
| b. Total Disbursements | $4,987 | $4,954 | $85,312 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($1,704) | ($1,871) | |
| d. Cash Balance Beginning of Month | $3,517 | $5,388 | $674 |
| e. Cash Balance End of Month (c + d) | $1,813 | $3,517 | $674 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| **4. Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| **5. Account Receivables (Pre and Post Petition)** | $18,750 | | |
| **6. Post-Petition Liabilities** | $3,296 | | |
| **7. Past Due Post-Petition Account Payables (over 30 days)** | $2,931 | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x  x |
| 12. Is the estate insured for replacement cost of assets and for general liability? | N/A | |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___;          U.S. Trustee Quarterly Fees ___;   Check if filing is current for: Post-petition tax reporting and tax returns: ___.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   3/30/2014 0:00

Booker T. Wade, Jr.
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
## (Small Real Estate/Individual Case)
### For the Month Ended    03/31/14

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | x | $1,813 |
| 2 | Accounts receivable (net) | | $18,750 |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $20,563 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | x | $710,250 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $3,000 |
| 10 | Vehicles | x | $3,000 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | - | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other:  Arts & Books | x | $2,000 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $718,250 |
| 18 | **Total Assets** | | $738,813 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $365 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $2,931 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: | | $0 |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $3,296 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $3,296 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $674,945 |
| 29 | Secured claims (other) | | $45,000 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $31,172 |
| 32 | **Total Pre-Petition Liabilities** | | $751,117 |
| 33 | **Total Liabilities** | | $754,413 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($15,600) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $738,813 |

NOTE:
   Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|  |  | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|  |  | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of The West Checking | | |
| 11 | Account No. | 030706010 | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $1,813 | | |
| 14 | Total Funds on Hand for all Accounts | $1,813 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 03/31/14

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Social Security Income | $2,683 | $39,104 |
| 8 | KMTP- Salary | | $16,656 |
| 9 | Misc income | $600 | $10,165 |
| 10 | Personal Injury Claim | $0 | $14,500 |
| 11 | | | |
| 12 | **Total Cash Receipts** | $3,283 | $80,425 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $0 | |
| | Taxes: | | |
| 27 | Employee Withholding | $0 | $1,344 |
| 28 | Employer Payroll Taxes | $0 | $1,776 |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Medical | $181 | $3,441 |
| 33 | Living Expenses | $1,825 | $37,578 |
| 34 | Mortgage Payment & HOA Fee | $2,505 | $35,252 |
| 35 | Utilites, Insurance & Car repair | $476 | $4,722 |
| 36 | Court Fee | | $1,199 |
| 37 | **Total Cash Disbursements:** | $4,987 | $85,312 |
| 38 | **Net Increase (Decrease) in Cash** | ($1,704) | ($4,887) |
| 39 | **Cash Balance, Beginning of Period** | $3,517 | $674 |
| 40 | **Cash Balance, End of Period** | $1,813 | ($4,213) |

Revised 1/1/98

Avid Bank Check Register
Month ended 03/31/2014
Booker Wade

| Date | Check No | Payee | Amount | Item |
|------|----------|-------|--------|------|
|      |          | Total | -      |      |

Bank of West Check Register
Month ended 03/31/2014
Booker Wade

| Date | Check No | Payee | Amount | Item |
|------|----------|-------|--------|------|
| 3/10/2014 | | RLMS / RLMS ACH | 2,505.57 | Mortgage |

# BANK OF THE WEST

P.O. Box 2830, Omaha, NE 68103-2830



>005417 4072672 0001 008230 10Z
BOOKER T WAIDE JR.
605 FOREST AVE
PALO ALTO CA 94301-2623

## At your service

 bankofthewest.com

 1-800-488-2265

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

GO PAPERLESS.
It's convenient, easy and secure.
Go to botw.com, sign into Online Banking and enroll in paperless Online Statements today.

---

## FRESH START CHECKING  030-706010

BOOKER T WAIDE JR.

### ACCOUNT SUMMARY

| | |
|---|---|
| **Beginning Balance** | **$3,534.96** |
| Total deposits and additions | 3,283.00 |
| Total withdrawals and subtractions | -5,004.87 |
| **Ending Balance** | **$1,813.09** |

### EARNINGS SUMMARY

| | |
|---|---|
| Interest this statement period | $0.00 |
| Interest credited year-to-date | $0.00 |
| Annual percentage yield earned | 0.00% |
| Average monthly balance | $1,420.59 |

### ACCOUNT SERVICES
Your account has the services checked below.

- ☐ Auto-Save
- ☑ Debit Card
- ☑ Direct Deposit
- ☐ Gold Line
- ☐ Mobile Banking
- ☐ Online Banking
- ☐ Online Statements
- ☐ Overdraft Protection

If you would like to add or find out about any other services, please contact us at 1-800-488-2265.

