David Hamerslough, Esq.
Rossi, Hamerslough, Reischl and Chuck
1960 The Alameda, Suite 200
San Jose, CA 951260
Tel: (408) 261-4252
Email: dave@rhrc.net

Attorneys for Arlene Stevens

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

In re:

BOOKER THEODORE WADE, JR.,

Case No.: 13-50376-RLE

Chapter 11

Date: June 11, 2014
Time: 2:00 pm
Judge: Hon. Stephen L. Johnson

**DECLARATION OF DAVID HAMERSLOUGH IN SUPPORT OF OBJECTION TO MOTION TO COMPEL TURNOVER OF PROPERTY**

I, David Hamerslough, hereby declare:

1. I am an attorney licensed to practice by the State of California and admitted to practice before this Court. I am a partner with Rossi, Hamerslough, Reischl & Chuck (the "Rossi Firm"), attorneys for Arlene Stevens the creditor.

2. I have personal knowledge of the matters contained in this Declaration, except as to those matters alleged upon information and belief, and as to those matters I believe them to be true. If called upon as a witness, I could and would competently testify as follows.

3. The Rossi firm is currently holding funds pursuant to the settlement agreement between Mr. Wade and Ms. Stevens in Santa Clara County Superior Court Case Number 1-07-

Case: 13-50376 Doc# 138-1 Filed: 05/28/14 Entered: 05/28/14 15:05:55 Page 1 of 16

CV-090284. These funds are the proceeds of a property in Woodside, California (the "Woodside Proceeds"), and are the sole property of Arlene Stevens pursuant to the Settlement Agreement. The Rossi firm holds these funds pursuant to an order of the State Court. It does not hold the funds for the benefit of Mr. Wade.

In January 2014, the State Court granted the motion brought by Ms. Steven to enforce the Settlement Agreement. A true and correct copy of the notice of entry of that order is attached as Exhibit A. There is currently pending a proposed judgment on that order, but the judge in superior court has not yet entered the judgment. Attached as Exhibit B is a true and correct copy of the proposed judgment and the letter sent by my firm to the judge in the Superior Court requesting the entry of the judgment.

Mr. Wade's motion makes a reference to the statement by this firm regarding limits of its representation. This statement was made in connection with filing the proof of claim on behalf of Ms. Stevens. The proof of claim had to be made under the penalty of perjury and the firm did not have specific direction from Ms. Stevens to file it because the Rossi firm has an ongoing fiduciary duty to protect Ms. Stevens' interest in the funds, it had an obligation to file the claim with the stated reservation. This firm continues to represent Ms. Stevens' interest in connection with the state court action and her interest in the property that is the subject of that action, including the Woodside Proceeds. Until the state court releases the Rossi firm from its role as counsel of record for Ms. Stevens, it has a continuing duty to protect her interest in this matter.

Executed on May 28, 2014 at San Jose, California. I declare under penalty of perjury of the laws of the United States that the foregoing statement is true.

/s/ David Hamerslough
David Hamerslough

Case: 13-50376 Doc# 138-1 Filed: 05/28/14 Entered: 05/28/14 15:05:55 Page 2 of 16

David Hamerslough (SBN 95010)
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
(408) 261-4252
(408) 261-4292 (Fax)

Stephen S. Fry (SBN 177816)
Attorney at Law
P.O. Box 1044
Nevada City CA 95959
Tel: (530) 264-7224

Attorneys for Plaintiffs Arlene D. Stevens,
TV_32 Digital Ventures, Sungilt Corporation

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| ARLENE D. STEVENS,<br><br>Plaintiff,<br><br>vs.<br><br>BOOKER T. WADE, JR., and DOES 1 to 1 10, inclusive,<br><br>Defendants. | Case No. 1-07-CV-090284<br><br>[CONSOLIDATED]<br><br>**NOTICE OF ENTRY OF ORDER**<br><br>Date: January 14, 2014<br>Time: 9:00 am<br>Dept.: 5<br>Judge: Hon. Carol Overton |
| AND RELATED CROSS-ACTION | |

PLEASE TAKE NOTICE that on January 14, 2014, the Court entered its "Order Re: Motion To Enforce Settlement Agreement And Motion To Dismiss Action Pursuant To Code of Civil Procedure Sections 583.310 And 583.360(A)," a true and correct copy of which is attached hereto as Exhibit "A."

