No Original

FILED

MAY 28 2014

United States Bankruptcy Court
San Jose, California

Booker T. Wade Jr.
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re

BOOKER T. WADE JR.

DEBTOR

Case No. 13-50376 SLJ

Chapter 11

NOTICE OF MOTION TO WITHDRAW
REFERENCE FROM STATE COURT

Date: June 28, 2014
Time: 2:00 p.m.
Courtroom: 3099
Before: Hon. Stephen L. Johnson

TO: ALL PARTIES, CREDITORS, THEIR ATTORNEYS & THE U. S. TRUSTEE

**NOTICE IS GIVEN** that on the date and at the time and place shown above, located at 280 South First Street, San Jose, CA 95113, Booker T. Wade, Jr., Debtor herein, will and hereby so moves, the Court to withdraw its reference to the Superior Court of Santa Clara County, State of California.

The motion is premised upon the following: (1) the request for the reference was not authorized by nor on behalf of creditor Arlene Stevens; but, instead was made on behalf of David Hamerslough, a creditor of a creditor; (2) the state court proceeding has reached a stalemate; and (3) questions of federal now dominate the matters before the state court.

The motion is based on this Notice of Motion and the Motion, the attached Memorandum of Points and Authorities, the attached Declaration of Booker T. Wade Jr. with Exhibits thereto, as well as such other evidence that may be produced at the time of the hearing on the Motion

If you wish to oppose the Motion, you must file a written opposition with the Court no later than June 12, 2014 serving a copy of the same on the Debtor and the United States Trustee. If you

fail to file a written opposition with the Court and serve it on the Debtor by the date indicated, the Court may enter an order granting the relief requested in the Motion.

May 23, 2014

_____
Booker T. Wade Jr., Debtor