IN RE:  Booker Theodore Wade, Jr.                    In a Chapter __11
                                                      Case No.:_13-50376-SLJ

## TRANSMITTAL OF WITHDRAWAL OF REFERENCE
## TO THE DISTRICT COURT

1. __X___ **Motion or order to withdraw reference**.

2. _____ **Certificate to the District Court** non-core proceeding pursuant to B.L.R. 9015-2(b) demand for jury trial.

3. _____ **Certificate to the District Court** pursuant to B.L.R. 9015-2(d) personal injury tort and wrongful death claims

DATE FILED:  January 22, 2013

FILED BY (MOVANT): Debtor Booker Theodore Wade, Jr.

ATTORNEY:  __N/A
           _____

PLEADINGS TRANSMITTED TO DISTRICT COURT

| | |
|---|---|
| ____X_____ | Motion or Order to Withdraw Reference |
| ____X_____ | Memorandum in Support of Motion to Withdraw Reference |
| _____ | Response to Motion to Withdraw Reference |
| _____ | Certificate to the District Court |
| ____X_____ | Certified Copy of Bankruptcy Docket Sheet |
| _____ | Other Pertinent Record:_____ |

_____
_____

COUNTY OF DEBTOR(S) RESIDENCE: _Santa Clara

DATE: __May 29, 2014                    TRANSMITTED: ___May 29, 2014

                                        By: _Kristine Hang Du, Deputy Clerk

                                        Phone No.:

-----------------------------------------------------------------------------------------------------------------------------

DISTRICT COURT CASE NUMBER: _____

DATE: _____ BY: _____

PLEASE RETURN SECOND COPY UPON RECEIPT

cc:   Movant
      US Bankruptcy Court, San Jose