# UNITED STATES BANKRUPTCY COURT

IN RE: Booker Theodore Wade, Jr.                     In a Chapter __11__
                                                      Case No.:_13-50376-SLJ

*ORIGINAL FILED MAY 30 2014 Richard W. Wieking, Clerk, U.S. District Court, Northern District of California, San Jose*

## TRANSMITTAL OF WITHDRAWAL OF REFERENCE
## TO THE DISTRICT COURT

1. __X__ **Motion or order to withdraw reference**.

2. _____ **Certificate to the District Court** non-core proceeding pursuant to B.L.R. 9015-2(b) demand for jury trial.

3. _____ **Certificate to the District Court** pursuant to B.L.R. 9015-2(d) personal injury tort and wrongful death claims

DATE FILED: January 22, 2013

FILED BY (MOVANT): Debtor Booker Theodore Wade, Jr.

ATTORNEY: __N/A__

PLEADINGS TRANSMITTED TO DISTRICT COURT

| | |
|---|---|
| __X__ | Motion or Order to Withdraw Reference |
| __X__ | Memorandum in Support of Motion to Withdraw Reference |
| _____ | Response to Motion to Withdraw Reference |
| _____ | Certificate to the District Court |
| __X__ | Certified Copy of Bankruptcy Docket Sheet |
| _____ | Other Pertinent Record:_____ |

COUNTY OF DEBTOR(S) RESIDENCE: _Santa Clara

DATE: __May 29, 2014            TRANSMITTED: ___May 29, 2014

                                 By: _Kristine Hang Du, Deputy Clerk
                                 Phone No.:

---

DISTRICT COURT CASE NUMBER: **CV 14-02486 LHK**
DATE: **MAY 30 2014** BY: _Betty Walter_
PLEASE RETURN SECOND COPY UPON RECEIPT

cc:  Movant
     US Bankruptcy Court, San Jose