

The following constitutes
the order of the court. Signed June 12, 2014

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

BOOKER T. WADE, JR.,

            Debtor

Case No.: 13-50376 SLJ

Chapter 11

## ORDER DENYING OBJECTION TO ALLOWANCE OF CLAIM

    Debtor filed an Objection to Allowance of Claim on April 30, 2014, seeking an order disallowing the claim of the U.S. Department of Education. Debtor identified the DOE as a creditor but listed the claim as "disputed." DOE never filed a proof of claim in this case. Because there is no claim to object to, and for the reasons stated on the record at the hearing conducted on June 11, 2014, the court DENIES the motion.

    IT IS SO ORDERED.

*** END OF ORDER***

ORDER                                            1

**COURT SERVICE LIST**

ECF Parties by Electronic Means Only