

FILED

JUN 16 2014

United States Bankruptcy Court
San Jose, California

UNTIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE | Case No. 13-50376 SLJ

Chapter 11

BOOKER THEODORE WADE JR.

DEBTOR

605 Forest Avenue
Palo Alto, CA 94301
SS # 3897

## NOTICE OF APPEAL

Booker T. Wade, Jr., Debtor and Debtor in Possession herein, hereby appeals under 28 U.S.C. 158(a) and Bankruptcy Rule 8001(a) of the Rules of Bankruptcy Procedure from the order of the bankruptcy judge entered on June 11, 2014, captioned "Order Denying Motion to Compel Custodian to Turnover Property of the Estate." This notice of appeal is timely as it is made within 14 days of entry of the order appealed from pursuant to Rule 8002 of the Rules o Bankruptcy Procedure.

The names of the parties to the order appealed from and the names, addresses and telephone numbers of their respective putative attorneys are as follows:

Party

Arlene Stevens                Arlene Stevens [Pro Se]
                              P O Box 51310
                              Palo Alto, CA 94303
                              [No telephone number]

Arlene Stevens                David Hamerslough
                              Rossi Hamerslough Reisch & Chuck
                              1980 The Alameda Suite 200
                              San Jose, CA 95126
                              (408) 261 4252

| | | |
|---|---|---|
| 1 | Hoge Fenton Jones & Appel Inc. | Stephanie Oats |
| 2 | | Hoge Fenton Jones &Appel Inc. |
| | | 60 South Market Street #1400 |
| 3 | | San Jose, CA __ |
| | | (408) 287-9501 |
| 4 | The Mlnarik Law Group Inc | Mlnarik Law Group Inc. |
| 5 | | 2930 Bowers Avenue |
| | | Santa Clara, CA 95051 |
| 6 | | (408) 919 0088 |
| 7 | Rossi Hamerslough Reischl & Chuck | Wendy Smith |
| | | Binder & Malter |
| 8 | | 2775 Park Avenue |
| | | Santa Clara, CA 95050 |
| 9 | | (408) 295 1700 |
| 10 | | |
| | Campueau Goodsell Smith | William Healy |
| 11 | | Campeau Goodsell Smith |
| | | 400 North First Street #100 |
| 12 | | San Jose, CA |
| 13 | | (408) 295 9555 |
| 14 | Forest Villa Homeowners Association | Austin Nagel Esq. |
| | | Law Offices of Austin Nagel |
| 15 | | 111 Deerwood Dr. |
| | | San Ramon, CA 94582 |
| 16 | | (925) 855 8080 |
| 17 | | |
| | Wells Fargo Bank | Christopher McDermott |
| 18 | | Casey O'Connell |
| | | Pite Duncan, LLP |
| 19 | | 4375 Jutland Drive, Suite200 |
| | | PO Box 17933 |
| 20 | | San Diego, CA 92177-0933 |
| 21 | | (858) 750-7600 |
| 22 | U.S. Department of Education | General Counsel |
| | | U.S. Department of Education |
| 23 | | 400 Maryland Ave SW |
| | | Washington, D.C. 20202 |
| 24 | | (202) 401-6000 |
| 25 | | |
| | Internal Revenue Service | Internal Revenue Service (not represented) |
| 26 | | P O Box 7346 |
| | | Philadelphia, PA 19101-7346 |
| 27 | | (800) 829-1040 |
| 28 | | |

| | | |
|---|---|---|
| 1 | JAMS Inc. | JAMS Inc. (not represented)<br>160 W Santa Clara St<br>San Jose, CA 945113<br>(408) 288-2240 |
| 3<br>4<br>5<br>6 | Discover Bank | Discover Bank (not represented)<br>DB Servicing Corp<br>P O Box 3024<br>New Albany, OH 43054-3025<br>(224) 405 0900 |
| 7<br>8<br>9 | LVNV Funding LLC | LVNV Funding LLC (not represented)<br>P O Box 10587<br>Greenville, SC 29603-058<br>[Phone number not available] |
| 10<br>11<br>12 | Calvary Portfolio Services LLC | Calvary Portfolio Services LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595<br>(800) 501 0909 |
| 13<br>14 | Miller Starr Regalia LLC | Miller Starr Regalia LLC (not represented)<br>435 Tasso Street Suite 315<br>Palo Alto, CA 94301<br>(925) 935-9400 |

June 16, 2014

*/s/ Booker T. Wade Jr.*
Booker T. Wade Jr.
Appellant
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250