Booker T. Wade Jr.
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250

FILED

JUN 1 6 2014
UB

United States Bankruptcy Court
San Jose, California

UNTIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE

BOOKER THEODORE WADE JR.

                    DEBTOR

Case No. 13-50376 SLJ

Chapter 11

NOTICE OF ELECTION TO HAVE UNITED STATES DISTRICT COURT HEAR APPEAL

Booker T. Wade, Jr., Debtor and Debtor in Possession herein, pursuant to 28 U.SC. 158(c)(1)(A) and  Fed. R. Bankr. P. 8001(e), hereby elects to have the Untied States District Court for the Northern District of California hear this appeal.

June 16, 2014

Booker T. Wade Jr., Debtor

# Proof of Service

I, Fan Wen, certify that I am over the age of 18 and that my business address is at 1296 Kifer Road, Suite 606, Sunnyvale, CA 94086. On or before the date shown below, I deposited in the U.S. Mail, first class postage prepaid, copies of the foregoing pleading and addressed to the following:

David Hamerslough
Rossi Hamerslough Reisch & Chuck
1980 The Alameda Suite 200
San Jose, CA 95126

Stephanie Oaks
Hoge Fenton Jones &Appel Inc.
60 South Market Street #1400
San Jose, CA 95113

Mlnarik Law Group Inc.
2930 Bowers Avenue
Santa Clara, CA 95051

William Healy
Campeau Goodsell Smith
400 North First Street #100
San Jose, CA

Christopher McDermot
Casey O'Connell
Pite Duncan, LLP
4375 Jutland Drive, Suite200
PO Box 17933
San Diego, CA 92177-0933

June 16, 2014

_____
Fan Wen