Booker T. Wade Jr.
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250



UNTIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE | Case No. 13-50376 SLJ

Booker T. Wade Jr. | Date: May 7, 2014
| Time: 2:00 p.m.
| Courtroom: 3099
Debtor | Before: Hon. Robert L. Johnson

| Claim No. 4-1 Forest Villa Homeowners Assn

On May 7, 2014, the Court directed the Debtor to confer with counsel for Forest Villa Homeowners Association as to the categories of charges authorized by the Covenants, Conditions and Restrictions [CCRs] applicable to the captioned claim of Forest Villa Homeowners Association and thereafter to file with the Court a declaration as to any favorable results. Debtor hereby submits the declaration as Exhibit A. As detailed in the declaration, Debtor concentrating on more urgent events herein, belatedly presented his proposal and position to counsel on June 6, 2014. Counsel may not have had an opportunity to consult with the condo association. It is also likely that given the state court order that the condo must be sold, the condo association no longer may have an interest in resolving the disputes herein.

The Court has concluded that only those charges authorized by the CC&Rs may be collected. Paragraph 14 of the CC&Rs specifies what charges may be assessed against a unit owner in default. That paragraph lists four categories of charges: assessments, attorneys' fees, ten percent interest and costs. Debtor proposal to the association listed the charges for the first two categories on Attachment B. The interest rate charged periodically exceeds 10% but also periodically fluctuates between 8% and 9%. Thus, Debtor no longer contests the interest charges.

As to the category "costs," the CCRs do not define this term. However, Debtor maintains that costs includes only cash transfer items, i.e., money changing hands between the association and outsiders. Otherwise costs would be limitless and there would be no need for the CCRs to have included any designations.

On Attachment C is a list of cash cost items which total $40,901. These charges are collectible. All other charges (including but not limited to late fees, administrative fees, notices, case file preparation fees)

are not collectible. The total contested charges equal $6,277. Absent an agreement with the association by the hearing, Debtor requests the Court to schedule an evidentiary hearing to determine the allowable amount of the claim.

Debtor and the association are unable to agree that the association agreed with Debtor to reduce its total claim amount to $47,000. As the agreement is reflected in email messages between Debtor and representatives of the association and as Debtor lacks access to MSN server containing the documents, Debtor requests the Court to permit discovery as to the existence of the agreement, and to schedule an evidentiary hearing on all disputed facts.

.

Respectfully submitted,

Booker T. Wade Jr.
Debtor

June 18, 2014

**Exhibit A**
**Declaration of Booker T. Wade Jr.**

## Declaration

I, Booker T. Wade Jr., declare as follows:

1. I have been unable to confer with counsel for Forest Villa Homeowners Association as to charges authorized by the Covenants, Conditions and Restrictions of my condo unit at 605 Forest Avenue, Palo Alto. I presented my proposal to counsel on June 6, 2014, but have not received a return communications.

2. I have conceded to the interest charges claimed by the association which partially resolve disputed as to allowable charges. The remaining disputed items are shown on the attached exhibit. The current disputed amount is six thousand two hundred seventy seven thousand dollars [$6,277.00].

I declare under penalty of perjury that the foregoing is true.

