FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

WADE, BOOKER THEODORE, JR.,
          Debtor.

Case No. 13-50376 SLJ7

Chapter 7

**TRUSTEE'S STATEMENT OF POSITION**

    Fred Hjelmeset, the Chapter 7 Trustee in the above stated bankruptcy case, hereby makes the following statement, pursuant to order of this Court, filed herein on July 31, 2014:

    The Trustee does not intend to continue prosecuting the Objection to Claim No. 4 Forest Villa HOA.

DATED:    This 19th day of August, 2014.

                                               /s/ Fred Hjelmeset
                                          Fred Hjelmeset, Chapter 7 Trustee