UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                   Case No. 13-50376 slj
                                          R.S. No. APN-2511
BOOKER T. WADE, JR.,           Date: September 23, 2014
                                          Time: 10:00 a.m.     Ctrm: #3099,
           Debtor.                               280 S. First Street,
_____/            San Jose, CA

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section D as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

**A**     Date Petition Filed: 01/22/2013       Chapter: 7
       Prior hearings on this obligation:       Last Date to File §532/§727 Complaints:
       7/14/14=Converted from Ch. 11 to Ch. 7     10/6/14

**B**     Description of personal property collateral (e.g. 1983 Ford Taurus):
       Secured Creditor ___    or Lessor ___

Fair market value: $                      Source of value:
                                             Pre-Petition Default: $
Contract Balance: $                      No. of months:
                                             Post-Petition Default: $
Monthly Payment: $                     No. of months:
Insurance Advance: $

**C**     Description of real property collateral (e.g. Single family residence, Oakland, CA.):
       605 FOREST AVENUE, PALO ALTO, CALIFORNIA, 94301

Fair market value: $ 710,250.00*       Source of value: Debtors' Schedules
*Secured Creditor is informed and believes the property's current fair market value exceeds $735,000.00
                 If appraisal, date:
Moving Party's position (first trust deed, second, abstract, etc.): Homeowners Association Dues

Approx. Bal. $ 5,506.20                Pre-Petition Default: $ 60,929.82
As of (date): 8/18/2014                 No. of months: Pre-Petition HOA Lien
Mo. payment: $ 500.00                  Post-Petition Default: $ 5,506.20
Notice of Default (date): N/A            No. of months: 8 (Jan.-Aug. 2014 + fees)
Notice of Trustee's (Sale): N/A          Advances Senior Liens: $ N/A

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | | Amount | Mo. Payment | Defaults |
|---|---|---|---|---|
| 1st Trust Deed: | Rushmore Loan Management Services | $674,945.00 | unknown | unknown |
| 2nd Trust Deed: | Lien Assessment of Secured Creditor | $ 60,929.82 | $500.00 | $60,929.82 |
| | Default Judgment | $739,693.00 | unknown | unknown |
| _____ : | | | | |
| | | $1,475,567.82 (Total) | | |

**D**     Other pertinent information: Debtor will become due for the September monthly assessment on September 1, 2014.

                                           /s/ Austin P. Nagel
Dated: August 27, 2014         Signature
                                         Austin P. Nagel
                                         Type or Print Name
                          Attorney for: FOREST VILLA HOMEOWNERS ASSOCIATION

Case: 13-50376   Doc# 220-3   Filed: 08/27/14   Entered: 08/27/14 11:39:33   Page 1 of 1