

AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Creditor,
FOREST VILLA HOMEOWNERS ASSOCIATION

The following constitutes
the order of the court. Signed October 29, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>BOOKER T. WADE, JR.,<br><br>     Debtor.<br>_____/ | Case No. 13-50376 SLJ<br>(Chapter 11 Proceeding)<br><br>R.S. No. APN-2511<br><br>ORDER REGARDING CREDITOR,<br>FOREST VILLA HOMEOWNERS<br>ASSOCIATION'S MOTION FOR RELIEF<br>FROM AUTOMATIC<br>STAY UNDER 11 U.S.C.<br>§362(d)(1) and (d)(2)<br><br>Date:   October 21, 2014<br>Time:   10:00 a.m.<br>Ctrm:   #3099,<br>           280 S. First Street,<br>           San Jose, CA |

       On October 21, 2014, a hearing was held before the above-entitled Court regarding Creditor, FOREST VILLA HOMEOWNERS ASSOCIATION's (hereinafter referred to as "Creditor") Motion For Relief From Automatic Stay pertaining to that CCR's that secures the real property commonly known as 605 Forest Avenue, Palo Alto, California 94301, (hereinafter referred to as "the Property").

      All appearances having been duly entered on the record and after oral, documentary, and/or competent evidence was considered, the above-entitled Court found and ordered as follows:

      IT IS HEREBY ORDERED that Creditor, FOREST VILLA HOMEOWNERS ASSOCIATION's Motion For Relief From Automatic Stay, as it pertains to the Debtor, is hereby denied as moot due to Debtor's

1

Discharge having been entered on October 21, 2014. IT IS HEREBY ORDERED that Creditor, FOREST VILLA HOMEOWNERS ASSOCIATION's Motion For Relief From Automatic Stay, as it pertains to the Property, is hereby granted as to the Chapter 7 Trustee, Fred Hjelmeset and the United States Trustee. Therefore, upon entry hereof, IT IS HEREBY FURTHER ORDERED that the automatic stay provisions currently in force and effect as they pertain to the interest of the Chapter 7 Trustee, Fred Hjelmeset, and to the interest of the United States Trustee, in the Property are hereby lifted and IT IS HEREBY FURTHER ORDERED that the provisions of Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3) shall not apply.

IT IS HEREBY FURTHER ORDERED that such relief will entitle Creditor, FOREST VILLA HOMEOWNERS ASSOCIATION, immediately move ahead with collection proceedings under the prevailing CCR's, including foreclosure proceedings as well as the recordation of lien and any and all action that becomes necessary to recover possession of the property and/or outstanding and unpaid assessments.

IT IS HEREBY FURTHER ORDERED that such relief will allow Creditor, FOREST VILLA HOMEOWNERS ASSOCIATION, to send to any party or parties protected by the stay under the applicable provisions of 11 U.S.C. §362, any and all notice required by State and/or Federal law, regulation or statute including Creditor sending written notice to Debtor of the right to cure.

IT IS HEREBY FURTHER ORDERED that Creditor, is awarded attorneys' fees and costs equal to the lesser of $826.00 or the amount actually billed

**END OF ORDER**

ASAPBK.109

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | Booker T. Wade, Jr. |
|   | 605 Forest Avenue |
| 3 | Palo Alto, CA 94301 |
| 4 | Electronically mailed to ECF registered participants |