Booker T. Wade Jr.
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250

In Propria Persona

ORIGINAL FILED

NOV 1 2 2014

CLERK
United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

BOOKER THEODORE WADE, JR

Debtor

Case No. 013-50376 SLJ

Chapter 7

REVISED NOTICE OF HEARING ON MOTION FOR ORDER SETTING APART EXEMPTION

Hearing Date: December 11, 2014
Time: 2:00 p.m.
Courtroom: 3099, 3rd Floor
Before: Hon. Stephen Johnson

NOTICE OF MOTION [REVISED]

TO: **Arlene Stevens, the U.S. Trustee and the Chapter 7 Trustee, and their attorneys:**

**NOTICE IS HEREBY GIVEN** that on the date and at the time and place identified above, Booker T. Wade Jr., Debtor, will and does hereby move the Court for an order setting apart Debtor's exempt interests in certain real property known as 605 Forest Avenue, Palo Alto, CA.

*This revised notice is to correct the date and courtroom previously noticed.*

This motion is premised upon the following: that the property is the principal residence and homestead of the Debtor and is exempt from any and all claims, levies and judgments of and as to all claims of Arlene Stevens. This motion is based on this notice of motion and the motion, the Memorandum of Points and Authorities and the Declaration of Debtor, previously served, and oral arguments in support presented at the hearing.

If you wish to oppose the Motion, you must file a written opposition with the above referenced Court and serve the Debtor copies thereof, no later than fourteen (14) days prior to the date of the hearing, i.e., by November 26, 2014.

If you fail to file a written opposition with the Court and serve it on the Debtor by the date detailed, the Court may enter an order granting the relief requested. Notwithstanding the foregoing, as no objection to the claim of exemption was ever filed, pursuant to Bankruptcy Local Rule 4003-1(a), the Court may grant the motion without awaiting a hearing.

_____
Booker T. Wade Jr.
Debtor

November 7, 2014

# CERTIFICATE OF SERVICE

ECF

Counsel for Arlene Stevens

David Hamerslough
Rossi Hamerslough Reich & Chuck
1980 The Alameda Suite 200
Swan Jose, CA 95126