Booker T. Wade Jr.
605 Forest Avenue
Palo Alto, CA 94301
415 378 6250

In Propria Persona



ORIGINAL FILED
DEC 17 2014
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re

BOOKER THEODORE WADE, JR

Debtor

Case No. 13-50376 SLJ

Chapter 7

**NOTICE OF MOTION TO COMPEL ARBITRATION**

Hearing Date: January 28, 2015
Time: 2:00 p.m.
Courtroom: 3099
Before: Hon. Stephen Johnson

## NOTICE OF MOTION

**TO: Arlene Stevens, the U.S. Trustee and the Chapter 7 Trustee, and their attorneys:**

**NOTICE IS HEREBY GIVEN** that on the date and at the time and place identified above, Booker T. Wade Jr., Debtor, will and does hereby move the Court for an order compelling arbitration of all disputes arising under the Settlement Agreement entered into by Debtor and Arlene Stevens pursuant to an order of the Santa Clara County Superior Court.

This motion is premised upon the following: that pursuant to its terms, any and all disputes arising under the Settlement Agreement are required to be resolved by the appointed arbitrator. This motion is based upon this notice of motion. The motion is also based upon the following: the "Emergency Ex Parte Motion to Compel Arbitration and Motion for Stay" filed on or about October 20, 2014 and the attachments thereto, including the Memorandum of Points and Authorities,

exhibits and declarations, all of which are incorporated herein by reference; and oral arguments in support presented at the hearing.

    If you wish to oppose the Motion, you must file a written opposition with the above referenced Court and serve the Debtor copies thereof, no later than fourteen (14) days prior to the date of the hearing, i.e., by January 14, 2015.

    If you fail to file a written opposition with the Court and serve it on the Debtor by the date detailed, the Court may enter an order granting the relief requested.

Respectfully submitted,

*[signature]*

Booker T. Wade, Jr., Debtor

December 16, 2014

## Certificate of Service

I, Fan Wen, certify that I am over the age of 18 and that my business address is 1296 Kifer Road, Suite 606, Sunnyvale, California 94086, and on the date shown below, I deposited in the U.S. Mail, First Class postage prepaid a sealed envelope containing a copy of the foregoing addressed to the following:

David Hamerslough
Rossi Hamerslough Reich & Chuck
1980 The Alameda Suite 200
San Jose, CA 95126

*/s/ Fan Wen*

Fan Wen

December 16, 2014