Entered on Docket
September 26, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 Gilbert R. Yabes (SBN 267388)
gyabes@aldridgepite.com
2 Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
3 **ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
4 P.O. Box 17933
San Diego, CA 92177-0933
5 Telephone: (858) 750-7600
Facsimile: (619) 590-1385
6
Attorneys for Movant,
7 Wells Fargo Bank, N.A., not in its individual
capacity, but solely as Trustee for RMAC
8 Pass-Through Trust, Series 2010-A

The following constitutes
the order of the court. Signed September 26, 2016

*Stephen L. Johnson*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>BOOKER THEODORE WADE, JR.,<br><br><br><br><br><br><br><br><br><br>Debtor. | Case No. 13-50376-SLJ<br><br>Chapter 7<br><br>R.S. No. GRY - 089<br><br>**ORDER CONFIRMING NO AUTOMATIC STAY**<br><br>**Hearing**:<br>Date: September 13, 2016<br>Time: 10:00 a.m.<br>Place: 3099<br><br>280 South First Street, Room 3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came for hearing on September 13, 2016, at 10:00 a.m., in Courtroom 3099, upon the Motion of Wells Fargo Bank, N.A., not in its individual capacity, but solely as Trustee for RMAC Pass-Through Trust, Series 2010-A ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Booker Theodore Wade, Jr. ("Debtor") commonly known as 605 Forest Ave, Palo Alto, California 94301 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 337.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1) The automatic stay of 11 U.S.C. § 362, is not in effect, as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2) Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3) The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4) Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

5) Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

6) This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

**COURT SERVICE LIST**