---

**For your protection:**

Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

Case: 13-50376   Doc# 125   Filed: 04/30/14   Entered: 05/01/14 09:47:25   Page 6 of 11

In South Dakota, Bank of the West operates under the name of Bank of the West California.

Member FDIC    EQUAL HOUSING

## YOU CAN USE THIS FORMAT TO RECONCILE YOUR CHECKING OR SAVINGS ACCOUNT BALANCE(S).

To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account(s).

1. Enter the ending balance for an account as shown on the front of the statement.

2. Compare the items listed on the statement against your register(s).

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. ADD any deposits made after the statement period.

5. Enter each debit transaction (e.g., check, withdrawal, pre-authorized ACH) made but not listed on the statement in the outstanding withdrawals column.

6. SUBTRACT outstanding debit transaction total made after the statement period.

7. Enter in your register(s) any automatic credits, deposits, or interest appearing on this statement that have not been recorded.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

*If this balance differs from your register(s), use the following steps to locate the error:
   a. Examine the figures used in this reconcilement for accuracy.
   b. Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
   c. Verify addition and subtraction in your register(s).
   d. Verify that any service charge or other fees due for this statement period has been deducted from your register(s).

Ending balance from statement $ _____

Add outstanding deposits     $ _____

List outstanding debit transactions

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total |  |

Subtract total outstanding debit transactions $ _____

Equals account balance* $ _____

# IMPORTANT INFORMATION

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West**, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In South Dakota, Bank of the West operates under the name of Bank of the West California.

Case: 13-50376    Doc# 125    Filed: 04/30/14    Entered: 05/01/14 09:47:25    Page 7 of 11

# BANK OF THE WEST

## FRESH START CHECKING  xxx-xx6010 *(continued)*

### ACTIVITY DETAIL

### Deposits

| Date | Description | Amount |
|---|---|---|
| 03/26 | ELECTRONIC DEP SSA  TREAS 310  XXSOC SEC  032614PPD | $2,683.00 |
| 03/27 | Deposit | 600.00 |
| **Total Deposits** | | **$3,283.00** |

| Overdraft and Returned Item Fees | Total for This Period | Total Year–to–date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $35.00 | $35.00 |

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$3,534.96** |
| 03/10 | DEBIT CARD POS | | -16.19 | 3,518.77 |
| | DENNY'S #8538 SAN MATEO CA ON 140309 | | | |
| 03/10 | DEBIT CARD POS | | -2.50 | 3,516.27 |
| | CALTRAIN TVM SAN CARLOS CA ON 140309 | | | |
| 03/10 | DEBIT CARD POS | | -9.10 | 3,507.17 |
| | IN-N-OUT BURGER #246 REDWOOD CITY CA ON 140309 | | | |
| 03/10 | DEBIT CARD POS | | -21.41 | 3,485.76 |
| | FEDEXOFFICE 00029017 SAN JOSE CA ON 140309 | | | |
| 03/10 | DEBIT CARD POS | | -13.00 | 3,472.76 |
| | CENTURY THEATRES 48QPS REDWOOD CITY CA ON 140310 | | | |
| 03/10 | DEBIT CARD POS | | -19.94 | 3,452.82 |
| | WHOLEFDS PAL 10005 PALO ALTO CA ON 140310 | | | |
| 03/10 | DEBIT CARD POS | | -5.00 | 3,447.82 |
| | CALTRAIN TVM SAN CARLOS CA ON 140310 | | | |
| 03/10 | ELECTRONIC DBT RLMS RLMS ACH 031014 PPD | | -2,505.57 | 942.25 |
| 03/11 | DEBIT CARD POS | | -15.30 | 926.95 |
| | SIAM ROYAL PALO ALTO CA ON 140311 | | | |
| 03/11 | DEBIT CARD POS | | -14.89 | 912.06 |
| | CVS PHARMACY #9915 PALO ALTO CA ON 140311 | | | |
| 03/11 | DEBIT CARD POS | | -9.96 | 902.10 |
| | WHOLEFDS PAL 10005 PALO ALTO CA ON 140311 | | | |
| 03/11 | POS PURCHASE | | -96.44 | 805.66 |
| | 641081 WALGREENS PALO ALTO CA | | | |
| 03/12 | CASH WD ATM | | -103.00 | 702.66 |
| | 713134 COMERICA BANK PALO ALTO CA | | | |
| 03/13 | DEBIT CARD POS | | -35.38 | 667.28 |
| | WILLOW COVE GAS MENLO PARK CA ON 140313 | | | |
| 03/13 | DEBIT CARD POS | | -12.48 | 654.80 |
| | WHOLEFDS PAL 10005 PALO ALTO CA ON 140313 | | | |
| 03/17 | DEBIT CARD POS | | -13.45 | 641.35 |
| | SUSHI TOMO 2 PALO ALTO CA ON 140316 | | | |
| 03/17 | DEBIT CARD POS | | -2.50 | 638.85 |
| | CALTRAIN TVM SAN CARLOS CA ON 140316 | | | |
| 03/17 | DEBIT CARD POS | | -8.75 | 630.10 |
| | CENTURY THEATRES 48QPS REDWOOD CITY CA ON 140316 | | | |
| 03/17 | DEBIT CARD POS | | -5.95 | 624.15 |
| | CENTURY THEATRES 48QPS REDWOOD CITY CA ON 140316 | | | |
| 03/17 | DEBIT CARD POS | | -5.00 | 619.15 |
| | CALTRAIN TVM SAN CARLOS CA ON 140317 | | | |