Date: January 30, 2014

Rossi, Hamerslough, Reischl & Chuck

By: D. Hamerslough
DAVID HAMERSLOUGH
Attorneys for Plaintiff

**EXHIBIT A**

2014 JAN 28 P 4: 53

J. Paura

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| ARLENE STEVENS, et al,<br>Plaintiffs,<br><br>vs.<br><br>BOOKER T. WADE, JR., et al,<br>Defendants. | CASE NO.: 1-07-CV-090284<br><br>ORDER RE: MOTION TO ENFORCE SETTLEMENT AGREEMENT AND MOTION TO DISMISS ACTION PURSUANT TO CODE OF CIVIL PROCEDURE SECTIONS 583.310 AND 583.360(A) |

The above-entitled action came on for hearing before the Honorable Carol Overton on January 14, 2014 at 9:00 a.m. in Department 5. The matter having been submitted, the Court rules as follows:

Plaintiff's motion to enforce settlement agreement is GRANTED. In light of this ruling, Defendant Minority Television Project, Inc.'s motion to dismiss is DENIED AS MOOT.

DATED: January 28, 2014

CAROL OVERTON
JUDGE OF THE SUPERIOR COURT

1

ORDER RE: MOTION TO ENFORCE SETTLEMENT AGREEMENT AND MOTION TO DISMISS ACTION PURSUANT TO CODE OF CIVIL PROCEDURE SECTIONS 583.310 AND 583.360(A)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
191 N. First Street
San Jose, CA 95113-1090

TO: David M. Hamerslough
Rossi Hamerslough Reischl Et Al
1960 The Alameda Suite 200
San Jose, CA 95126

RECEIVED
JAN 30 2013

RE: A. Stevens vs B. Wade
Case Nbr: 1-07-CV-090284

**PROOF OF SERVICE**

Order on Submitted Matter

was delivered to the parties listed below in the above entitled case as set forth in the sworn declaration below.

Parties/Attorneys of Record:

CC: Stephen S. Fry , Stephen S. Fry Law Office
P.O. Box 1044, Nevada City, CA 95959
Booker T. Wade JR.
1010 Corporation Way, Palo Alto, CA 94303
Kenneth H. Prochnow , Chiles & Prochnow, LLP
2600 El Camino Real, Suite 412, Palo Alto, CA 94606
William J. Healy , Campeau Goodsell Smith LC
440 N 1st Street, Suite 100, San Jose, CA 95112

If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408)882-2700, or use the Court's TDD line, (408)882-2690 or the Voice/TDD California Relay Service, (800)735-2922.

DECLARATION OF SERVICE BY MAIL: I declare that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown above, and by depositing the envelope with postage fully prepaid, in the United States Mail at San Jose, CA on 1-29-14. DAVID H. YAMASAKI, Chief Executive Officer/Clerk by J Paura, Deputy

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA:

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1960 The Alameda, Suite 200, San Jose, CA 95126-1493. On the date set forth below I served the documents described below:

**NOTICE OF ENTRY OF ORDER**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Stephen S. Fry, Esq.<br>P.O. Box 1044<br>206 Sacramento Street, #204<br>Nevada City, CA 95945<br>(530) 264-7224<br>(530) 264-7225 (Fax)<br>stevesfry@netscape.net | Co-Counsel for Plaintiff Arlene D. Stevens |
| Booker T. Wade, Jr.<br>1010 Corporation Way<br>Palo Alto, CA 94303<br>(415) 378-6250<br>(650) 965-4014 (Fax)<br>bookertwade@hotmail.com | Defendant *in propria persona* |
| Booker T. Wade Jr.<br>605 Forest Avenue<br>Palo Alto, CA 94301<br>(415) 378-6250<br>bookertwade@hotmail.com | Defendant *in propria persona* |
| Robert C. Chiles, Esq.<br>Chiles and Prochnow, LLP<br>2600 El Camino Real, Suite 412<br>Palo Alto, CA 94306<br>(650)565-8208<br>(650)565-8221 (Fax)<br>rchiles@rchiles.com | Counsel for Minority TV, Assano, Lee, Green |
| William J. Healy, Esq.<br>Campeau, Goodsell & Smith<br>440 North First Street<br>San Jose, CA 95112<br>(408)295-9555<br>(408)295-6606 (Fax)<br>whealy@campeaulaw.com | Counsel for Campeau, Goodsell & Smith |