_____
Booker T. Wade Jr.

Executed at Palo Alto, CA on June 18, 2014

-4-

**Exhibit B**

Cash Items

# Booker T Wade
## Forest Villa Homeowners Association
### Detail

| Date | Late Fee | Monthly Adm Fee | Case File Set Up | Notice of Intent to Lien | Notice of assessement to Lien | Notice of Intent to Foreclosure | Forward to trustee | Detailed Transaction History | Initial case file to superior ct | Process svs attempt | Detail contact report add'l owner | ATTY File | Bankruptcy Proof of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 12/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 01/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 02/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 03/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 04/01/2011 | 50.00 | 30 | | | | | | 10 | | | | | |
| 05/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 06/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 07/01/2011 | 50.00 | 30 | | | | | | 25 | | | | | |
| 08/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 09/01/2011 | 50.00 | 30 | | | | | | 10 | | | | | |
| 10/01/2011 | 50.00 | 30 | | | | | | 10 | | | | | |
| 11/01/2011 | 50.00 | 30 | | | | | | 10 | | | | | |
| 12/01/2011 | 50.00 | 15 | | | | | | | 150 | | | | |
| 01/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 02/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 03/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 04/01/2012 | 50.00 | 15 | | | | | | | | 62 | | | |
| 05/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 06/01/2012 | 50.00 | 15 | | | | | | | | | 10 | | |
| 07/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 08/01/2012 | 50.00 | 15 | | | | | | | | | | 350 | |
| 09/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 10/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 11/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 12/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 01/01/2013 | 50.00 | 15 | | | | | | | | | | | |
| 02/13/2013 | | | | | | | | | | | | | 162.5 |
| | 3100.00 | 1200.00 | 95.00 | 137.38 | 570.90 | 117.25 | 252.00 | 70.00 | 150.00 | 62.00 | 10.00 | 350.00 | 162.50 |
| Total | 6,277 | | | | | | | | | | | | |

Case: 13-50376    Doc# 171    Filed: 06/18/14    Entered: 06/19/14 12:44:56    Page 6 of 11

## Proof of Service

I, Fan Wen, certify that I am over the age of 18 and that my business address is at 1296 Kifer Road, Suite 606, Sunnyvale, CA 94086. On or before the date shown below, I deposited in the U.S. Mail, first class postage prepaid, a copies of the foregoing pleadingsas Objections to Proof of Claimand Notice of Hearing addressed to the following:

Austin Nagel Esq.
Law Offices of Austin Nagel
111 Deerwood Road Suite 305
San Ramon, CA 94583

The Mlnarik Group, Inc
2930 Bowers Avenue
Santa Clara, CA 9505

David Hamerslough
Rossi Hamerslough Reischl
1960 The Alameda # 200
San Jose, CA 95126

Stephanie Sparks Esq.
Hoge Fenton Jones & Appel Inc.
Sixty South Market Street Suite 1400
San Jose, CA 95113

Todd S. Garan
Pite Duncan, LLP
4375 Jutland Drive, Suite200
PO Box 17933
San Diego, CA 92177-0933

William Healy
Campeau Goodsell Smith
440 N First Street Suite 100
San Jose, CA 95112