## FRESH START CHECKING  xxx-xx6010 *(continued)*

ACTIVITY DETAIL

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 03/17 | DEBIT CARD POS<br>CENTURY THEATRES 48QPS REDWOOD CITY CA ON 140317 | | -8.75 | $610.40 |
| 03/17 | DEBIT CARD POS<br>CENTURY THEATRES 48QPS REDWOOD CITY CA ON 140317 | | -10.43 | 599.97 |
| 03/17 | DEBIT CARD POS<br>CALTRAIN TVM SAN CARLOS CA ON 140317 | | -5.00 | 594.97 |
| 03/17 | DEBIT CARD POS<br>FIVE GUYS #CA-1504 REDWOOD CITY CA ON 140317 | | -6.32 | 588.65 |
| 03/17 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 140317 | | -3.14 | 585.51 |
| 03/17 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 140317 | | -2.60 | 582.91 |
| 03/17 | DEBIT CARD POS<br>FISH'S WILD FISH G REDWOOD CITY CA ON 140316 | | -9.80 | 573.11 |
| 03/17 | DEBIT CARD POS<br>PANDA EXPRESS #1865 REDWOOD CITY CA ON 140317 | | -6.31 | 566.80 |
| 03/17 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 140317 | | -10.96 | 555.84 |
| 03/19 | DEBIT CARD POS<br>CALTRAIN TVM SAN CARLOS CA ON 140319 | | -5.00 | 550.84 |
| 03/19 | CASH WD ATM<br>3605-000175 BK WEST SANTA CRUZ AVEMENLO PARK CA | | -300.00 | 250.84 |
| 03/20 | DEBIT CARD POS<br>CALTRAIN TVM SAN CARLOS CA ON 140320 | | -5.00 | 245.84 |
| 03/20 | DEBIT CARD POS<br>NEW YORK NEW YORK PALO ALTO CA ON 140320 | | -8.44 | 237.40 |
| 03/20 | DEBIT CARD POS<br>LA CORNETA BURLINGAME CA ON 140320 | | -8.34 | 229.06 |
| 03/21 | POS PURCHASE<br>642038 WALGREENS PALO ALTO CA | | -73.26 | 155.80 |
| 03/24 | POS PURCHASE<br>013746 ARCO 00515 SAN MATEO CA | | -21.06 | 134.74 |
| 03/24 | DEBIT CARD POS<br>CENTURY THEATRES 48QPS REDWOOD CITY CA ON 140324 | | -8.75 | 125.99 |
| 03/24 | DEBIT CARD POS<br>CENTURY THEATRES 48QPS REDWOOD CITY CA ON 140324 | | -9.20 | 116.79 |
| 03/24 | DEBIT CARD POS<br>CALTRAIN TVM SAN CARLOS CA ON 140324 | | -2.50 | 114.29 |
| 03/24 | RETURNED ITEM FEE | | -35.00 | 79.29 |
| 03/25 | DEBIT CARD POS<br>PARIS BAGUETTE USA INC PALO ALTO CA ON 140325 | | -5.20 | 74.09 |
| 03/25 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 140325 | | -4.30 | 69.79 |
| 03/26 | ELECTRONIC DEP SSA TREAS 310 XXSOC SEC 032614 PPD | 2,683.00 | | 2,752.79 |
| 03/26 | DEBIT CARD POS<br>CVS PHARMACY #9915 PALO ALTO CA ON 140326 | | -9.47 | 2,743.32 |
| 03/26 | DEBIT CARD POS<br>PLUTOS PALO ALTOQ25 PALO ALTO CA ON 140326 | | -9.90 | 2,733.42 |
| 03/26 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 140326 | | -9.58 | 2,723.84 |
| 03/26 | DEBIT CARD POS<br>WHOLEFDS PAL 10005 PALO ALTO CA ON 140326 | | -1.80 | 2,722.04 |
| 03/27 | Deposit | 600.00 | | 3,322.04 |
| 03/27 | DEBIT CARD POS<br>PAMF PA 795 EL CAMINO PALO ALTO CA ON 140327 | | -44.00 | 3,278.04 |