Brian S. Healy, Esq.
Tierney, Watson & Healy, PC
575 Market Street, Suite 3050
San Francisco, CA 94105
415 357-2093 phone
415 974-6433 fax
brian@tw2law.com

Counsel for United States of America, Judgment Lien Holder

Wendy W. Smith, Esq.
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050
(408)295-1700
(408)295-1531 (Fax)
wendy@bindermalter.com

Counsel for Rossi, Hamerslough, Reischl & Chuck

Arlene Stevens
P.O. Box 51310
Palo Alto, CA 94303

Plaintiff

☒ (BY MAIL) I sealed and placed for collection and mailing such envelope(s) with postage thereon fully prepaid, addressed as stated above, in the basket for outgoing mail at Rossi, Hamerslough, Reischl & Chuck. It is the firm's ordinary business practice that all mail placed in the basket is collected and taken for mailing that same day by an employee of the U.S. Postal Service.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 30, 2014 at San Jose, California.

MOLLY EDGAR

**EXHIBIT B**

ROSSI HAMERSLOUGH
REISCHL & CHUCK
A Professional Law Corporation

April 17, 2014

**VIA HAND DELIVERY**

The Hon. Carol Overton
Santa Clara County Superior Court
Dept. 5
191 N. First Street
San Jose, CA 95113

RE: ***Stevens v. Wade, et al.***
**Case No. 1-07-CV-090284**
**Our File: D08115**

Dear Judge Overton:

Enclosed with this letter is a Proposed Judgment in the above matter that is being submitted for your signature based on your prior order granting Arlene Stevens' motion to enforce the settlement reached between Ms. Stevens and Mr. Wade in this action. This motion was brought pursuant to C.C.P. § 664.6, and the order granting the motion was entered on January 28, 2014.

This proposed judgment was sent to Mr. Wade for his approval. Mr. Wade did not approve this form of judgment and, as I understand it, has submitted another proposed form of judgment for signature. My co-counsel and I do not believe that Mr. Wade's proposed judgment is consistent with the settlement and the information submitted to the court in conjunction with the earlier motion to enforce.

Please inform all counsel if you have any questions regarding the proposed judgments or, alternatively, if you feel that a hearing on this matter is a more appropriate way to address these issues. Thank you for your consideration.

Very truly yours,

D. Hamerslough

DAVID HAMERSLOUGH

DH:mme
Encl.
cc: Arlene Stevens
Booker T. Wade, Jr.
Steven S. Fry, Esq.
S:\CL\D\D08115\CORR\OVERTON 04-17-14.DOCX

1960 The Alameda, Suite 200, San Jose, CA 95126 · P(408) 261-4252 F(408) 261-4292
8 Harris Court, Suite A1, Monterey, CA 93940 · P(831) 655-3180
www.rhrc.net

David Hamerslough (SBN 95010)
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
(408) 261-4252
(408) 261-4292 (Fax)

Stephen S. Fry, (SBN 177816)
Attorney at Law
P.O. Box 1044
Nevada City CA 95959
Tel: (530) 264-7224

Attorneys for Plaintiffs Arlene D. Stevens, TV_32 Digital Ventures, Sungilt Corporation

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

| | |
|---|---|
| ARLENE D. STEVENS,<br>Plaintiff,<br>vs.<br>BOOKER T. WADE, JR., and DOES 1 to 10, inclusive,<br>Defendant. | Case No. 1-07-CV-090284<br>[CONSOLIDATED]<br>**[PROPOSED] JUDGMENT RE ENFORCEMENT OF SETTLEMENT AGREEMENT**<br>Date: January 14, 2014<br>Time: 9:00 am<br>Dept: 5<br>Judge: Hon. Carol Overton |
| AND RELATED CROSS-ACTION | |

This matter came on regularly for hearing by the Court on January 14, 2014 in Department 5 of the above entitled court, the Honorable Carol Overton presiding. Plaintiff Arlene D. Stevens (hereinafter "Stevens") was represented by counsel, David Hamerslough of the Law Firm of Rossi, Hamerslough, Reischl & Chuck and Stephen S. Fry. Defendant Booker T. Wade, Jr. (hereinafter "Wade") was present and appeared in propria persona. Also present was William J. Healy

Case: 13-50376 Doc# 138-1 Filed: 05/28/14 Entered: 05/28/14 15:05:55 Page 10 of 16

of the Law Firm of Campeau Goodsell Smith, L.C., said firm having filed a joinder of Arlene Stevens' motion for enforcement of settlement agreement (CCP §664.6).