/s/ Fan Wen

June 18, 2014

**Exhibit C**

Non-Cash Items

7:25 PM
04/10/14

# Booker T Wade
## Forest Villa Homeowners Association
### Detail

| Date | Late Fee | Monthly Adm Fee | Case File Set Up | Notice of Intent to Lien | Notice of assessment to Lien | Notice of Intent to Foreclosure | Forward to trustee | Detailed Transaction History | Initial case file to superior ct | Process svs attempt | Detail contact report add'l owner | ATTY File | Proof of Claim Bankruptcy |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | nc | nc | nc | nc | nc | nc | nc | nc | nc | nc | nc | nc | nc |
| 09/01/2007 | 35.00 | | | | | | | | | | | | |
| 10/01/2007 | 35.00 | | | | | | | | | | | | |
| 11/01/2007 | 35.00 | | | | | | | | | | | | |
| 12/01/2007 | 35.00 | | | | | | | | | | | | |
| 01/01/2008 | 35.00 | | | | | | | | | | | | |
| 02/01/2008 | 35.00 | | | | | | | | | | | | |
| 03/01/2008 | 35.00 | | | | | | | | | | | | |
| 03/03/2008 | | | | | | | | | | | | | |
| 04/01/2008 | 35.00 | | | | | | | | | | | | |
| 05/01/2008 | 35.00 | | | | | | | | | | | | |
| 06/01/2008 | 35.00 | | | | | | | | | | | | |
| 06/05/2008 | | | | | | | | | | | | | |
| 07/01/2008 | 50.00 | | | | | | | | | | | | |
| 08/01/2008 | 50.00 | | | | | | | | | | | | |
| 09/01/2008 | 50.00 | | | | | | | | | | | | |
| 10/01/2008 | 50.00 | | | | | | | | | | | | |
| 10/06/2008 | | | | | | | | | | | | | |
| 11/01/2008 | 50.00 | | | | | | | | | | | | |
| 12/01/2008 | 50.00 | | | | | | | | | | | | |
| 01/01/2009 | 50.00 | 15 | 95 | 137.38 | | | | | | | | | |
| 02/01/2009 | 50.00 | 15 | | | 570.9 | | | | | | | | |
| 03/01/2009 | 50.00 | 15 | | | | | | | | | | | |
| 04/01/2009 | 50.00 | 15 | | | | 117.25 | | | | | | | |
| 05/01/2009 | 50.00 | 30 | | | | | | | | | | | |
| 06/01/2009 | 50.00 | 30 | | | | | 252 | | | | | | |
| 07/01/2009 | 50.00 | 30 | | | | | | | | | | | |
| 08/01/2009 | 50.00 | 30 | | | | | | | | | | | |
| 09/01/2009 | 50.00 | 30 | | | | | | | | | | | |
| 10/01/2009 | 50.00 | 30 | | | | | | | | | | | |
| 11/01/2009 | 50.00 | 30 | | | | | | | | | | | |
| 12/01/2009 | 50.00 | 30 | | | | | | | | | | | |
| 01/01/2010 | 50.00 | 30 | | | | | | | 5 | | | | |
| 02/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 03/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 04/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 05/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 06/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 07/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 08/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 09/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 10/01/2010 | 50.00 | 30 | | | | | | | | | | | |

Case: 13-50376    Doc# 171    Filed: 06/18/14    Entered: 06/19/14 12:44:56    Page 9 of 11

7:25 PM
04/10/14

## Booker T Wade
## Forest Villa Homeowners Association
### Detail

| Date | Late Fee | Monthly Adm Fee | Case File Set Up | Notice of Intent to Lien | Notice of assessement to Lien | Notice of Intent to Foreclosure | Forward to trustee | Detailed Transaction History | Initial case file to superior ct | Process svs attempt | Detail contact report add'l owner | ATTY File | Bankruptcy Proof of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 12/01/2010 | 50.00 | 30 | | | | | | | | | | | |
| 01/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 02/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 03/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 04/01/2011 | 50.00 | 30 | | | | | | 10 | | | | | |
| 05/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 06/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 07/01/2011 | 50.00 | 30 | | | | | | 25 | | | | | |
| 08/01/2011 | 50.00 | 30 | | | | | | | | | | | |
| 09/01/2011 | 50.00 | 30 | | | | | | 10 | | | | | |
| 10/01/2011 | 50.00 | 30 | | | | | | 10 | | | | | |
| 11/01/2011 | 50.00 | 30 | | | | | | 10 | | | | | |
| 12/01/2011 | 50.00 | 15 | | | | | | | 150 | | | | |
| 01/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 02/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 03/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 04/01/2012 | 50.00 | 15 | | | | | | | | 62 | | | |
| 05/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 06/01/2012 | 50.00 | 15 | | | | | | | | | 10 | | |
| 07/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 08/01/2012 | 50.00 | 15 | | | | | | | | | | 350 | |
| 09/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 10/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 11/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 12/01/2012 | 50.00 | 15 | | | | | | | | | | | |
| 01/01/2013 | 50.00 | 15 | | | | | | | | | | | |
| 02/13/2013 | | | | | | | | | | | | | 162.5 |
| Total | 3100.00 | 1200.00 | 95.00 | 137.38 | 570.90 | 117.25 | 252.00 | 70.00 | 150.00 | 62.00 | 10.00 | 350.00 | 162.50 |
| 6,277 | | | | | | | | | | | | | |

Case: 13-50376    Doc# 171    Filed: 06/18/14    Entered: 06/19/14 12:44:56    Page 10 of 11