# BANK OF THE WEST

# Account Statement

March 8, 2014 - April 7, 2014

Page 5 of 6

## FRESH START CHECKING  xxx-xx6010 *(continued)*

ACTIVITY DETAIL

### Transaction Detail

| Date | Description | Deposits | Withdrawals | Balance |
|------|-------------|----------|-------------|---------|
| 03/27 | CASH WD ATM | | -$203.00 | $3,075.04 |
| | 164624 250 UNIVERS AV PALO ALTO CA | | | |
| 03/27 | POS PURCHASE | | -5.76 | 3,069.28 |
| | 419788 MCDONALD'S F36 JAMAICA NY | | | |
| 03/28 | DEBIT CARD POS | | -476.09 | 2,593.19 |
| | CITY OF PALO ALTO REV PALO ALTO CA ON 140328 | | | |
| 03/28 | POS PURCHASE | | -16.26 | 2,576.93 |
| | 833083 Duane Reade FLUSHING NY | | | |
| 03/31 | DEBIT CARD POS | | -29.50 | 2,547.43 |
| | PIER 25A BAYSIDE NY ON 140330 | | | |
| 03/31 | DEBIT CARD POS | | -8.29 | 2,539.14 |
| | AA INFLIGHT MC 1 TULSA OK ON 140331 | | | |
| 03/31 | DEBIT CARD POS | | -26.99 | 2,512.15 |
| | NATURAL BREAK LOS ANGELES CA ON 140331 | | | |
| 03/31 | DEBIT CARD POS | | -9.99 | 2,502.16 |
| | AA INFLIGHT MC 1 TULSA OK ON 140331 | | | |
| 03/31 | DEBIT CARD POS | | -284.25 | 2,217.91 |
| | ANCHOR INN BAYSIDE NY ON 140331 | | | |
| 04/01 | DEBIT CARD POS | | -22.28 | 2,195.63 |
| | WHOLEFDS PAL 10005 PALO ALTO CA ON 140401 | | | |
| 04/01 | POS PURCHASE | | -8.70 | 2,186.93 |
| | 237164 SUNNYVALE CAR SUNNYVALE CA | | | |
| 04/03 | DEBIT CARD POS | | -5.00 | 2,181.93 |
| | CALTRAIN TVM SAN CARLOS CA ON 140403 | | | |
| 04/03 | CASH WD ATM | | -203.00 | 1,978.93 |
| | 009945 PALO ALTO MN E PALO ALTO CA | | | |
| 04/03 | POS PURCHASE | | -45.51 | 1,933.42 |
| | 641060 WALGREENS PALO ALTO CA | | | |
| 04/04 | DEBIT CARD POS | | -0.66 | 1,932.76 |
| | FEDEXOFFICE 00029017 SAN JOSE CA ON 140404 | | | |
| 04/07 | DEBIT CARD POS | | -13.03 | 1,919.73 |
| | CHEVRON 0091081 EAST PALO ALT CA ON 140406 | | | |
| 04/07 | DEBIT CARD POS | | -5.00 | 1,914.73 |
| | CALTRAIN TVM SAN CARLOS CA ON 140407 | | | |
| 04/07 | POS PURCHASE | | -9.59 | 1,905.14 |
| | 746014 SAFEWAY STORE REDWOOD CITY CA | | | |
| 04/07 | DEBIT CARD POS | | -7.07 | 1,898.07 |
| | CURRY UP NOW SAN MATEO CA ON 140407 | | | |
| 04/07 | DEBIT CARD POS | | -10.45 | 1,887.62 |
| | CVS PHARMACY #9915 PALO ALTO CA ON 140407 | | | |
| 04/07 | DEBIT CARD POS | | -8.75 | 1,878.87 |
| | CENTURY THEATRES 48QPS REDWOOD CITY CA ON 140407 | | | |
| 04/07 | DEBIT CARD POS | | -15.54 | 1,863.33 |
| | WHOLEFDS PAL 10005 PALO ALTO CA ON 140407 | | | |
| 04/07 | POS PURCHASE | | -18.24 | 1,845.09 |
| | 622058 WALGREENS PALO ALTO CA | | | |
| 04/07 | NON-BOW ATM FEE | | -20.00 | 1,825.09 |
| 04/07 | SERVICE CHARGE | | -12.00 | 1,813.09 |
| **Totals** | | **$3,283.00** | **-$5,004.87** | |
| **Ending Balance** | | | | **$1,813.09** |






This space intentionally left blank.