The hearing was on Plaintiff Arlene Stevens' motion for enforcement of the settlement agreement entered into by the parties pursuant to a judicially supervised pre-trial settlement conference conducted before the Honorable Jamie A. Jacobs-May, then Presiding Judge of the Santa Clara County Superior Court. Having read the supporting and opposing papers; the supporting documentation; and having heard the arguments of counsel and Defendant Booker T. Wade, Jr.; and good cause appearing, the Court hereby issues the following judgment pursuant to the settlement between the parties referenced above and pursuant to CCP §664.6:

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be, and hereby is, entered as follows:

1. **JUDICIAL NOTICE:** Stevens' Requests for Judicial Notice dated December 17, 2013 and January 6, 2014, respectively, are granted.

2. **WOODSIDE PROCEEDS:** The proceeds from the sale of the Woodside property located at 3575 Tripp Road, Town of Woodside, California which are currently being held in trust by the Law Firm of Rossi, Hamerslough, Reischl & Chuck are, in their entirety, the sole and separate property of Stevens and shall be released without further order of this Court to the Law Firm of Rossi, Hamerslough, Reischl & Chuck for distribution.

3. **CELL LICENSE PROCEEDS:** The proceeds from the sale of the Cell Licenses which are currently being held in the attorney-client trust account of Stephen S. Fry are, in their entirety, the sole and separate property of Stevens and shall be released without further order of this Court to the Law Firm of Stephen S. Fry for distribution.

4. **PROMISSORY NOTE:** Judgment issues in favor of Stevens and against Wade in the sum of $361,019.18, calculated as follows:

(1) **PRINCIPAL:** $300,000;

(2) **INTEREST:** At seven percent (7%) interest as the parties agreed, the per diem interest rate is $57.53. The effective date of the Settlement Agreement, January 22, 2009, through March 15, 2014 consists of 1,876 days. 1,876 days times $57.53 totals $107,926.28.

(3) **PENALTY:** The settlement agreement specified that a flat fee penalty of $100 shall be assessed for each missed payment. No payments have been shown to have been made. Consequently, the monthly penalty from January 22, 2009 through February 28, 2014 totals $6,100.

(4) **CREDIT:** Defendant's 30% interest in the cell license proceeds shall be distributed to Plaintiff as a partial credit towards Defendant's debt under the Promissory Note. The total amount of the cell license proceeds is $176,690.32. Consequently, Defendant's credit is $53,007.10 based upon his 30% interest in the proceeds which was security for his obligation under the Promissory Note. Given Wade's default on the payment of the Promissory Note, Stevens is entitled to said $53,007.10 and Wade is entitled to a credit on the Promissory Note obligation in said amount.

5. **INDEMNIFICATION ON SBA LOAN:** Judgment issues in favor of Stevens and against Wade for Wade to indemnify Stevens from and against any liability of Stevens to Sterling Savings and Loan Association (hereinafter "Sterling") and the Small Business Administration (hereinafter "SBA") resulting from Stevens' personal guarantees on the loans provided to TV-32 Digital Ventures, Inc. (hereinafter "TV-32") and the related notes and deeds of trust recorded against TV-32's real property located at 1010 Corporation Way, Palo Alto, CA, including, without limitation, the SBA's November 18, 2011 judgment against

Case: 13-50376 Doc# 138-1 Filed: 05/28/14 Entered: 05/28/14 15:05:55 Page 12 of 16

Stevens in the matter entitled United States of America v. Arlene Stevens, USDC (ND CA), Case No.:11-CV-02588 for $1,359,105.47 plus interest.

6. **PALO ALTO CONDO**: The Court finds that pursuant to the Settlement Agreement, Stevens has a 60% equitable ownership interest in the Palo Alto Condominium located at 605 Forest Ave., Palo Alto, California. The Court further finds that Wade breached the settlement agreement by failing to sale the property. Pursuant to Stevens' demand and request for relief, the Court orders that title to said property be transferred to Stevens through a quitclaim deed to be signed by the Wade or, in the event he refuses, by the Court on Wade's behalf. Stevens shall immediately market and sale the property. Wade shall cooperate fully in the sale of the property. Wade shall vacate the Palo Alto Condominium located at 605 Forest Ave., Palo Alto, California (hereinafter Palo Alto Condo") within 30 days of the execution date of this judgment. If Wade fails to vacate the property by said date, a writ of possession and any other related documents, shall immediately issue without notice to Wade. Stevens is excused from any monetary contribution towards the Palo Alto Condo. Pursuant to the indemnification agreement, Wade's 40% interest in the Palo Alto Condo is forfeited and transfers to Stevens as partial indemnification of the liability she has incurred on the SBA guarantee as a result of the failure by Wade to sale the property located at 1010 Corporation Way, Palo Alto, California thus satisfying the SBA loan or otherwise extinguishing Stevens' liability under the guarantee. The net proceeds from the sale of the Palo Alto Condo shall be the sole and separate property of Stevens.