# Booker T Wade
## Forest Villa Homeowners Association
### Detail

| Date | Late Fee | Monthly Adm Fee | Case File Set Up | Notice of Intent to Lien | Notice of assessement to Lien | Notice of Intent to Foreclosure | Forward to trustee | Detailed Transaction History | Initial case file to superior ct | Process svs attempt | Detail contact report add'l owner | ATTY File | Bankruptcy | Proof of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | nc | nc | nc | nc | nc | nc | nc | nc | nc | nc | nc | nc | nc | nc |
| 09/01/2007 | 35.00 | | | | | | | | | | | | | |
| 10/01/2007 | 35.00 | | | | | | | | | | | | | |
| 11/01/2007 | 35.00 | | | | | | | | | | | | | |
| 12/01/2007 | 35.00 | | | | | | | | | | | | | |
| 01/01/2008 | 35.00 | | | | | | | | | | | | | |
| 02/01/2008 | 35.00 | | | | | | | | | | | | | |
| 03/01/2008 | 35.00 | | | | | | | | | | | | | |
| 03/03/2008 | | | | | | | | | | | | | | |
| 04/01/2008 | 35.00 | | | | | | | | | | | | | |
| 05/01/2008 | 35.00 | | | | | | | | | | | | | |
| 06/01/2008 | 35.00 | | | | | | | | | | | | | |
| 06/05/2008 | | | | | | | | | | | | | | |
| 07/01/2008 | 50.00 | | | | | | | | | | | | | |
| 08/01/2008 | 50.00 | | | | | | | | | | | | | |
| 09/01/2008 | 50.00 | | | | | | | | | | | | | |
| 10/01/2008 | 50.00 | | | | | | | | | | | | | |
| 10/06/2008 | | | | | | | | | | | | | | |
| 11/01/2008 | 50.00 | | | | | | | | | | | | | |
| 12/01/2008 | 50.00 | | | | | | | | | | | | | |
| 01/01/2009 | 50.00 | 15 | 95 | 137.38 | | | | | | | | | | |
| 02/01/2009 | 50.00 | 15 | | | 570.9 | | | | | | | | | |
| 03/01/2009 | 50.00 | 15 | | | | | | | | | | | | |
| 04/01/2009 | 50.00 | 15 | | | | 117.25 | | | | | | | | |
| 05/01/2009 | 50.00 | 30 | | | | | | | | | | | | |
| 06/01/2009 | 50.00 | 30 | | | | | 252 | | | | | | | |
| 07/01/2009 | 50.00 | 30 | | | | | | | | | | | | |
| 08/01/2009 | 50.00 | 30 | | | | | | | | | | | | |
| 09/01/2009 | 50.00 | 30 | | | | | | | | | | | | |
| 10/01/2009 | 50.00 | 30 | | | | | | | | | | | | |
| 11/01/2009 | 50.00 | 30 | | | | | | | | | | | | |
| 12/01/2009 | 50.00 | 30 | | | | | | | | | | | | |
| 01/01/2010 | 50.00 | 30 | | | | | | | | | | | | |
| 02/01/2010 | 50.00 | 30 | | | | | | | 5 | | | | | |
| 03/01/2010 | 50.00 | 30 | | | | | | | | | | | | |
| 04/01/2010 | 50.00 | 30 | | | | | | | | | | | | |
| 05/01/2010 | 50.00 | 30 | | | | | | | | | | | | |
| 06/01/2010 | 50.00 | 30 | | | | | | | | | | | | |
| 07/01/2010 | 50.00 | 30 | | | | | | | | | | | | |
| 08/01/2010 | 50.00 | 30 | | | | | | | | | | | | |
| 09/01/2010 | 50.00 | 30 | | | | | | | | | | | | |
| 10/01/2010 | 50.00 | 30 | | | | | | | | | | | | |

Case: 13-50376    Doc# 171    Filed: 06/18/14    Entered: 06/19/14 12:44:56    Page 11 of 11