7. **PALO ALTO CONDO ENCUMBRANCES**: Judgment issues in favor of Stevens and against Wade for all mortgage debt which is above and beyond the mortgage debt as of the effective date of the Settlement Agreement; all outstanding and unpaid mortgage payments, interest, fees, and related costs; all outstanding and unpaid homeowner association dues; and any other outstanding

and unpaid debt or liens, including without limitation, unpaid taxes, insurance payments, utility payments, repair debt, associated with the Palo Alto Condo. The amount of said judgment amount shall be determined as of the close of escrow date associated with the sale of the property.

8. **SANCTIONS:** Given Defendant's failure to comply with the terms of settlement as he had agreed, Plaintiff is entitled to monetary sanctions in the amount of $__________.

9. **JURISDICTION:** The Court shall maintain jurisdiction over this case to insure the terms of this judgment and the settlement agreement are enforced.

Dated: ____________, 2014

______________________________
The Honorable Carol Overton,
Judge of the Superior Court

APPROVED AS TO FORM

______________________________
Booker T. Wade, Jr.

Case: 13-50376 Doc# 138-1 Filed: 05/28/14 Entered: 05/28/14 15:05:55 Page 14 of 16

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA:

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1960 The Alameda. Suite 200, San Jose, CA 95126-1493. On the date set forth below I served the documents described below:

**[PROPOSED] JUDGMENT RE: ENFORCEMENT OF SETTLEMENT AGREEMENT**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Stephen S. Fry, Esq.<br>P.O. Box 1044<br>206 Sacramento Street, #204<br>Nevada City, CA 95959<br>(530) 264-7224<br>(530) 264-7225 (Fax)<br>stevesfry@netscape.net | Co-Counsel for Plaintiff Arlene D. Stevens |
| Booker T. Wade Jr.<br>605 Forest Avenue<br>Palo Alto, CA 94301<br>(415) 378-6250<br>bookertwade@unseen.is | Defendant *in propria persona* |
| Robert C. Chiles, Esq.<br>Chiles and Prochnow, LLP<br>2600 El Camino Real, Suite 412<br>Palo Alto, CA 94306<br>(650)565-8208<br>(650)565-8221 (Fax)<br>rchiles@rchiles.com | Counsel for Minority TV, Assano, Lee, Green |
| William J. Healy, Esq.<br>Campeau, Goodsell & Smith<br>440 North First Street<br>San Jose, CA 95112<br>(408)295-9555<br>(408)295-6606 (Fax)<br>whealy@campeaulaw.com | Counsel for Campeau, Goodsell & Smith |
| Brian S. Healy, Esq.<br>Tierney, Watson & Healy, PC<br>575 Market Street, Suite 3050<br>San Francisco, CA 94105<br>415 357-2093 phone<br>415 974-6433 fax<br>brian@tw2law.com | Counsel for United States of America, Judgment Lien Holder |

Case: 13-50376 Doc# 138-1 Filed: 05/28/14 Entered: 05/28/14 15:05:55 Page 15 of 16

Wendy W. Smith, Esq.
Binder & Malter
2775 Park Avenue
Santa Clara, CA 95050
(408)295-1700
(408)295-1531 (Fax)
wendy@bindermalter.com

Counsel for Rossi, Hamerslough, Reischl & Chuck

Arlene Stevens
P.O. Box 51310
Palo Alto, CA 94303

Plaintiff

☒ (BY MAIL) I sealed and placed for collection and mailing such envelope(s) with postage thereon fully prepaid, addressed as stated above, in the basket for outgoing mail at Rossi, Hamerslough, Reischl & Chuck. It is the firm's ordinary business practice that all mail placed in the basket is collected and taken for mailing that same day by an employee of the U.S. Postal Service.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 17, 2014 at San Jose, California.

Molly Edgar
MOLLY EDGAR

Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
(408) 261-4252
Fax (408) 261-4292